# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form7instructions.pdf

**9th Cir. Case Number(s)** 22-56090

**Case Name** Junior Sports Magazines, Inc., et al v. Rob Bonta, et al

**Counsel submitting this form** Donald Kilmer (cont.)

**Represented party/parties** Appellant: Second Amendment Foundation

*Briefly describe the dispute that gave rise to this lawsuit.*

(cont.)
Anna Barvir for the remaining Appellants: Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, and Gun Owners of California, Inc. joins in this Mediation Questionnaire.

*******

The dispute that gave rise to this lawsuit is a California law that imposes penalties against any "firearm industry members" if they "advertise, market, or arrange for placement of an advertising or marketing communication concerning any firearm-related product in a manner that is designed, intended, or reasonably appears to be attractive to minors." Cal. Bus. & Prof. Code § 22949.80.
This suit challanges this law on various constitutional theories, including the First Amendment and Equal Protection.

********

None of the Appellants believe that this case is a good candidate for mediation due to the fundamental rights at issue; and the state's refusal to clarify whether disclaimers attached to advertising would immunize plaintiffs' from the penalties imposed by this law.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** Rev. 9/01/22

*Briefly describe the result below and the main issues on appeal.*

Result below:

Plaintiff-Appellants filed a motion for preliminary injunction to block enforcement of the law. The motion was denied.

Main issues on appeal:

Whether the trial court comitted error in denying the motion for preliminary injunction.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Proceedings Below:

Pursuant to stipulation of the parties, the proceedings below are stayed pending disposition of this appeal.

Related Proceedings in Other Tribunals:

None.

**Signature** /s/ *Donald Kilmer*    **Date** November 23, 2022
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**     *Rev. 9/01/22*