UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 05 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC.; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California and DOES 1 - 10,<br><br>        Defendants - Appellees. | No. 22-56090<br><br>D.C. No. 2:22-cv-04663-CAS-JC<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

This case is RELEASED from the Mediation Program.

FOR THE COURT:

vs/mediation

Roxane G. Ashe
Circuit Mediator