Case No. 22-56090

In the United States Court of Appeals
for the Ninth Circuit

JUNIOR SPORTS MAGAZINES INC., et al.,
*Plaintiffs-Appellants*,

v.

ROB BONTA,
in his official capacity as Attorney General of the State of California,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the Central District of California
Case No. 2:22-cv-04663-CAS-JC

**INDEX VOLUME FOR APPELLANTS' EXCERPTS OF RECORD**

C.D. Michel
Anna M. Barvir
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
(562) 216-4444
cmichel@michellawyers.com

Donald Kilmer
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Rd.
Caldwell, Idaho 83607
(408) 264-8489
don@dklawoffice.com

*Attorneys for Plaintiffs-Appellants*

December 19, 2022

Per Ninth Circuit rule 30-1.5, Plaintiffs-Appellants Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, Gun Owners of California, and Second Amendment Foundation submit the following Excerpts of Record, filed concurrently with their Opening Brief.

### Volume I of V

| Date | ECF | Description | Page |
|------|-----|-------------|------|
| 10/24/2022 | 35 | Order denying Plaintiffs' Motion for Preliminary Injunction | 0002 |

### Volume II of V

| Date | ECF | Description | Page |
|------|-----|-------------|------|
| 11/21/2022 | 37 | Plaintiffs' Notice of Appeal | 0055 |
| 10/17/2022 | -- | Transcript of Hearing on Plaintiffs' Motion for Preliminary Injunction | 0061 |
| 09/28/2022 | 30-1 | Request for Judicial Notice in Support of Plaintiffs' Supplemental Brief in Support of Motion for Preliminary Injunction (with Exhibit 33) | 0083 |
| 09/28/2022 | 30-2 | Supplemental Declaration of Andy Fink in Support of Plaintiffs' Supplemental Brief in Support of Motion for Preliminary Injunction | 0180 |
| 09/28/2022 | 30-3 | Supplemental Declaration of Richard Minnich in Support of Plaintiffs' Supplemental Brief in Support of Motion for Preliminary Injunction | 0185 |

| 09/28/2022 | 30-4 | Supplemental Declaration of Jonathan L. Coleman in Support of Plaintiffs' Supplemental Brief in Support of Motion for Preliminary Injunction | 0196 |
| 09/28/2022 | 30-5 | Supplemental Declaration of Alan Gottlieb in Support of Plaintiffs' Supplemental Brief in Support of Motion for Preliminary Injunction | 0202 |
| 09/28/2022 | 30-6 | Supplemental Declaration of Sam Paredes in Support of Plaintiffs' Supplemental Brief in Support of Motion for Preliminary Injunction | 0206 |
| 09/28/2022 | 30-7 | Supplemental Declaration of Steve Gomez in Support of Plaintiffs' Supplemental Brief in Support of Motion for Preliminary Injunction | 0210 |
| 09/28/2022 | 31 | Supplemental Declaration of Raymond Brown in Support of Plaintiffs' Supplemental Brief in Support of Motion for Preliminary Injunction | 0216 |
| 09/12/2022 | -- | Transcript of Status Conference | 0220 |
| 09/09/2022 | 28 | Defendant's Status Conference Statement | 0232 |
| 09/09/2022 | 28-1 | Exhibit A (Assembly Bill No. 160) to Defendant's Status Conference Statement | 0235 |
| 09/09/2022 | 28-2 | Exhibit B (History of Assembly Bill No. 160) to Defendant's Status Conference Statement | 0328 |
| 08/18/2022 | 22 | Notice of Errata re Declaration of Raymond Brown in Support of Plaintiffs' Reply to Opposition to Motion for Preliminary Injunction | 0330 |

## Volume III of V

| Date | ECF | Description | Page |
| --- | --- | --- | --- |
| 08/08/2022 | 19 | Defendant's Opposition to Motion for Preliminary Injunction | 0340 |

| 08/08/2022 | 20 | Declaration of Kevin J. Kelly in Support of Defendant's Opposition to Motion for Preliminary Injunction | 0368 |
|---|---|---|---|
| 08/08/2022 | 20-1 | Exhibit A (Josh Sugarman, Violence Policy Center, *"Start Them Young" How the Firearms Industry and Gun Lobby Are Targeting Your Children* (Feb. 2016)) to Declaration of Kevin J. Kelly in Support of Defendant's Opposition to Motion for Preliminary Injunction | 0371 |
| 08/08/2022 | 20-2 | Exhibit B (Jason E. Goldstick, Ph.D. et al., *Current Causes of Death in Children and Adolescents in the United States*, 386 New Eng. J. Med. 1955 (2022)) to Declaration of Kevin J. Kelly in Support of Defendant's Opposition to Motion for Preliminary Injunction | 0433 |
| 08/08/2022 | 20-3 | Exhibit C (Matthew A. Lapierre, Ph.D. et al., *The Effect of Advertising on Children and Adolescents*, 140 Pediatrics S152 (2017)) to Declaration of Kevin J. Kelly in Support of Defendant's Opposition to Motion for Preliminary Injunction | 0436 |
| 08/08/2022 | 20-4 | Exhibit D (#NotAnAccident Index, available at https://everytownresearch.org/maps/notanaccident) to Declaration of Kevin J. Kelly in Support of Defendant's Opposition to Motion for Preliminary Injunction | 0442 |
| 07/20/2022 | 12-2 | Request for Judicial Notice in Support of Plaintiffs' Motion for Preliminary Injunction (with Exhibits 1-9) | 0446 |
| 07/20/2022 | 12-3 | Declaration of Anna M. Barvir in Support of Plaintiffs' Motion for Preliminary Injunction (with Exhibits 28-32) | 0528 |
| 07/20/2022 | 12-4 | Declaration of Jonathan L. Coleman in Support of Plaintiffs' Motion for Preliminary Injunction (with Exhibits 10-12) | 0556 |

**Volume IV of V**

| Date | ECF | Description | Page |
|------|-----|-------------|------|
| 07/20/2022 | 12-5 | Declaration of Andy Fink in Support of Plaintiffs' Motion for Preliminary Injunction (with Exhibits 13-16) | 0621 |
| 07/20/2022 | 12-6 | Exhibits 17 to 20 to Declaration of Andy Fink in Support of Plaintiffs' Motion for Preliminary Injunction | 0794 |
| 07/20/2022 | 12-7 | Declaration of Steve Gomez in Support of Plaintiffs' Motion for Preliminary Injunction (with Exhibit 21) | 0867 |
| 07/20/2022 | 12-8 | Declaration of Alan Gottlieb in Support of Plaintiffs' Motion for Preliminary Injunction | 0876 |

**Volume V of V**

| Date | ECF | Description | Page |
|------|-----|-------------|------|
| 07/20/2022 | 12-9 | Declaration of Richard Minnich in Support of Plaintiffs' Motion for Preliminary Injunction (with Exhibits 22-27) | 0883 |
| 07/20/2022 | 12-10 | Declaration of Allison Rangel in Support of Plaintiffs' Motion for Preliminary Injunction | 0960 |
| 07/20/2022 | 12-11 | Declaration of Sam Paredes in Support of Plaintiffs' Motion for Preliminary Injunction | 0965 |
| 07/20/2022 | 12-12 | Declaration of Anna Canon in Support of Plaintiffs' Motion for Preliminary Injunction | 0969 |
| 07/20/2022 | 12-13 | Declaration of Jay Fitzgerald in Support of Plaintiffs' Motion for Preliminary Injunction | 0974 |
| 07/08/2022 | 1 | Complaint for Declaratory and Injunctive Relief | 0978 |
| 07/08/2022 | 1-1 | Exhibit A (Assem. Bill 2571, 2021-2022 Reg. Sess. (Cal. 2022)) to Complaint | 1016 |

| | | | |
|---|---|---|---|
| 07/08/2022 | 1-2 | Exhibit B (Sen. Judiciary Comm., Bill Analysis Re: AB 2571 (Bauer-Kahan), 2021-2022 Reg. Sess., at 9 (Cal. 2022)) to Complaint | 1021 |
| 07/08/2022 | 1-3 | Exhibit C (Josh Sugarman, Violence Policy Center, *"Start Them Young" How the Firearms Industry and Gun Lobby Are Targeting Your Children* (Feb. 2016)) to Complaint | 1038 |
| 07/08/2022 | 1-4 | Exhibit D (Anna North, *Marketing Guns to Children*, N.Y. Times (Feb. 19, 2022)) to Complaint | 1100 |
| -- | -- | Trial Court Docket | 1103 |

Date: December 19, 2022          **MICHEL & ASSOCIATES, P.C.**

s/ Anna M. Barvir
Anna M. Barvir
*Attorneys for Plaintiffs-Appellants Junior Sports Magazines, Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, and Gun Owners of California, Inc.*

Date: December 19, 2022          **LAW OFFICES OF DONALD KILMER, APC.**

s/ Donald Kilmer
Donald Kilmer
*Attorney for Plaintiff-Appellant Second Amendment Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, an electronic PDF of INDEX VOLUME FOR APPELLANTS' EXCERPTS OF RECORD was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

Dated: December 19, 2022        Respectfully submitted,

MICHEL & ASSOCIATES, P.C.

s/ Anna M. Barvir
Anna M. Barvir
*Attorneys for Plaintiffs-Appellants*