Case No. 22-56090

In the United States Court of Appeals
for the Ninth Circuit

JUNIOR SPORTS MAGAZINES INC., et al.,
*Plaintiffs-Appellants*,

v.

ROB BONTA,
in his official capacity as Attorney General of the State of California,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the Central District of California
Case No. 2:22-cv-04663-CAS-JC

**APPELLANTS' EXCERPTS OF RECORD
VOLUME IV OF V**

C.D. Michel
Anna M. Barvir
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
(562) 216-4444
cmichel@michellawyers.com

Donald Kilmer
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Rd.
Caldwell, Idaho 83607
(408) 264-8489
don@dklawoffice.com

*Attorneys for Plaintiffs-Appellants*

December 19, 2022

1  C.D. Michel-SBN 144258
   Anna M. Barvir-SBN 268728
2  Tiffany D. Cheuvront-SBN 317144
   MICHEL & ASSOCIATES, P.C.
3  180 East Ocean Blvd., Suite 200
   Long Beach, CA 90802
4  Telephone: (562) 216-4444
   Fax: (562) 216-4445
5  Email: cmichel@michellawyers.com

6  Attorneys for Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California
   Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting
7  Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA
   Foundation, and Gun Owners of California, Inc.
8
   Donald Kilmer-SBN 179986
9  Law Offices of Donald Kilmer, APC
   14085 Silver Ridge Road
10 Caldwell, Idaho 83607
   Telephone: (408) 264-8489
11 Email: Don@DKLawOffice.com

12 Attorney for Plaintiff Second Amendment Foundation

13        IN THE UNITED STATES DISTRICT COURT

14        CENTRAL DISTRICT OF CALIFORNIA

15 JUNIOR SPORTS MAGAZINES          CASE NO: 2:22-cv-04663-CAS (JCx)
   INC., RAYMOND BROWN,
16 CALIFORNIA YOUTH SHOOTING        **DECLARATION OF ANDY FINK IN**
   SPORTS ASSOCIATION, INC.,        **SUPPORT OF PLAINTIFFS' MOTION**
17 REDLANDS CALIFORNIA              **FOR PRELIMINARY INJUNCTION**
   YOUTH CLAY SHOOTING
18 SPORTS, INC., CALIFORNIA         Hearing Date:   August 22, 2022
   RIFLE & PISTOL ASSOCIATION,      Hearing Time:   10:00 a.m.
19 INCORPORATED, THE CRPA           Courtroom:      8D
   FOUNDATION, AND GUN              Judge:          Christina A. Snyder
20 OWNERS OF CALIFORNIA, INC.;
   and SECOND AMENDMENT
21 FOUNDATION,

22               Plaintiffs,

23        v.

24 ROB BONTA, in his official capacity
   as Attorney General of the State of
25 California; and DOES 1-10,

26               Defendant.

27

28
                        1

0621

**DECLARATION OF ANDY FINK**

1.     I, Andy Fink, am the Publisher and Editor-in Chief of Junior Sports Magazines, Inc. ("Junior Sports Magazines"), a plaintiff in the above-entitled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2.     Junior Sports Magazines is a for-profit company incorporated in the state of Idaho.

3.     Junior Sports Magazines publishes the quarterly online and print magazine *Junior Shooters*, a publication specifically for young people that is dedicated to promoting the participation and achievements of youth in the shooting sports. While adults may, from time to time, enjoy the magazine, it is a youth magazine not specifically intended for a broader audience of adults. A true and correct copy of the *Junior Shooters* website landing page titled "About Us" is attached hereto as **Exhibit 13.** A true and correct copy of *Junior Shooters* magazine, Volume 46, Spring 2022, is attached hereto as **Exhibit 14.** A true and correct copy of *Junior Shooters* magazine, Volume 43, Summer 2021, is attached hereto as **Exhibit 15.**

4.     Each issue of *Junior Shooters*—four issues per year—is mailed or shipped directly to individual subscribers and distributed at youth shooting events to between 13,000 and 25,000 people. Most copies of the magazine end up in the hands of multiple youths. A few (less than 100) used to appear in Canada. The rest go all over the United States. All of them reaching people with an interest in youth shooting. The last issue of *Junior Shooters* (Volume 47,  Summer 2022) was printed, mailed, and shipped out in June 2022.  Twenty-two copies of the Summer 2022 issue were sent to a newsstand in California.

5.     Our estimation of circulation (the number of different people reached) of the hard print copy of *Junior Shooters* is 120,000 per issue based on 4-7 readers

0622

per hard printed copy. This is because there is such interest in youth shooting sports and its benefits that the magazine is rarely thrown away. It is passed around to multiple families and friends.

6.      We also have more than 28,000 visitors to our website each year with most of them looking at back issues of *Junior Shooters*, which are available to access for free on our website. We receive 12.24 visits per visitor, per month. We have more than 3,960,000 page views per year, and 9.4 pages viewed per visit average.

7.      Print copies of our magazines are passed back-and-forth for people to enjoy, so we have no current way to adequately measure the number of those readers.

8.      Since the same person may read each of our four issues during the year, our estimate of the number of different people who read our publications online and in print each year is over 150,000.

9.      *Junior Shooters* answers questions young and beginner shooters have about firearm safety, guns and gear, protective gear, and more. The magazine also provides information on how to get started in the shooting sports, shooting events, youth shooting organizations and clubs, as well as scholarships available to youth shooters. *Junior Shooters* the only print publication that I am aware of that has column dedicated to firearms safety in *every issue*.

10.      *Junior Shooters* regularly hosts articles written by youth or their parents to educate youth readers about specific products that they enjoy using or products that make their success in the shooting sports possible. For example, Volume 46, Spring 2022 featured an article by Abby Jackley discussing why Ghost Holster USA is her choice for shooting USPSA. These products are lawfully possessed and used by minors in many states like California. A true and correct copy of Abby Jackley, *Ghost Holster USA*, Jr. Shooters (Spring 2022), as it appears on the *Junior Shooters* website, is attached hereto as **Exhibit 16.**

11.   *Junior Shooters* magazine and our website regularly include communications promoting participation in our partners' and advertisers' youth shooting competitions, youth recreational shooting and outdoors events, and youth shooting organizations and clubs—events and programs where minors lawfully use, handle, observe, or otherwise possess firearms, ammunition, or firearm parts. A true and correct copy of the *Junior Shooters* website landing page titled "Clubs" is attached hereto as **Exhibit 17.**

12.   *Junior Shooters* magazine and our website regularly include photographs and other depictions of real youth enjoying their sport, showing safety, and providing insight into competitive shooting and hunting from a youth perspective.

13.   *Junior Shooters* provides a host of links for the youth and their parents who read the content in the categories of firearm safety, books and DVDs, Clubs they can join, Events, Links of Interest, School Teams, Non-School Teams, and Ranges, Games, Hunting, Other Publications, and Merchant links.

14.   *Junior Shooters* also hosts traditional advertisements for firearms, ammunition, and related products from retailers and manufacturers who support youth shooting and the hunting sports. These ads help direct our young readers and their parents to quality products that will help them achieve their goals and excel in the shooting sports. Sales of these ads are also necessary to subsidize the cost of producing and distributing the magazine. A true and correct copy of the *Junior Shooters* website landing page titled "Advertise" is attached hereto as **Exhibit 18.**

15.   To be clear, Junior Sports' traditional advertising of firearms, ammunition and related products is not designed or intended to encourage minors to unlawfully buy firearms themselves. Rather, these communications are intended for an audience of minors who may want to ask their parents to lawfully purchase firearms, ammunition, and related products for the minor's lawful use.

16.   Because of the enactment and enforcement of AB 2571, Junior Sports

4

DECLARATION OF ANDY FINK

Magazines was forced to end distribution of and subscriptions to *Junior Shooters* in California. The home page of our website informs visitors to the site that, due to AB 2571, we have suspended distribution of the magazine in California. A true a correct copy of the *Junior Shooters* home page is attached hereto as **Exhibit 19.**

17.     We have also placed warnings on our website in an attempt to deter youth in California from entering the site and consuming advertising, marketing, and other communications promoting the use and possession of firearms and related products. A true a correct copy of a photograph that "pops up" when someone visits the *Junior Shooters* website is attached hereto as **Exhibit 20.** We have also posted warnings to California minors on our social media platforms. Though, due the very nature of the internet, it is not entirely possible to prevent all access to our site by youth in California unless we were to entirely shut down our website.

18.     The enactment and enforcement of AB 2571 prevents Junior Sports Magazines from communicating with youth in California about opportunities for competitive shooting programs and events where other youth outside of California still receive these opportunities to compete. I reasonably fear that engaging in any such activities will expose myself and the Junior Sports Magazines to substantial liability under AB 2571,

19.     The enactment and enforcement of AB 2571 has caused great concern and confusion with subscribers, youths and their parents, coaches, and advertisers. I am unsure what can and cannot be posted to our website and other platforms without incurring substantial civil liability under the law.

20.     But for the passage of AB 2571, Junior Sports Magazines would continue distributing *Junior Shooters* magazine to youth subscribers in California, remove site restrictions and warnings currently on our website, and resume promotion of youth shooting events, clubs and organization, and firearms and related products that help youth shooters excel in their chosen shooting discipline. / / /

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed within the United States on July 19, 2022.

3

4                                    Andy Fink
                                     Declarant
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6
DECLARATION OF ANDY FINK

# EXHIBIT 13

# Junior Shooters

- [Home](#)
- [ABOUT US](#)
- [ADVERTISE](#)
- [ARTICLES](#)
- [Books & DVDs](#)
- [CATEGORIES](#)
- [CLUBS](#)
- [COOL STUFF](#)
- [EVENTS](#)
- [GET INVOLVED](#)
- [LINKS](#)
- [SAFETY](#)
- [SUBSCRIBE](#)



- **Polls**

### How many people in your family participate in shooting activities?

- ○ 1
- ○ 2
- ○ 3
- ○ More than 3

Vote

**View Results**

- Polls Archive

# Recent Posts

- Junior Shooters No Longer Sold in California July 10, 2022
- Ghost Holster USA Part One June 24, 2022
- Safety First 10 Things You Can Learn From Your Shooting Experience Vol41 Winter 2020 P50 to 51 June 21, 2022
- Junior World Championship Team Members Luke Priestly, 14, and Jordan Sapp, 17, Hone Their Skills at USA Shooting Junior Olympic Shooting Camp 2021 June 11, 2022
- CMP Awards Over 140 Scholarships to Marksmanship Athletes – 2022 May 24, 2022
- SPD MAGS – A New Way To Reload May 8, 2022
- CMP Announces April Monthly Air Gun Match Results April 29, 2022
- Clay Target Vision, Pilla, and Safety April 14, 2022
- CMP Introduces New National Air Gun Event for Adult and Junior Athletes March 28, 2022
- MidwayUSA Foundation's Day of Clays 2022 March 3, 2022

# Article Archives

Article Archives Select Month ⌄

# Gallery of Photos





















# ABOUT US

## Welcome!

*Junior Shooters* strives to be the first of its kind to promote juniors involved in all shooting disciplines on-line and in print.

We care about kids and their parents and want you to have a place to go to find what is needed to get started in many different shooting venues.

Questions are answered about safety, guns and gear, protective gear, events, organizations and more.





*Junior Shooters* is dedicated to juniors of all ages and their parents and all articles and publications are available on-line for free!

## Our publications offer information on:

- How to Get Started
- Shooting Events
- Shooting Organizations
- Shooting Clubs
- Scholarships
- Safety

*We have published over 1,000 articles written by juniors since August 2007.*

## Safety is our number 1 priority!

- All juniors should have an adult present when handling firearms.
- Always keep the firearm pointed in a safe direction.
- Always assume a gun is loaded.
- Always keep your finger off the trigger until ready to shoot.

- Always keep the gun unloaded until ready to use.
- Always keep firearms locked up when not in use.
- Always read and adhere to the user manual provided with any firearm.
- All Federal and State laws must be adhered to when purchasing and/or using firearms and ammunition.





 **DISCLAIMER:** All of the information provided by this publication is based on the personal experience of individuals who may be using specific tools, products, equipment, and components under particular conditions and circumstances, some of which may not be reported in the particular article or post and which this publication and company has not otherwise verified. Nothing here is intended to constitute a manual for the use of any product or the carrying out of any procedure or process. The manuals provided by the manufacture of any shooting related product should always be adhered to. This publication and company, Junior Sports Magazines, inc., and its officers, authors,

0634

consultants, and employees accept no responsibility for any liability, injuries, or damages arising out of any person's attempt to rely upon any information contained herein.



## Contact Us!

**Publisher: publisher@juniorshooters.net**

General E-mail: info@juniorshooters.net

**Advertising Information: advertising@juniorshooters.net**

**Wholesale Information:** wholesale@juniorshooter.net



Instagram: ajuniorshootersmagazine

**Letters to Editor:** articles@juniorshooters.net

**Article Submission: articles@juniorshooters.net**

**By Telephone: (208) 629-8967**

By Mail: Junior Shooters | 7154 West State Street #377 | Boise, Idaho 83714

Publisher Junior Sports Magazines, Inc.

Editor-In-Chief Andy Fink

Associate Editors: Kenny Durham

# Regular Contributing Authors & Editors:

Jace Walters (Jr.), Amy Cawley, Abby Jackley (Jr.), Olivia Shane (Jr.), Dylan Ramsey (Jr.), Zach McLain (Jr.), Carly Thompson, Ashley Hunt (Jr.), Nathan Hunt (Jr.), Logan Hunt (Jr.), Kaitlin Hunt (Jr.), Ava Shelly (Jr.), Caleb Hamilton (Jr.), Riley Goff (Jr.), Joseph Murray,  Ashley Rumble (Jr.), Alex Mrosko, Jenell Jackley, Dave Jackley, Jake Dean,  Georgie Seagraves (Jr.), Christina J. Shane, Kevin Cawley, Kim Cawley, Ben Moody, Misty Goff, Jeff Goff, Brian Hamilton, Amy Hamilton, Tom Barney, Travis Woodbury, Cameron Burke, Jack Moody, Kim Moody, Randy Irish, John Thompson, Dave Furney,  Chad Moody, Jennifer L.S. Pearsall (NSSF), Bill Dunn (NSSF), (SCTP) Tom Wondrash,

Marketing & Sales
Andy Fink and Mike Sacks
Graphic Design & Layout Dawn Fink

Website Dawn Fink & Andy Fink

Tel: 208-629-8967, publisher@juniorshooters.net,  www.juniorshooters.net

7154 W. State St. # 377, Boise, ID 83714

Copyright and Published by Junior Sports Magazines Inc. All rights reserved under international and Pan American Copyright Conventions. Reproduction in whole or in part, **is authorized** as long as appropriate credit is given to Junior Shooters magazine and/or Junior Sports Magazines Inc. Junior Shooters[TM] is a trademark of Junior Sports Magazines Inc. Boise, Idaho.

Comments are closed.

# • Search

Type and hit enter to search

- # Remington



- # Clay target Vision



- # MGM Targets



- # axil TRACKR BLU



- # **Mossberg**



- # **AXIL GS Extreme**



- # **Black Hills Ammunition**



- # **Categories**

Categories Select Category                                    ⌄

- # Pages

  - ## ABOUT US
  - ## ADVERTISE
  - ## ARTICLES
    - ### Articles Alphabetical
  - ## Books & DVDs
  - ## CATEGORIES
  - ## CLUBS
    - ### LAR&R Los Angeles Rifle & Revolver Club
    - ### Snake River Sportsmen
  - ## COOL STUFF
  - ## EVENTS
  - ## GET INVOLVED
  - ## LINKS
  - ## SAFETY
  - ## SUBSCRIBE

- # Happy Holidays!

  ### July 2022

  | M | T | W | T | F | S | S |
  |---|---|---|---|---|---|---|
  |   |   |   |   | 1 | 2 | 3 |
  | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
  | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
  | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
  | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

  « Jun

- # Excerpt

"This single-shot rifle is very unique with its duel air charging system. The basic rifle comes with a low-volume, high-pressure hand pump that looks very much like the old style bicycle tire pumps that your parents probably grew up with."

- # A- Junior Shooters magazine's Team Shirt Sponsors

  - [ARMSCOR (RIA)](#)
  - [Ashbury Precision Ordnance](#)
  - [Bar-sto Precision Machine](#)
  - [Berry's Manufacturing](#)
  - [Black Hills Ammunition](#)
  - [Breakthrough – Cleaning supplies](#)
  - [Buckhorn Gun & Pawn](#)
  - [Chiappa](#)
  - [CMC Triggers](#)
  - [Collegiate Shooting Programs & the NSSF](#)
  - [Creedmoor Sports](#)
  - [Dillon Precision](#)
  - [HiViz](#)
  - [Hodgdon](#)
  - [Hornady](#)
  - [Laser Ammo](#)
  - [Lyman Products](#)
  - [Magpul](#)
  - [Mantisx](#)
  - [MGM Targets](#)
  - [Montana Gold – Bullets](#)
  - [National Shooting Sports Foundation (NSSF)](#)

- O.F. Mossberg & Sons, Inc.
- Prime Ammunition
- Promatic
- Pyramid Airgun Mall
- RIO Ammunition
- Ruger
- Rugged Gear
- Sawyer Products
- Sig Sauer
- Slip 2000
- Starline Brass
- Sturm, Ruger & Co., Inc.
- Sun Optics
- Voodoo tactical
- Warne Scope Mounts
- Zenith Firearms
- Zero Ammunition Company

# Associations

- Amateur Trapshooting Association (ATA)
- Arizona State Rifle & Pistol Association (ASRPA)
- Bird Dogs Forever
- Civilian Marksmanship Program (CMP)
- Civilian Marksmanship Program (CMP) – First Shot Online!
- Collegiate Shooting Programs & the NSSF
- Cowboy Fast Draw Association (CFDA)
- Cowboy Mounted Shooting Association
- International Defensive Pistol Association (IDPA)
- Jakes – NWTF
- National 4-H Shooting Sports Foundation
- National Muzzle Loading Rifle Association (NMLRA)
- National Rifle Association Youth Programs (NRA)
- National Shooting Sports Foundation (NSSF)

- National Skeet Shooting Association
- National Sportinc Clays Association
- National Wild Turkey Federation
- Quality Deer Management Association (QDMA)
- Scholastic Clay Target Program (SCTP)
- Scholastic Shooting Sports Foundation (SSSF)
- Single Action Shooting Society
- United States Practical Shooting Association "USPSA" – Juniors
- USA Shooting
- World Fast Draw Association
- Youth Shooting Sports Alliance

# Blogroll

- American Firearms – SAFETY

# Clubs, Schools, Teams & Ranges

- American Firearms – SAFETY
- Ben Avery Shooting Range
- Black's Creek Rifle Range
- Boulder Rifle & Pistol Club
- Civilian Marksmanship Program (CMP) – First Shot Online!
- Collegiate Shooting Programs & the NSSF
- Deer Hunters Club
- H&H Gun Range
- Los Angeles Rifle & Revolver Club
- National Shooting Sports Foundation (NSSF)
- Palmyra Sports Club
- Parma Rod & Gun Club
- Scholastic Clay Target Program (SCTP)
- Scholastic Shooting Sports Foundation (SSSF)

# Events

- American Firearms – SAFETY
- Civilian Marksmanship Program (CMP) – First Shot Online!
- Daisy International BB Gun Championship
- MGM Ironman

# Games

- Mastiff

# Hunting

- American Firearms – SAFETY
- Bird Dogs Forever
- Deer Hunters Club
- Jakes – NWTF
- Limcroma Safaris
- Mastiff
- Quality Deer Management Association (QDMA)
- Vista Outdoor

# Magazines & Publications

- Civilian Marksmanship Program (CMP) – First Shot Online!

# Merchant Links

- 2nd Amendment
- Air Gun Warehouse INc.
- AirForce Airguns

- Alpen Optics
- American Firearms – SAFETY
- ARMSCOR (RIA)
- Ashbury Precision Ordnance
- ATI Gun Stocks – Advanced Technology Inc.
- ATVs Guide
- Bar-sto Precision Machine
- Battenfeld Technologies
- Berry's Manufacturing
- Beta Company
- Black Hills Ammunition
- Breakthrough – Cleaning supplies
- Briley Manufacturing
- Brownells
- Buckhorn Gun & Pawn
- Buffalo Brothers Cowboy Store
- Caldwell Shooting Supplies
- Champion Traps & Targets
- Charles Daly
- Chiappa
- CMC Triggers
- Competitive Edge Dynamics
- Creedmoor Sports
- Crosman
- Daisy
- Dillon Precision
- DKG Trading
- DPMS
- Evil Roy Shooting School
- Federal Ammunition
- Fiocchi Ammunition USA
- FNHUSA
- GLOCK
- Gunbroker

- H&H Gun Range
- HiViz
- Hodgdon
- Hornady
- Horus Vision
- Impact Guns
- J. G. Anschutz Gmbh & Co, KG
- Kaltron Outddors
- Kirkpatrick Leather
- Krieghoff
- Lapua
- Laser Ammo
- Lock Stock and Barrel
- Lyman Products
- Magpul
- Mantisx
- Mastiff
- MGM Targets
- MidwayUSA
- MKS Supply
- Montana Gold – Bullets
- North River Custom Knives
- Northwood Shooting Sports
- O.F. Mossberg & Sons, Inc.
- Otis Technology, Inc.
- PFI Western Store
- Pilkington Competition
- Pine Tree Custom Sportswear
- Prime Ammunition
- Promag Industries
- Promatic
- Pyarmid Airgun Mall
- Reloading Zone
- Remington Arms Company

- RIO Ammunition
- Rock River Arms
- Ruger
- Rugged Gear
- Savage Arms
- Sawyer Products
- Sig Sauer
- SKB Shotguns
- Slip 2000
- Smith & Wesson
- Southern-Ammo, Inc.
- Stag Arms
- Standing Bear's Trading Post
- Starline Brass
- Sturm, Ruger & Co., Inc.
- Sun Optics
- Tactical Assualt Gear
- Tactical Solutions
- Ted Blocker Holsters
- The Outdoorsman Maniac
- UMAREXUSA
- USPSA – Main Page
- Viking Tactics
- Vista Outdoor
- Vogel USA, Inc.
- Voodoo tactical
- Walther Arms
- Warne Scope Mounts
- Wilson Combat
- Winchester Ammunition
- Wolf Performance Ammunition
- Wollf Springs
- X-Calibers
- Zenith Firearms

- Zero Ammunition Company

# SAFETY

- American Firearms – SAFETY

Copyright © 2022 Junior Shooters is Proudly Powered by Wordpress. Theme by The Cloisters

 RSS

# EXHIBIT 14

Case 2:22-cv-04663-CAS-JC Document 12-54 Filed 07/20/23 Page 29 of 262 Page ID #:385



# JUNIOR SHOOTERS

Volume 46 Spring 2022

Making A Mark

Junior Feature
## Trace Scuderi

**SCTP Collegiate Nationals 2021**

**CZ Scorpion PCC**

**The SASP Coaches Course**

**SHOT Show 2022**

juniorshooters.net

# 110021          Spring 2022
$6.99US
Display until 07/06/2022
0 71486 02122 3
0649



©2022 O.F. Mossberg & Sons, Inc.

**MOSSBERG® | MVP® PRECISION**

## LET FREEDOM RING... AT 1000+ YARDS.

MVP Precision Rifle
Magpul® PMAG® & Grip, LUTH-AR® Adjustable Stock
6.5 Creedmoor & 7.62mm NATO/308 WIN

### ENJOY THE RING OF LONG-RANGE SUCCESS.

When shooting success is measured in fractions of an inch, you'll be finding steel consistently downrange with our precision-engineered tack driver.

**Mossberg — Makers of dependable, hardworking firearms for more than a century.**

**LEARN MORE AT MOSSBERG.COM**

**SAFETY TIP ⚠**
Store firearms securely, inaccessible to children and unauthorized users.

LUTH-AR is a registered trademark of LUTH-AR, LLC.
Magpul and PMAG are registered trademarks of Magpul Industries Corp.

**MOSSBERG®**
**SINCE 1919**

0650



## MATCH GRADE AVANTI CHAMPION 499

# *THE MOST ACCURATE BB GUN IN THE WORLD!*

Daisy's Match Grade Avanti Champion 499 is for shooters 10 years and older who want to learn the basics of shooting.

This spring-powered single-shot is the "Official Shooting Education BB Gun by Daisy." In fact, the Jaycees use this rifle to train young shooters!

The all wood stock has a Monte Carlo cheekpiece, and the lever-action cocking mechanism is easy to use. The hooded front sight and the Daisy 5899 rear peep sight help shooters quickly acquire the target.

### Item: **PY-617-1239**

| Caliber | .177" (4.5mm) |
|-----------|---------------|
| Velocity | 240 fps |
| Barrel | Smooth bore |
| Action | Lever-action |
| Powerplant | Spring-piston |

- **Spring-piston**
- **Lever-action**
- **Single-shot**
- **Shoots steel BBs only**
- **Muzzleloader**
- **Smoothbore**
- **Single-stage trigger**
- **Hooded front sight accepts inserts** (5 inserts include









For more information:
**pyramydair.com**
888-262-GUNS

0651

# JUNIOR SHOOTERS
## Volume 46 | Spring 2022

**6** A Message from Your Editor

**8** Shooters Shootout From Junior Shooter's Instagram
Rachel Sprague (21)

**10** Pyramyd Air and Springfield's M1 Carbine BB Rifle
Pete Hamilton

**12** Shooting Sports in College
Elizabeth J. Faust (18)

**16** SASP Coaches Course
Abby Jackley (16)

**20** Trace Scuderi (17) Junior Feature
Ava Rian Shelly (14)

**22** GHOST HOLSTER USA
Abby Jackley (16)

**24** Grouse Hunting With CZ's Bobwhite
Griffin Saunders (9)

**26** My Shooting Adventures
Olivia Shane (16)

**30** SCTP Collegiate nationals Crowns New Champions 2021
Tom Davis

**36** SHOT Show 2022
Jenell Jacklley, Abby Jackley (16), and Olivia Shane (16)

**40** Daniel Boone High School marksmanship Team Competes with Success
Andreya Cox, Daniel Boone High School Athlete

**44** Finding My Balance
Jace Walters (14)

**47** US Navy Sea Cadet Marksmanship Trainingg
Ava Rian Shelly (14)

**50** National Junior Olympic Skeet and Trap Championships Hosted at Hillsdale College
Emily Stack Davis

**56** The CZ Scorpions PCC
Andy Fink, Brian Hamilton, Ashley Hunt (18), and Logan Hunt (15)




## Cover Story



Kack Krasulak 2019 & 2020 Champ, Ava Shelly, Trace Scuderi 2021 Champ, Authored by Ava Shelly (14)

## Inside Every Issue!

**53** Safety First
Shooting Glasses for the Clay Sports More Than Just For Protection

**58** Advertiser's Index



"*The Beginner*"  Jack and His 10/22® Carbine

# BE ORIGINAL

If you're reading this, we are willing to bet that your first firearm experience was with a Ruger® 10/22® rifle. And there is a good reason for that. Affordable, lightweight, compact and easy to shoot, the 10/22® is the perfect choice for taking first-time or beginner shooters to the range for a day of fun. When it comes to their first rifle, don't go with a copy - make it an original.



## THERE IS ONLY ONE 10/22®

RUGER.COM/1022

f 📷 ▶ 📌

**RUGER®**
ONLY **10/22®**

0653

# A Message From your Editor

Most ammunition is now available again: certainly not all are, and some calibers are hard to come by. Ammunition prices have come down, but they are still high. Reloading components are even harder to find, and when you do, the cost is sky high. Ammunition companies are doing all they can to meet the demand, but with over 10,000,000 (yes, not a typo, that is MILLON) NEW shooters over the last two years, that is a huge additional demand on the industry's production, not even considering the growth we have had in the shooting sports and the ripple effects of Covid. Here are some suggestions for your training:

Lower-Cost Ammunition: Use low-cost ammunition for your training and higher-grade ammunition for matches. Change your training approach and conduct more training with .22LR ammunition. Everyone loves a .22. Many centerfire firearms also come in a .22LR version.

Limit Round Count: practice more transitions like magazine changes and change your stages so that a lower round count can be used. Limit the number of rounds in a magazine. Some events let the shooter continue to shoot until they hit the target. You could say, "We have 30 targets on the stage, so you only get 30 shots."

Dry-Fire (sometimes seen as DryFire or Dry Fire): This is a common practice that has seen a huge increase in the last few years. It does imply that you are not firing any projectile or laser.

Laser Training: There are numerous laser systems out there that can provide hours of fun with excellent results when going back out to the range. We have been extremely happy with LASER AMMO and MANTIS (two entirely different systems). There are many more out there. Try one.

Air Guns: BB Guns (ONLY use paper targets for steel BBs. Disintegrating BBs are available from Pyramyd Air) and pellet guns are great for practice. There are so many replicas available now in pistol and rifle, that it just makes sense to use these more often. BB guns and pellet guns are still fun! Many of the replicas are almost exact copies of the originals. BBs and pellets, using pumped air or CO2 cartridges, are SO much cheaper! Airsoft is another option.

Have fun! Stay safe!



Training Thoughts



Andy Fink, Editor-In-Chief

SAFE SHOOTING!

**Publisher** Junior Sports Magazines, Inc.
Tel: 208-629-8967, publisher@juniorshooters. net
7154 W. State St. # 377, Boise, ID 83714
www.juniorshooters.net

**Editor-In-Chief** Andy Fink IV
**Associate Editor** Kenny Durham
**Art Director** Dawn Fink
**Established Contributing Authors**
Serena Juchnowski (Jr.), Alexander Mrosko (Jr.), Joseph Murray (Jr.), Jenna Fees, Ashley Rumble (Jr.), James de Lambert (Jr.), Ricky Marston (Jr.), Ben Moody (Jr.), Carly Thompson (Jr.), Steven Shults (Jr.), Tyler Savell (Jr.), Brody Loftin (Jr.), Tristan Woodbury (Jr.), Cameron Burke (Jr.), Jessica Weekly (Jr.), Macey Tadlock (Jr.), Hunter Horvath (Jr.), Bryson Smith (Jr.), Kaden Barney (Jr.), Caleb Hamilton (Jr.), Riley Goff (Jr.), Ryker Bell (Jr.), Jack Moody, Kim Moody, Randy Irish, Scott Dye, Dave Furney, Andrew Rumble, Larry Haley, Mike Sacks, Andrew Fink V, Jennifer L.S. Pearsall (NSSF), Bill Dunn (NSSF), Tom Wondrash (SCTP)
**Marketing & Sales** Andy Fink
General E-mail: Info@juniorshooters.net
Advertising Information: Advertising@juniorshooters.net
Letters to Editor: articles@juniorshooters.net
Article Submission: articles@juniorshooters.net
Editor-In-Chief: publisher@juniorshooters.net

Copyright and Published by Junior Sports Magazines, Inc. All rights reserved under international and Pan American Copyright Conventions. Reproduction, in whole or in part, is authorized as long as appropriate credit is given to *Junior Shooters* magazine and/or Junior Sports Magazines, Inc. *Junior Shooters*™ is a trademark of Junior Sports Magazines, Inc., Boise, Idaho. Printed in U.S.A.

**Back Issues and Subscriptions:**
FREE downloadable PDF versions of *Junior Shooters* are available on our website at: www.juniorshooters.net/articles/. The most recent ones are not available until three months after they come off the newsstands. Some hard copies are available of back issues but not a lot. Those hard copies of older back issues are expensive at $20-30 per copy.
Subscriptions cost $16.00 per year for four printed issues. Please make out your check to Junior Shooters and mail to:
Junior Shooters
7154 W State St. #377
Boise, ID 83714

*Send in your story!*

**Warning Readers:** Be advised that there may be products represented in this magazine as to which the sale, possession, or interstate transportation thereof may be restricted, prohibited, or subject to special licensing requirements. Prospective purchasers should consult the local law enforcement authorities in their area. All of the information in this magazine is based on the personal experience of individuals who may be using specific tools, products, equipment, and components under particular conditions and circumstances, some or all of which may not be reported in the particular article and which this magazine has not otherwise verified. Nothing herein is intended to constitute a manual for the use of any product or the carrying out of any procedure or process. This magazine and its officers, authors, consultants, and employees accept no responsibility for any liability, injuries, or damages arising out of any person's attempt to rely upon any information contained herein. All shooting photos were taken under adult supervision and photos taken from in front of the firing line were done via remote camera.



MADE IN THE USA SINCE 1961

# BERRY'S

## Shoot like the Pros!

Justine
Williams

Jalise
Williams

www.berrysmfg.com
401 N. 3050 E. • St. George UT • 84790
(800) 269-7373

Case 2:22-cv-04663-GAS-2GJ Document 123-544 Filed 07/20/23 Page 37 of 362 Page ID #:392

# SHOOTERS SHOOTOUT
## FROM JUNIOR SHOOTERS INSTAGRAM



# Rachel Sprague (20)



JUNIORSHOOTERSMAGAZINE



# QR

When I was around ten years old, I told my parents I was interested in learning to hunt. My dad took me up to the local rifle range, and signed me up for the NRA Basic Safety Course to teach me gun safety, which was then taught by the high school rifle team's coach. My dad has been a competitive smallbore shooter for the majority of his life, so after I passed the class, he took me up to the range every Saturday morning to practice. Eventually, I began practicing along with the high school team. I started shooting matches with our local league, and ended up qualifying for the varsity high school team my freshman year.

Smallbore shooting is the most common competition discipline in my area, as there are several rifle club leagues and high school teams near my hometown, as well as throughout the state. Unfortunately, there are no Division 1 collegiate rifle programs in Pennsylvania. However, this gave me the opportunity to travel to different universities, meet new coaches, and get adjusted to shooting at different ranges with different elements. Throughout high school, I participated in open matches at West Virginia University, University of Akron, and Ohio State University to gain experience. I also shot at the Camp Perry Regional and National air rifle events, and qualified for the USA Shooting NJOSCs in Colorado Springs, Colorado.

Rifle quickly became second nature to me, and I knew I wanted to continue competing at the collegiate level. At a smallbore camp in Camp Perry, Ohio, I met the coaches of the University of Tennessee-Martin's rifle team, who then encouraged me to look into attending their school. I'm very fortunate to be able to compete in college; it's given me the opportunity to be a first generation college student and pursue a future career in being a veterinary technician. I've also made great friendship with my teammates and within the community of Martin.

For prospective shooters, I recommend participating in every match that's available to you, signing up for shooting training camps, and researching the schools you are interested in attending. ◎







# RELIABILITY IS OUR EVERYDAY CARRY

At Magpul, we create industry-leading solutions for your professional and personal lifestyle needs.
Our firearms accessories and gear are designed for repeated hard use,
where quality, reliability, and features count the most.



www.magpul.com

© 2022 Magpul Industries Corporation. MAGPUL, MAGPUL LOGO & DESIGN, and others are trademarks of Magpul Industries Corp.

# Pyramyd Air & Springfield's M1 Carbine BB Rifle

### By: Pete Hamilton



**Authentic reproduction with so much history!**

In the time I have been assistant coach for the *Junior Shooters* team, I have seen several young beginners in the club. Most of the young people are around 10 years old or a little older, so you can imagine that some of the youngest are of small stature. I like to work with the younger shooters and start them with a BB gun or pellet gun, which can be used to teach gun safety and basic marksmanship. Young shooters need a place to start out with something that has little or no recoil. Safety and marksmanship is better learned when the new shooter doesn't get confused with anticipation of a loud muzzle report and the jolt of recoil. That is where a reliable BB gun can be the ideal training target gun.

Such is the Springfield Armory M-1 Carbine, in .177 caliber, BB. Talk about authentic reproduction of a famous carbine with a lot of background history, this is it. The Springfield Armory Carbine BB gun is an identical reproduction of the same carbine that stormed the beaches of Normandy and the south Pacific islands. The Springfield

**Springfield Armory USA, M-1 Carbine, licensed to Air Venturi 5135 Naiman Parkway, Cleveland, Ohio.**

Armory Carbine is the same size, weight and appearance of the original M-1 Carbine. It has a 15-round magazine just like the original. I can say that with authority, because I had shot the original for qualification in the US Air Force before I went to Southeast Asia in 1970.

Enough about me, the youngest shooters are not the only ones who test fired the carbine. They all said they liked shooting it. The Springfield comes with a detachable magazine that looks like the original, but holds BBs and a CO2 cartridge from which the carbine is powered. It shoots in a semi-automatic action with each trigger pull. The rear peep sight and front blade sight are identical in appearance to the original. I liked the old fashion peep sight which helps juniors learn sight alignment and trigger squeeze. Kaitlin and Logan loved shooting the Springfield BB carbine. They said it is lighter weight and easy to aim. At short range, it is very accurate.

If you are looking for a fun BB gun with some historical looks, consider a Springfield Armory M-1 BB gun from Pyramyd Air. ◉



*Elizabeth and Coach Wood*

# Real Talk

## Shooting Sports in College

By: Elizabeth J. Faust (18)

## Coach Chad Wood

WITH SHOOTING SPORTS BEING ONE OF THE MOST UPCOMING AND POPULAR SPORTS, MORE AND MORE HIGH SCHOOL SHOOTERS ARE CONSIDERING FURTHERING THEIR SHOOTING CAREERS IN COLLEGE. I AM A SENIOR IN HIGH SCHOOL THAT HAS BEEN THROUGH THE RECRUITING, AND COMMITMENT PROCESS, AND IT IS MY GOAL TO INFORM OTHER SHOOTERS ON HOW TO MAKE THIS PROCESS EASIER. YOU CAN FIND MANY SHOOTING SPORTS DISCIPLES AT THE COLLEGIATE LEVEL ACROSS THE COUNTRY. TODAY, I INTERVIEWED CHAD WOOD, WARTBURG COLLEGE'S CLAY TARGET SHOOTING SPORTS HEAD COACH AND EVAN GUTTORMSON, ONE OF WARTBURGS THIRD YEAR CLAY TARGET SHOOTERS; FOR MORE INSIGHT ON THE RECRUITING PROCESS AND HOW SHOOTING ON A COLLEGIATE TEAM IS REALLY LIKE.

**What's your favorite part about being a college coach?**

"First off, thank you for considering me for your interview. I would have to say having the ability to help young athletes get a great education and grow in the sport they love. And introducing them to others in other states and making a shooting family for life. Knowing I am helping change that young person's life one shot at a time."

**What is an athlete's typical day to day in college?**

"It starts with learning how to balance a full schedule of classes and homework, then you have practice, workouts, and study tables, then with the time left over you get to have fun with your new friends and be a college student. In my college family (team) my order of life is grades, team and family or teammates/friends."

**How do you find recruits, and are there any type of events you suggest athletes go to for more college exposure?**

"Well, I find all my recruits at SCTP shoots, ATA/Aim shoots and both NSSA and NSCA registered shoots. I also looked at the College Shooting Sports Recruiting web page that Robbi Vincent puts out (https://collegeshootingsportsrecruiting.com) 817-437-3014. They can fill out a profile on themselves and also it gives us grades and contacts as well. I suggest you go to your state shoots and even regional and national shoots. That gives you the best exposure and let your coach know as well that you are interested in going to college and shooting. The more you go to big shoots the better your face and name gets out, and don't be shy if you are interested go talk to the colleges. We would love to hear from you plus it gives us an idea of names to watch as we are at those big shoots."

**How should athletes contact you or other college coaches if they want to shoot competitively in college and when?**

"Well, the best time is when they know what they want to do after high school for a career. And as a freshman that puts your name out early and puts you on our radar for 4 years, so as soon as you figure it out, start looking at colleges that have both a shooting program and your degree and send the coach an email with your contacts in it. Also talk to every college recruit you see at your High school meets, fill out the interest cards we do keep those in our files and use them. Also stay in contact with the colleges you like, if you are a freshman do not think that just because you did not hear from them that they were not interested, if that school is a NCAA school, then that coach can't talk to you till your junior year about college.

# Evan Guttormson



*Elizabeth and Evan Guttormson*

**What's your favorite part about shooting in college?**
"The best part is the abundance of meets compared to high school events. It seemed like we had a meet every weekend for, like, 2 months straight."

**What advice would you give highschoolers that want to shoot at the college level?**
"My advice is to keep practicing and get experience in all disciplines, don't specialize in one. It's better to have decent averages in everything than be a specialist in one discipline with no experience in others."

**Why did you choose Wartburg college?**
"Why wartburg: I chose it because it was a new program and I liked how I had an opportunity to build something new and great. I also liked the atmosphere, the community is as tight knit as they say it is."

**How was your recruiting process? Is there anything you wish you would have done different, looking back?**
"Funny thing is I wasn't recruited, I found coach and we went from there. Only thing I wish I did differently was to get to know more students and go to more social events my first year, step out of your comfort zone and you may just meet your new best friends."

**What do you look for when recruiting shooters?**
"I look first off at what you want to do for a major in college, because if I don't have what you want then I will send you to a coach that does. Then how you handle yourself around others on and off the competition range. How you treat all team-mates and if you're a leader or a follower. Then I look at attitudes, Grades, and lastly how well you shoot. You see all that other stuff is not teachable, but shooting is, and I can teach anyone to shoot but learning and getting an education is up to the athlete."

**Is there any advice you would give upcoming recruits?**
"Yes, always remember that you are always being looked at for your future. So, remember your actions as an athlete speaks way louder than your actual ability to do that skill. Meaning you can be the greatest shot in the world but if your grades, attitude, and the way you treat others is bad then there is a problem. You carry yourself like you're the greatest then you're not going to have very many people looking. But if you're humble, and treat others well, and you always strive to be the best you can, then you will go far. I promise you this, I will look at a humble good average kid that has great grades and is loved by all harder then a kid that has low grades and is only looked at because he is good at his sport. If I tell an athlete, you did a great, nice job they tell me I know. I will not look much more at that athlete. But if I tell them that same thing and they say thank you, then they are on my radar. So just be yourself and relax, great things come to great people."

## THANK YOU BOTH!

I WAS VERY GRATEFUL TO BOTH COACH WOOD AND EVAN FOR TAKING THE TIME TO TALK WITH ME ABOUT THEIR EXPERIENCES WITH COLLEGIATE SHOOTING. I AM EXCITED TO BE JOINING THE WARTBURG TEAM IN THE FALL OF 2022. I AM VERY FORTUNATE TO BE ABLE TO ATTEND AN AMAZING COLLEGE AS WELL AS BE A PART OF A TOP COLLEGIATE SHOOTING TEAM. I LOOKED AT MANY DIFFERENT COLLEGES IN IOWA AND ACROSS THE ENTIRE COUNTRY AND IN THE END, IT WAS WARTBURG COLLEGE IN WAVERLY, IOWA THAT MATCHED MY NEEDS THE BEST. ONE OF THE BEST PLACES TO GET AN OVERVIEW OF MANY SCHOOLS AT ONE TIME IS THE COLLEGE MEET AND GREET AT SCTP NATIONALS IN OHIO. YOU NEED TO ASK THE QUESTIONS, DO YOUR OWN RESEARCH, DISCUSS YOUR PLANS WITH YOUR HIGH SCHOOL SHOOTING COACHES, TALK TO COLLEGE COACHES, TALK TO CURRENT TEAM MEMBERS OF THE COLLEGE TEAMS YOU ARE INTERESTED IN, TALK TO ADMISSIONS COUNSELORS, DISCUSS WITH YOUR PARENTS AND OTHER SUPPORTIVE FRIENDS AND FAMILY, AND IN THE END CHOOSE THE RIGHT PLACE FOR YOU. COLLEGES WILL OFFER YOU THE CHANCE TO VISIT AND MEET WITH COACHES AS WELL AS TEAM MEMBERS ON THE CAMPUS. I TOOK SEVERAL TOURS WITH OPPORTUNITIES TO SEE THE CAMPUS, DORMS, AND CLASSROOMS AS WELL AS THE SHOOTING PRACTICE FACILITIES AND SHOOT WITH TEAM MEMBERS. THE RIGHT PLACE FOR YOU MAY BE A SCHOOL WITH A NCAA RECOGNIZED TEAM OR A SCHOOL THAT JUST OFFERS A CLUB TEAM. I WOULD GLADLY TALK TO ANYONE ABOUT MY ADVENTURE IN CHOOSING WARTBURG COLLEGE, YOU CAN FIND ME ON INSTAGRAM @ELIZABETHSHOOTING AND LEND ADVICE AND EXPERIENCE TO YOU OR IF YOU JUST WANT TO DISCUSS THE WORLD OF CLAY TARGET SPORTS. ◎

0661

# SCHOLASTIC ACTION SHOOTING PROGRAM

**SASP teams can compete in both pistol (centerfire and rimfire) and rimfire rifle matches.**

**SASP uses the discipline of speed shooting on steel targets, which is unique to our program, combining the best features of other disciplines to allow athletes to practice and participate in exciting matches with less specialized equipment.**

We hope you, your school or your shooting club will consider becoming part of SASP.

**SASP teams can compete in matches that are held locally, state, regionally, and nationally, plus we have a virtual match series that runs year-round.**



**Questions?**
Rick Leach
National Director, SASP
N65W7335 Cleveland St
Cedarburg, WI 53012-1856
262.894.4284
rleach@sssfonline.com
http://sssfonline.org

**Bill Perkins**
Regional Field Representative,
Southwest Region
(520) 975-5170
bperkins@sssfonline.com

Sign up for our e-newsletter –
**Range Time!**



# THE GIFT OF
*perfection*

## The G44 .22 LR Caliber Pistol

**New shooters, sport shooters and everyone in between.**

- ⊕ Hybrid steel-polymer slide
- ⊕ Adjustable rear sight
- ⊕ Magazine with loading assist

**Commit to perfection this holiday season with the G44.**

us.glock.com/jrshooters

0663

# Put Me in Coach!

## SASP Coaches Course

By: Abby Jackley (16)

## THE ONLINE CLASS

What I got out of the course was more than I thought I would learn. I was able to learn about all the amazing things the Midway USA Foundation does to provide for youth shooting sports. Owners of the Midway USA Foundation, Mr. & Mrs. Larry and Brenda Potterfield, help provide so much to the SSSF (Scholastic Shooting Sports Foundation). With the help of the Potterfield's the SSSF has contributed nearly 8 million dollars to SASP and SCTP endowment accounts held at MidwayUSA Foundation.

A large focus of the course was safety and program development. It taught about all the different people and sponsors it takes to fund and support an organization like the Scholastic Action Shooting Program. As well as telling you how to safely run and coach at a range, to ensure it will be a safe and fun environment for shooters. That included showing how to check a range for safety, checking for proper shooting berms and safe target set ups based on safe target angle and quality of steel. Safety must be a number one priority in shooting sports, and you need to know how to prevent accidents before they happen and reduce potential ricochet and dangerous steel.

The course is a self-paced online program with readings and short videos along with short quizzes after each of the 13 units. I like the fact that I was able to take the course on my own, doing it in my spare time when I could. I'm waiting to take the final portion of the coaching certification, which is a hands-on range day that needs to be completed within one year of the online portion and assures safety components that cannot be completed online. I'm excited that I will be able to be part of the coaching staff and look forward to helping my team grow and succeed.



*The online self-paced course makes it so easy to work on from the comfort of your home!*

Have you ever thought about coaching for your SASP team? I recently completed the SASP Coaches Course, and I would recommend it to any varsity level shooter! I decided to take the SASP coaching course to become certified to help the younger and beginner shooters on my local SASP team and to learn more about the organization of Scholastic Action Shooting Program.

## COACHES COURSE FIELD DAY

The interactive hands-on portion of the coaches' class is where I learned the most. We started the day by meeting int the Clubhouse of the Saukville Rifle and Pistol Club, in Saukville, WI. We were able to complete a lot of the activities indoors since it was winder in Wisconsin! The class was ran by Kelvin Walton, SASP Director of Development for Action Shooting, and Rick Leach SASP National Director. Inside we went over how to address an issue an athlete might be having and how to approach it for their personal learning style. Some of the common things addressed were eye dominance, shooter stand, trigger pull and handgun grip.

I realized addressing issues with new athletes can be done in a different way than it would be with an experienced shooter. For example, stance in a new shooter can be explained through example by an older and more experienced athlete, to help build teamwork and leadership skills among team-mates and that an experienced shooter's stance doesn't always need to be corrected if it's working for them. We also learned different ways to use dry-fire practice for athletes in the off-season using tools like Mantis-X Training System and SIRT (shot indicating resetting trigger) pistols.

Out on the range I learned how to inspect a range for safety, proper target placement and how to safely control a range. We also discussed the advantages of using single-shot drills for first time athletes and how it can provide a safe range and build confidence in firearm handling. There was emphasis put on the importance of using target transition drills and dry fire instead of shooting the 5-steel plate courses of fire for practices.

After doing the class I can see that coaching is less about telling someone what they're doing wrong but more about letting them realize and identify the problems they are having and then helping them develop a plan to make improvements. Those improvements can be made through target transition drills, mentoring through other athletes and breaking down the steps needed to succeed. After realizing this, I figured out learning how to coach young athletes and how to fix a problem they might be having is not something that you can read about in a book or on a website. It is something that you must learn through exposure and real hands-on situations you have with them.◉



Learning the roles of each person on the range when timing and running a new athlete through a stage.

Our group of new SASP Coaches included both High School and College team members from across Wisconsin! It was a little bit chilly to most of us except our SASP Director of Development Kelvin Walton!

Learning ways to teach correct grip and trigger pull dry fire exercises with the SIRT ( Shot Indicating Resetting Trigger) pistol.

Having fun with the Mantis X dry fire training system.

I'm learning some important safety tips from SASP National Director, Rick Leach, of what to watch for when a new athlete approaches the shooting area.

My mom is getting instruction from Rick Leach on how to line up her grip the same each time for a secure and consistent grip.

JESSICA HOOK

PROTECT YOUR GUN WITH LEDRA

THUNDER 3G ELITE

PREMIUM LEDRA INSIDE

GHOST

ghost_holster.usa
WWW.GHOST-USA.COM
2370 HAYES STREET - 33020 HOLLYWOOD FLORIDA (USA)



# FAST FACTS

# JOIN SASP

## PROGRAM GOALS:

- Teach the safe and responsible handling and use of firearms
- Provide a supportive team-based environment using the shooting sports as the catalyst for teaching life lessons and skills that emphasize positive character traits and citizenship values
- Introduce young shooters to a sport that can be enjoyed for a lifetime, one that offers a level playing field, and one that all family members can enjoy together

## MISSION STATEMENT:

The Scholastic Shooting Sports Foundation is an educational-athletic organization that exists to introduce school-age youths to the shooting sports and to facilitate their continued involvement by providing, promoting, and perpetuating opportunities to safely and enjoyably participate and compete in a high-quality, team-based sport led by trained adult coaches focused on enhancing the personal growth and development of their athletes.

## VISION STATEMENT:

To continue to be recognized and respected as the leader in the youth development shooting sports programs.

## PROGRAM SPONSOR:

The Scholastic Shooting Sports Foundation (SSSF) is the National Governing Body (NGB) for youth speed shooting and the Scholastic Action Shooting Program (SASP). SASP was started by SSSF in 2012.

## PROGRAM SCOPE:

The SASP offers participation in speed shooting using pistols and .22 rifles.

## PROGRAM FOCUS:

TEAMS! The SASP is a TEAM-BASED program, focusing on youth development. Participation in SASP should be fun, and there is no place for a win-at-all-costs attitude.

## TEAM SUPERVISION:

An adult Volunteer Head Coach leads each team. Volunteer State Advisors provide support for in-state activities and support to their Volunteer Head Coaches and Assistant Coaches. Full-time Directors of Development coordinate the program, and they are assisted by National Coach Trainers and the National Training Team. National Coach Trainers are responsible for coach development and training.

## REGISTRATION FEES:

The registration fee for State Advisors, Head Coaches, Assistant Coaches, and Adult Volunteers is $30.00. This fee covers the cost of liability insurance and a portion of the cost of a background check. All adults working directly with SASP athletes must be registered with the SSSF. To be covered by SSSF liability insurance, a volunteer must be registered with the National Program.

The membership for each registered athlete, including Collegiate, is $20.00. The fee covers the cost of insurance and awards. All athletes must be registered by their Head Coach.

## PARTICIPANT ELIGIBILITY:

Students in grades 6-12 are eligible for the Intermediate and Senior Divisions in the pistol and rifle disciplines. Students in grades 5 and below are eligible for the Rookie Division in the rifle discipline. There is no age limit for those enrolled as full-time students in the Collegiate Division. College athletes must be enrolled and attending an accredited college or university. All athletes must be academically eligible to participate in their school's extracurricular sports program.

### Scholastic Action Shooting Program
### www.sssfonline.org
N65W7335 Cleveland St
Cedarburg, WI 53012-1856
262.894.4284
rleach@sssfonline.com





# Junior Feature

Sincere, genuine, and talented are three of many positive words that come to mind when I think of Trace Scuderi. Trace is not only one of the best shooters I have come across but the sweetest. I am honored to be called his teammate. Trace is someone who lives by a Christian moral code and loves spreading goodness and light to others. This reflects in his daily life, on and off the course. Clay shooting is very dear to Traces heart. He stated, "ever since I found my love and talent for shooting, my personal struggle with depression and unfulfillment at the time completely disappeared as I finally found the passion I've been searching for."

Trace is a 17-year-old male competitive shooter, martial artist, and a freedom-loving American. His main interest lies within the world of weaponry and self-defense skills that can be used to protect the innocent and maintain prosperity. Since he found his love and talent for shooting, he began to branch out to other related activities such as pistol and rifle speed shooting, leading to combat shooting sports, which then led to martial arts training and much more.

Trace has been a member of the shooting team, Young Guns at Quail Creek, for about five years now and is currently a varsity shooter. Ever since he was a little kid, Trace was always fascinated with things that could make loud noises. He would often draw missiles, projectiles, and bullet bills flying at targets and destroying them. He had a love for nerf guns because, "it was the entry to my ability to hit targets." As Trace



By Ava Rian Shelly

**TRACE SCUDERI**

*Kack Krasulak 2019 & 2020 Champ, (L) Ava Shelly, (C) Trace Scuderi 2021 Champ (R)*

# Trace, you blow our minds!

got older, his love for weaponry grew more and more. "My parents pulled in alongside the celebration in their car and explained that a family friend had invited us to the South Florida Shooting Club to shoot for the first time ever. Although I wanted to stay at the party, I remembered just how big of an aspiration it was of mine to try shooting for real."

Trace enjoys engaging in any shooting sport. "Performing well at the activity reminds me of my talent and gratifies me greatly," Trace says. Whenever desire, enthusiasm, and talent all meet within the same activity, great things are destined to happen. Trace wants to let young shooters

know that if you're a beginner, it is essential that you hire a good shooting coach. It is extremely important to know what makes a shooting coach truly good. That is, a truly good shooting coach finds your personal shooting style, for whatever it is, and builds on top of it. A truly good shooting coach doesn't try to make you shoot with their style, which likely differs from yours. It is worth noting that this principle applies to precision, individual-based precision sports such as clay shooting. It is a fact that I've never heard spoken of before, which surprises me to this day. Another unspoken tip is, the greatest gift you can have in shooting, or any activity ever that

Case 2:22-cv-04663-DMG-AGR Document 123-44 Filed 08/07/23 Page 50 of 262 Page ID #:5445

matters, is desire. If you are more determined than your opponent, you will most likely win.

Trace is the reigning 2021 TOP GUN champ from SASP nationals in Marengo, OH. He bested our former teammate and 2019 and 2020 TOP GUN champ, Jack Krasulak. For the last three years, Young Guns of Quail Creek has taken the 'ship and I hope to continue their legacy. I feel blessed to be on an amazing team of national championship caliber shooters and try to learn everything I can from them. Trace regularly competes in charity shoots supporting various causes that are important to him and giving back to his local community. Trace is in his junior year of high school so he will age out of the program at the end of next year, I know he will give his best to retain the title of TOP GUN at nationals in 2022 and 2023. ◎

# RRRRrrraw
# TALENT!



*Trace Scuderi (L) points out clay dust for Ava Shelly (R)*

# Exceptional
# SKILL!

*CZ USA TOP GUN Challenge Coin*



ClayTargetVision.com/studentprogram

## PILLA STUDENT PROGRAM
Inquire for Special Programs
Featuring an exclusive Blade option and
4 Chromashift Zeiss Lenses

LENSES BY
ZEISS



## PILLA BLADE SYSTEM
Straight Temple -Bayonet Style
Stainless Steel and Rubber
Fits all Outlaw X6 and X7 Lenses



**Available Chromashift Options**


"40CN"
Green Neutralizer
Medium Light


"55PWC"
Peach Chromashift
Medium Light


"64CMX"
Max Orange Boost
Low Light


"52CHC"
High Contrast Rose
Medium Light

# FOR MORE PILLA*
# LENSES AND FRAMES
# PLEASE VISIT:


ClayTargetVision.com


PERFORMANCE EYEWEAR
technically the finest eyewear in the world

21

Case 2:Case: 02565 9CAS-2C-O Document 11:25-44 Filed: 07/20/23 - Page 50 of 17362 Page ID #:406

# GHOST HOLSTER USA

**By: Abby Jackley (16)**

*Had a great time at the USPSA Area 5 match at Bluegrass Sportsman's League, Wilmore, Kentucky, with my Ghost Thunder 3G Rig set*

*My go to holster for USPSA Production Division is the Ghost Thunder 3G.*



When I decided to start shooting USPSA, one of the biggest things I had to figure out was what holster to use? Shooting, while drawing from a holster, was a completely new feeling coming from SASP where you start at a low ready position. There were so many different types of holsters out there and so many restrictions on which style you could use depending on what division you were shooting in. I chose to start in single stack and production division, where you cannot use the fancy looking open race holsters. Both divisions require that the holster covers the slide up to a ½ inch from the ejection port.

I was looking online and found Ghost Holster USA and I remember thinking they have everything here I need and fun colors too. Being a left-handed shooter, there are fewer choices out there. I not only had to find a left-handed holster but, one that fit my gun and my division, and Ghost USA had it all!

I am currently using the Ghost Thunder 3G rig set with the double-belt system and 360° 3G mag pouches for my CZ Shadow

2. My favorite feature is that each 360° mag pouch comes with the Clip D that allows for vertical or horizontal hold so you can run bullets in or out and turn them on an angle too. My dad ordered the Thunder 3G Elite rig set for his CZ Tactical Sports and the difference is the holster is now lined inside with LEDRA which is a soft lining for a smoother draw. The mag pouches and holsters also have a quick release option which makes it easy when switching to a different gun if you want. I prefer to have a separate outer belt for each gun and keep the gear attached.

They do carry the fun race holsters I was originally checking out and I am looking at running the CZ Tactical Sports in L10 division. Then I would have the option to try the Ghost Hydra or even the Ultimate Evo which would be so much fun! ◎

*Shooting USPSA at my local club in Muskego, Wisconsin*



*For Steel Challenge competition, I have the Thunder Rig set for my 1911*



*My dad, Dave Jackley, shooting USPSA using the Ghost Thunder Elite 3G rig set.*



*My dad bought a right handed 1911 holster so he could shoot single stack, too.*



Putting Confidence in your Hand

BAR·STO
PRECISION MACHINE

For the last 44 years, we have meticulously built the very best barrels money can buy.

3571 Hansen Ave. • Sturgis, SD 57785
605.720.4000 • barsto.com

# Grouse Hunting With Griffin

## & CZ's Bobwhite

**By: Griffin Saunders (9)**



HI GRIFFIN!

It was a cloudy October day. A cool breeze shook brown leaves from the trees and carried them to the ground, landing among bits of snow from the first snowfall. Dark red wild Alaska rose hips stood out against a backdrop of brown and grey, tempting delicacies for ruffed grouse.

In my hands was a 20-gauge CZ Bobwhite G2 shotgun. Winchester low-recoil shells were loaded in both chambers of the open action.

The Bobwhite is light and accurate, with a checkered Turkish walnut stock, as well as an artistically engraved box lock receiver. The steel parts have a black, hard chrome, finish (matte receiver and polished barrels) which, unlike blued metal, is rust resistant. It also has extractors instead of ejectors. It has an English style stock, so you can pull the first trigger and slide your hand back to pull the next trigger. I'm personally a fan of side-by-side shotguns more than other shotguns.

My father considered a 28-gauge Bobwhite for lower recoil, but chose the 20 because with a 20-gauge it is easier to get a "square" load, and a more effective pattern.

CZ is located in the Czech Republic. The Czechs are known for designing good guns. Another CZ gun I have is a Mauser that I customized with my father.

We had hunted for barely any time when we flushed a large female ruffed grouse. I snapped the action closed and in one fluid motion the CZ Bobwhite came up with the bead just in front of her beak. I fired, and the grouse fell. After I picked the grouse up, we found that every pellet had hit her hit her head and neck.

I cleaned the grouse and put it in the freezer. I cut the tail fan off, then spread and dried it. I mounted it in a plaque with one of the feet holding the empty hull from the shell that shot it.

The fit and shape of the Bobwhite stock, as well as the nice-looking buttpad, keeps the recoil low. It is easy to carry and point even for a fifty-two pound nine-year-old like I was. We have various pump and semi-auto shotguns, but I prefer the Bobwhite, because it points best for me.◎

# YOUR SPORT, YOUR SHELLS.



## REMINGTON PREMIER® TARGET

Remington STS and Nitro 27 complete a winning squad for Sporting Clays. With the perfect loads to run the toughest stations and the best, most reloadable hull on the market, Remington Premier shells are the choice of champions.



PROUDLY LOADED IN THE USA BY AMERICAN WORKERS

WWW.REMINGTON.COM

© 2021 Remington Ammunition. PREMIER and NITRO 27 are registered trademarks of Remington Ammunition.

# Olivia

## My Shooting Adventures

**By: Olivia Shane (16)**



*March 2020, Monthly air rifle match at Camp Perry, kneeling position.*



*This was a 60-shot standing practice at my home range; using my Anschutz while getting ready for competitions. Typically, air rifle matches consist of two parts: a 60-shot standing, and a 3x20, each shooting in all three positions: prone, standing, and kneeling.*

After taking my first shot, I was absolutely hooked on the sport. My name is Olivia Shane, I am 16 years old from the state of Ohio and a triple discipline competitive shooter. I compete in all the clay disciplines including international, action pistol and rifle, and precision air rifle and smallbore. Before shooting, I got into archery for fun at the age of five, then at age six, I shot my first firearm! My dad took me to different youth events over the years and at the age of eight I tried trap for the first time and fell in love with it. Then one year later at the age of nine I started my competitive shooting adventures.

I have been shooting competitively for seven years now. I first started with trap and over the years have gradually added in the rest of the clay disciplines, rifle and pistol. When I was 11, I joined the Ashland Eagles, my air rifle and smallbore team. Then finally, at the age of 14, I joined my local SASP team.

My first year of trap was rough but I still really enjoyed it. My third year, I got my first competitive grade shotgun, an SKB RS300, using the new gun and improving a ton. I took the female rookie state and national champion! After that point, I start setting goals for every shooting season which has made me work harder for the things I want to achieve.

Rifle is very slow paced and takes patience, but I enjoy having all the options from fast paced to slow, and everything in between. When shooting air rifle, I started off using an Anschutz 9015 with an aluminum buttplate, and just recently upgraded and got a Pardini GPR1 Top Air Rifle. For smallbore, I use a Anschutz 1903 Junior .22 LR rifle. I compete in different monthly matches and compete in various larger ones through USA Shooting, CMP and various clubs and colleges.

Before starting to compete in action shooting, I did various pistol projects in one of the 4-H groups I am actively a part of. I enjoyed it, but I also needed something quicker than that, and that's when my dad



*2019 Ohio State SASP Shoot at the Cardinal Center this was one of my pistol stages.*

suggested trying out SASP. My squad did really well at the Ohio State Shoot for our first year. We took both 3rd in open rifle and 3rd in open pistol. Fun fact, my SASP teammates were, and still are, all SCTP shotgun shooters. The pistol I first started competing with was a

*2021 SCTP Nationals, Trap Singles using my new CZ All American.*

# Fly Girl





*March 2021, I went out to train with Lanny Barnes, who I met through the D.C. Project. She is a 3x olympic biathlete. We worked a lot on shooting and mental training. In this picture, I was shooting up to 300 yards.*

*I have always loved flying and I'm thrilled to be able to get the chance to work towards my pilot's license. I try to go and get hours every few weeks and I've also been reading different books on flying.*

used to it, that they all benefit each other. I was able to use different things I learned in one form of shooting to benefit me in another. For example, precision rifle made me realize I could go more at my own pace and take my time in my pre-shot routine for shotgun.

The shooting world has changed my life in so many ways by meeting people, traveling, and just getting the opportunities is absolutely amazing. I am so thankful to be a part of such a wonderful community! ◎

# So Cool!

Smith and Wesson M&P model.

Aside from the competitive side of the shooting world, I am also a part of the D.C. Project, my first trip with the group was when I was 12 years old. I've met so many wonderful women throughout working with D.C. Project. Outside of shooting in general, I enjoy hunting, fishing, and my younger sister and I are both actively a part of our 4-H club showing goats. Currently, I am also working towards getting my pilot's license!

Like all sports, it takes practice to get better at what you're doing and enough hard work and determination could get you even further than you thought. At first, transitioning into all three different types of shooting was hard, but then I realized after getting



*2021 Buckeye Open at the Cardinal Center, using my SKB RS300.*

# SCTP



**The largest youth shooting program in the world!**

## SCHOLASTIC CLAY TARGET PROGRAM

We hope that you and your school or club team will consider being part of the largest youth clay target program in the world, the Scholastic Clay Target Program!



College day at our National Championships in July....come meet college coaches and discuss scholarship opportunities for your athletes continuing education after high school
And much, much more....

The SSSF, or Scholastic Shooting Sports Foundation, now implements this program.

You can be part of any and all other youth programs, the SCTP does not discriminate!

0676



# NEW
# HIGH OVER ALL

**SKEET**
—
**SPORTING CLAYS**
—
**TRAP**

©2021 Federal Ammunition

## MORE HITS. MORE RELOADS. MORE WINS.

It's here. New **FEDERAL PREMIUM® HIGH OVER ALL™** leaves a trail of shattered targets in its wake and more reloads per shell. Its hard, high-antimony lead shot and exclusive one-piece Podium™ wad produce the most consistent patterns, while the solid brass head and tapered hull make reloading easier than ever. *Victory is yours.*

1  SOLID BRASS HEAD
2  TARGET SHOTSHELL PRIMER
3  INTEGRAL BASE WAD AND TAPERED HULL
4  ONE-PIECE PODIUM WAD
5  HARD, HIGH-ANTIMONY LEAD PELLETS
6  EIGHT-SEGMENT CRIMP



**SEE ALL THE LOADS
AND LEARN MORE AT**
FEDERALPREMIUM.COM

# SCTP Collegiate Nationals 2021

**By: Tom Davis**



SCTP (Scholastic Clay Target Program) College Nationals returned to its historic fall schedule at the Cardinal Shooting Center with the International Bunker and Skeet Disciplines kicking off the event on the 6th of October. These very challenging clay target sports continue to gain the attention of American competitors and coaches, with many Olympians at Tokyo having spent previous time as athletes or supporters of the SCTP.

Using the newly constructed international venue at the Cardinal Center, SCTP saw one of the newest teams to the SCTP College cadre, University of the Ozarks from Arkansas would take top honors in both of the International Divisions of Bunker Trap and International Skeet.



Jacksonville University Shooting Team, High Overall Champions, Division-3

*FOR DETAILED RESULTS GO TO:*
*https://mysctp.com/ sctp-collegiate- nationals-crowns- new-champions/*

## Top achievements:

 **Lindenwood University shot a 989/1000, taking top tournament honors in the American Trap event**

 **Jacksonville University set a SCTP College Nationals record in Sporting Clays, shooting a 985/1000**

 **Emmanuel College took the top spot in the 5-Stand event, shooting a 474/500**

# Crowns New Champions



*Hillsdale College Team SCTP Nationals 2021*







## Networking and recruitment at Nationals:

Back by popular demand, high school athletes were invited to join the shoot, allowing them to compete in a separate high school competition. Intended as a useful opportunity for coaches interested in meeting the next class of shooters, the integration of networking is now a mainstay of College Nationals. Additionally, this gave rising athletes an opportunity to learn from college-level athletes and become familiar with college shooting programs throughout the nation.







*Fort Hays State University was high team in the American Skeet category with a 986/1000.*
*They started with only missing 1 target out of their first 500 (499/500) and would go on to be the*
*tournaments High Over All team.*



Next up at the Cardinal Shooting Center: SCTP Olympic Training Camps and SCTP National Championships:

In addition to SCTP College Nationals, the Cardinal Shooting Center is also home to SCTP Olympic Training Camps, Spring Regional Championships, and July's SCTP National Championship, the biggest shoot in Cardinal Center history. In the previous season's event, over 2.2 million rounds were safely fired as teams of junior shooting sports athletes stepped to the line at their National Championships in an attempt to make it to the podium under the grandstand lights. The 2022 SCTP National Championship kicks off July 9th with the International Skeet and Trap events, followed by American disciplines, side games, and awards through the 16th.◎









0682

# WHY JOIN?

# SCTP

- $5,000,000 Liability Policy that can include the school as an "also insured".
- COMPLETE Background checks! The SCTP does a comprehensive background check on every coach!
- Coach Training….most of the SCTP coaches are certified Level I NRA/USAS/CMP Shotgun Coaches
- Shooting year that runs from September 1st through August 31st.
- Athletes from 4th & 5th grade through college can participate in our program.
- State, Regional and National Championships in both American and International disciplines.
- Competitions in Trap, Skeet, Sporting Clays, International Skeet, Bunker Trap and Olympic

☐ **SCTP "All State Team" recognition and competition at our National Championships! New in 2017!**

Doubles.
- The SCTP is the "official" youth shooting program to Team USA and USA Shooting.
- Junior Olympic Development Camps (JODC's)…. Athletes stay right at the Olympic Training Center!
- Team savings accounts through the Midway USA Foundation…. and Endowment funds that we deposit.
- Raffle, new team start-up packages, Banquet packages available through us helping teams raise funds!
- Industry sponsored "special" gun prices for SCTP teams and athletes.
- Industry sponsored "special" ammo prices for SCTP teams and athletes.
- A registration and scoring system for all of our teams and coaches to use and track athletes.

**By Tom Wondrash**
**SCTP National Director**

The SCTP is a National Youth Clay Target Shooting Program focused on "Team"! There is no room for the win at all cost attitude. Much like football, baseball, basketball and track, we help build school/club teams and conferences across the country and have been doing this since 2001 when it started under the National Shooting Sports Foundation! The SSSF or Scholastic Shooting Sports Foundation now implements this program.

- The SCTP gives out over $89,000 a year in college scholarships to SCTP athletes graduating from high school. Since 2013, the SCTP has given out over $350,000
- Prizes! Last year alone the SCTP gave out over 30 guns at our national championships!
- 2 year college division for college programs along with virtual shooting opportunities! New in 2017

## • And so much more…..



## Scholastic Clay Target Program

165 Bay Ridge Lane
Burlington, WI 53105
Phone: 262-939-6664
www.sssfonline.com

**Currently, the SCTP has over 18,500 athletes/coaches across the country participating in our program encompassing 45 states. Our teams are led by certified coaches and we carry a 5-million-dollar Liability policy on ALL of our members!**

0683

# SHOT Show 2022

## Olivia:

For years I have always wanted to go to the SHOT Show. It has been a bucket list event for the last seven years. I first heard about it when I began my competitive shooting journey at age nine. In 2019 my dad had the opportunity to go out to Las Vegas for the event working the Mace booth in the tactical portion of the show. Three years later I finally got my chance and attended this year's 2022 show as media representing *Junior Shooters* magazine!

The first day was quite overwhelming because we had heard the show was big and it defiantly was filling multiple buildings and various levels. At first it was a bit complicated trying to find the locations of specific booths especially when we had meetings. But once we figured out the lay of the land, we had no issues and were able to relax a little bit more. Throughout the week we had the chance to meet up with various firearm companies including shotgun, pistol, and rifle.

Not only did I get to speak to different companies, I got to meet various shooters along the professional level. I even got to catch up with some friends from over the years! Throughout the week there were different events and press conferences for people to go too. I had to chance to go to the D.C. Project Press Conference where we listened to founder Diana Mueller speak and answer questions about the mission, they have in preserving our second amendment right.

I, and one of the other *Junior Shooters* writers, Abby Jackley, went to the Women of the Gun Event towards the end of the week. It was held by Project Child Safe and the NSSF. It was an amazing event and we met so many inspirational and empowering women. Michelle Cerino from Women's Outdoor News presented the 2022 Women of the Gun Award to winner, Julie Golob. Overall, it was a great learning experience; stepping out of my comfort zone from standard competition and being able to meet more people within the shooting industry!

**By: Jenell Jackley, Abby Jackley (16), and Olivia Shane (16)**



**Abby meet SHOT Show 2022**

## Jenell:

"We're headed to VEGAS!" The city may be the entertainment capital of the world, known for its mega-casino hotels and gambling, but we flew from Wisconsin to Las Vegas, Nevada with different intentions. We were going to SHOT Show 2022. After a one-year hiatus due to the Covid-19 pandemic the SHOT (Shooting, Hunting and Outdoor Trade) Show was "ALL IN" with a newly expanded 800,000 square feet of exhibitor floor space and over 2,400 exhibitors.

So, what was a family of three from Wisconsin doing at SHOT Show? This year we accompanied our daughter Abby Jackley (16) as she eagerly took her new role as staff writer and Instagram media manager for *Junior Shooters* magazine. Watching her have fun, while confidently approaching business owners and marketing directors of leading firearm and outdoor corporations, was a proud moment. We were truly impressed with the welcome and encouragement the *Junior Shooters* team members received from the various professional shooters and industry leaders. There was also a strong presence of women owned media professionals, writers, and 2A advocates that invited the young ladies to join and learn throughout the week as well, proving to be exceptional role models.

Abby has a true passion for the shooting sports and if you ask her why she likes shooting she will tell you because it's fun! We've also seen her interest grow tremendously in media, marketing and business courses in high school. So, what better place to bring it all together than at SHOT Show!

# Abby:

Four years ago, when I started shooting, if someone would have told me I would be going to SHOT Show when I was 16 years old, I would have told them they were crazy. But there I was, a representative of *Junior Shooters* magazine, getting to walk on the main floor of the SHOT Show and have the experience of a lifetime!

Being one of the few junior shooters at a show that is filled with businessmen and women, pro shooters, and industry insiders was such an experience. We were introduced to new products and got to handle and check out all sorts of firearms. I was able to see and talk to so many people at the show and really see how interested everyone was in youth shooting sports.

Whether I was talking to CEOs of companies or their marketing managers there wasn't a single person who wasn't interested to hear about what we were doing in our individual shooting and provide encouragement. Getting to talk with some of the pro shooters like Todd Jarrett, Lena Miculek, JJ Racaza, and Becky Yackley was amazing. Hearing their stories and advice was great and really something I never thought I would get to do. I can't wait to go back to SHOT Show next year! ◎



Todd Jarrett gave me some great advice about how the shooting industry works and how he was excited to see juniors in the shooting sports. My dad enjoyed talking to him as well!



*Junior Shooters* Magazine Team members meeting up from all over the country! Wisconsin, Ohio & Idaho!

L to R: Olivia Shane (16), Christy Shane (mom), Jenell Jackley (mom), and Abby Jackley (16)



My first ever interview about being on *Junior Shooters* magazine's team and how we can continue to encourage more juniors in the shooting sports with Denny Chapman Media and Big Daddy Unlimited.

The *Junior Shooters* team of Abby Jackley, Olivia Shane & Ben Moody at the Holosun booth

I had the pleasure of meeting Alexis Lagan and Maddy Bernau Olympic Shooting Sport Athletes!

Lena Miculek took the time to give some simple yet great advice, "Shoot what you love! You don't have to try & do everything!"

I can't believe I got to meet & talk with Todd Jarrett at the C-More Systems booth, he's a multi-titled World Champion in IPSC, Steel Challenge & USPSA, It was a great way to end day one of SHOT Show!

It was great meeting up with JJ Racaza again and getting to thank him for the time he spent with the juniors of SASP at Nationals.

I had a ton of fun checking out the Leadstar Arms PCC and talking with Palmetto State Armory.

Olivia and I were having fun at the Mantis booth doing dry fire race games!

Olivia and I had a great time at our first SHOTShow together. Thank you Berry's Bullets for all your support!

At Hatsan Airguns checking out new products.



**By: Andreya Cox, Daniel Boone High School Athlete**

# Daniel Boone High School Marksmanship Team

The Daniel Boone High School Competitive Marksmanship Team from Tennessee is composed of cadets who have demonstrated maturity, a thorough understanding of weapons safety and a high degree of marksmanship skills. Team members are selected after an extensive marksmanship training program in which all cadets participate. Competitive marksmanship offers team members the opportunity to develop coordination, discipline, applied knowledge and sportsmanship skills.

The Avanti 886 and Crosman Challenger .177 caliber pellet rifles used by the team exhibit similar ballistic characteristics as a smallbore .22 caliber rifle but are easier to handle and are much safer to use in training or competitive environments. The team has competed in many state, regional and national levels, earning several titles, including first in the East Tennessee Junior Olympics, overall in the Tennessee State Air Rifle Championship and eight in the nation at the Civilian Marksmanship Program National Service Championship. Team member Nanchaya Bailey also earned 10th at the Marine Corps JROTC Service Championship in Arizona.



Additional events the Daniel Boone High School team has participated in are the Appalachian Air Rifle Match, Science Hill Gun & Run Competition, Montgomery Bell Academy Air Rifle Classic, Foothills Hilltopper Air Rifle Match, RC Central Classic Air Rifle Match, Reindeer Games Air Rifle Match, Trailblazer Shoulder to Shoulder Rifle Match, Musket & Ball Postal Match, McDowell Titan Air Rifle Match, Gary Anderson Rifle Match, Volunteer Season Opener Rifle Team Match and the Marine Corps JROTC Postal Match.

If you'd like to find your local club, visit the CMP Competition Tracker Page at https://ct.thecmp.org/app/v1/index.php?do=clubSearch to become involved. To become a CMP Affiliated Club, visit https://thecmp.org/clubs/affiliate/.

*Have an article to share or want to highlight your CMP Affiliated Club? Send us your photos, reports and articles to highlight in The First Shot – email abrugnone@thecmp.org. We look forward to hearing from you.*

*The Civilian Marksmanship Program is a federally chartered 501 (c) (3) non-profit corporation. It is dedicated to firearm safety and marksmanship training and to the promotion of marksmanship competition for citizens of the United States. For more information about the CMP and its programs, log onto www.TheCMP.org.*



# Competes with Success

## Current Daniel Boone Marksmanship Team Members

### Jaylee Kirkpatrick-Hamilton (Captain)

- Jozzlyn Stewart
- Teri Gunter
- Dulce Lopez
- Nanchaya Bailey
- Connor Rowan
- Xavier Bray
- Tristan Rowe
- Andreya Cox
- Cavin Osborne
- Brooklyn Ziegler
- Mackenzie Cole
- Macy Dakin ◎
- Logan Brumfeild
- Luke Higgins
- Aiden Monette
- Jake Moody



A Note from the CMP: At the CMP, we are not only dedicated to an increasing number of those involved in marksmanship within our own programs but are also devoted to supporting the efforts of those who are creating their own legacies in their own ways. Our Club News articles are our way of displaying the successes of our clubs, in the hopes of encouraging others to take the same respectable paths – both in marksmanship and in life. We are proud of our clubs for all of their endeavors and are honored to show them off within our news feed.






**SWISS PRECISION**

# HYBRIDSCORE® HS10

**For airguns and small bore rifles.**

*Read more on the web*
*www.sius.com*

- The ideal target for clubs, schools & individuals.
- **Best** price for an ISSF approved competition target.
- Low maintenance.



**Can be used for 50m small bore** when equipped with a reinforced front frame.



Use Coupon Code "USA22" for Discount!

**Call or email today for Pricing!**

803-699-1800

usa@sius.com

0690
Linktree



# INTRODUCING

## APEX·10

MADE IN THE USA

## Reloading Has Reached A New Peak

10 Stage Tool Head
Mechanical Powder Measure
New Shuttle Disk Priming System
Case Feeder and so much more.

Everything you want,
for less than you think.

MARK 7 RELOADING

**Markvii-loading.com**
Now a Division of **Lyman Products**



TOP SHOOTERS ONLY USE THE BEST, MOST EFFECTIVE, ODORLESS, AND USER-SAFE GUN CARE PRODUCTS.

MAX MICHEL World Champion Competitive Shooter

## BREAKTHROUGH
CLEAN TECHNOLOGIES

www.breakthroughclean.com




SOUSA OPTICS

## QUALITY THAT WON'T BREAK THE BANK

KEEPING YOU ON TARGET
www.SOUSAOPTICS.com



## Pistol Bullets and Ammunition

## ZERO

### Zero Bullet Company, Inc.
P.O. Box 1188 • Cullman, AL 35056
Tel: 256-739-1606 • Fax: 256-739-4683
Toll Free: 800-545-9376
www.zerobullets.com



# WANTED
## FIREARMS OF ALL KINDS!!

OLD COLTS, WINCHESTERS AND BROWNINGS!!
Highest cash paid for firearms,
No collection too big or small!!

## BUCKHORN
### GUN AND PAWN
BUY • SELL • TRADE • REPAIRS
BOISE, IDAHO          208-377-2535

**Call Matt Perry,
Buckhorn Gun and Pawn!!**
## 208-377-2535



For those who don't know, I am a 14-year-old national level podium archer that competes all across the country mostly from January to September. My main tournament focus for the last year has been the IBO National Triple Crown Series which is the top unknown 3D archery series in the country and probably the world. In 2021, unlike years passed, I finally took the season off from archery. I did this because I got so burnt out mentally and physically this last season that I really needed to just take a break from archery because of the strain that my travel and competition schedule put on me. Don't get me wrong, I really like traveling and competing like I do, and I'm not being forced to do it. But, I want to keep liking it, but when you are competing almost weekly 9 months straight, you really do need to take a break and I finally learned that. This past summer I had a 21-week period where I only had one weekend off and it was for the Fourth of July; and some weekends in that 21-week stretch I competed in multiple events. In past years, I always said I was going to give myself an offseason, but always ended up practicing again after about two weeks because I thought I would fall behind if I didn't.

Physically, it is good to take a break because it will give your muscles and body time to relax. If you shoot all year round with no break and you don't workout either, you could potentially hurt your bones, tear muscles or tendons because your body is just doing the same motion over and over, and over, again. Even though I do a morning workout almost everyday, it is still good to give your body a time to chill. This is more for kids since our body is still growing unlike adults, but even adults can hurt themselves by shooting too much.

Mentally it is good to take a break because sometimes you need to get your mind off of archery and think about something else for awhile. If you think about something too hard and for too long, it can fry your brain which then makes it easier to lose focus on what your trying to focus on. Then you end up shooting worse, and then you will start focusing on that you're shooting bad, instead of the steps that you need to take so that you shoot good. And then you may end up wanting to quit because things are not going well.

Emotionally, it is good to take a break because of the pressure you may put on yourself to shoot really good at tournaments. I used to not want to take a break because I thought if I took any break from practicing, that I would fall behind. But most of the kids will take the offseason off too, so you really won't be falling behind like you think you will. And if they don't take a break, they will probably eventually burn themselves out, or have breakdown at a tournament because of all the pressure they put on themselves.

At the end of the 2021 season I got two new PSE Citation 36 compound bows. My parents bought me one and I bought the other with money I earned from my yard service business that I own. I wanted two identical bows because I wanted to have one bow for 3D and one

for target archery. Before now I was always having to change my setup when I went to different tournaments, and I didn't want to do that anymore. I just wanted to be able to pick up a bow and shoot it no matter what type of target I was going to shoot. Plus, my current bow was going to be maxed out on poundage by summer, so it made sense to make this change before the season started. After these two bows came in, I thought I was not going to be able to take the offseason off because I was going to have to get them tuned and broke in. But that wasn't the case, I did the testing and tuning pretty fast. It still actually took my first offseason off, but I did end up shooting once or twice a week just to shoot my new bows since I really like shooting them.

During this offseason I have been going up to Ray's MTB Park, which is where I ride freestyle BMX at. I have been going up there as much as I can because I have so much fun there and I just keep getting better and better, and I have been learning a lot of new tricks and get to hang out with other kids that like to ride. I have also gone out hunting a bunch of times for deer and pheasant with my dad. I got a nice button buck with a shotgun which I was super happy about since it had been four years and three days since I got a deer, and I never got one with a shotgun. I knew exactly how long it's been since my last deer because I got my first and only deer on my tenth birthday. This year my dad, aka my coach got a big 10-point buck which is the biggest buck he has ever got. It had been five years since he last got a deer, and this was his first with a rifle. For the 2022 hunting season, my goal is to get something with my compound bow; either a turkey, squirrel, deer or whatever. I'm still doing good in school like I need to, I have been getting all A's, which I am pretty surprised about since last year in 7th grade I didn't do great with the online classes even though I still managed to make the honor roll.

When my training for the 2022 season started back up in the middle of November, I slowly got back into practicing again so that I wouldn't hurt myself. For the first week I lowered my poundage and just shot single games, the next week I slowly got my poundage back up to my normal poundage and still just shot single games. Now I am back in normal training where I shoot double the amount I would shoot in the next tournament on that same style target four times a week; two days before the tournament I will shoot a triple game and the day before just a single game. I mostly practice with my target setup because it has a lower poundage, this way I can shoot more arrows easier so I can work on my form and shooting routine. My 3D setup has a higher poundage, so I wouldn't be able to get in a lot of practice in a short time before getting worn out. But the week leading up to a 3D event, I will shoot only my 3D setup. The reason for the different poundage is because in target archery depending on the tournament you

may have to shoot your bow 5 times in 4 minutes, but in 3D archery its maybe once every 10 minutes.

Last year on spots, my practice scores were in the high 270's. My first week back of training from taking this offseason off my practice scores were only in 260's, and I was actually OK with this since it was my first week back of training after taking a couple months off. The next week I started shooting in the 270's, then the low 280's. I was feeling really good because just starting back up I was shooting better scores then I was last year. Then that weekend I had my first competition of the new season, I was excited but nervous since it had been months since I shot in front of people. It was at a Vegas Style target and I got 1st in my class and shot a new personal best.

So, all in all I think taking this offseason off was the best decision for me to give my body and brain a break from archery. And now I am looking forward to getting back into tournaments because of my fun offseason. After taking this offseason off and coming back good, I decided that I will now take mini breaks during the season. I will take a mini-break after a big tournaments and before a smaller local shoot to help me not get burnt out and to just chill a little bit. And if I practice and take them serious, the way I should, these mini breaks will help me and not hurt me during the season mentally and physically so I can shoot longer and stronger. This applies to more than just archery, it can apply to any sport or activity. ◎

# Finding My Balance

**By: @JaceWaltersRecreation (14)**



**ATTENTION**

By: Ava Shelly (14)

# US Navy Sea Cadet Marksmanship Training

*American Veterans Division and Instructors.*

The United States Naval Sea Cadet Corps (USNSCC) was established by the Navy League of the United States at the request of the Department of the Navy in 1962 to "create a favorable image of the Navy on the part of American youth". According to their website, Sea Cadets continue to further the image of our maritime services by developing an interest and ability in seamanship skills. Instilling virtues of good citizenship and strong moral principles. Demonstrating the value of an alcohol-free, drug-free and gang-free lifestyle and exposing cadets to the prestige of public service and a variety of career paths through hands-on training with our nation's armed services. The mission of the Sea Cadets is to build leaders of character by imbuing in our cadets the highest ideals of honor, respect, commitment, and service.

I am a member of the USNSCC in the American Veterans Division based out of West Palm Beach, Florida. I joined in 2018, just after my 10th birthday to meet people that share similar interests as me. The Sea Cadets offer so many amazing opportunities for cadets by way of military training and discipline. The program is set up to mimic military life and responsibilities. For cadets ages 10-13, they are in the United States League Cadet Corps (USNLCC). The leaguers (as they are referred to) participate in all aspects of drills, knowledge, and their own specific trainings. Generally, these trainings are geared more specifically for this age group with less physical demanding aspects. Each cadet is still required to pass the Physical Readiness Test (PRT) twice a year that consist of sit-ups, push-ups and running with hard standards being

enforced. Once the cadet turns 13, there is a 'crossing over' ceremony held at the local level to welcome the Leaguer to the Sea Cadet Corps. The cadets have been given the authority by the Secretary of the Navy to wear the same US Navy uniforms with different insignia. Some of the trainings I've attended include, JAG, Submarine, MAA, Aviation, multiple FTX's (Field Training Exercises) and Marksmanship.

Marksmanship is an important aspect of the military, for one, the military is responsible for protecting America and all Americans. The USNSCC take marksmanship very seriously during recruit trainings and MAA trainings, bringing the most skilled civilian and military instructors to teach the cadets. Our unit provides a standalone marksmanship training once a year at a local shooting range. This well



designed and organized training allows cadets to hone their skills from previous years and allows some cadets an opportunity to manipulate a live firearm in safe and fun conditions. Like most government entities, the Sea Cadet Corps must follow strict guidelines when it comes to live fire exercises and complete paperwork that needs approval from HQ. Safety is at the forefront of everything we do.

We are blessed to have a Commanding Officer (CO) that has connections in our community and can provide our unit with top notch instruction from highly qualified individuals. All Sea Cadet qualifications are done using .22lr rifles and .22lr pistols. There are standard targets and regulations regarding scores and award designators. Each cadet that has a qualifying score can earn the marksmanship ribbon, while those cadets who excel can earn the Sharpshooter or Expert appurtenance. Each cadet is able to earn an appurtenance for both disciplines, so if you qualify as expert in both rifle and pistol, your marksmanship ribbon will have two silver E's attached. All earned awards stay in your jacket for the rest of the Sea Cadet career.

I had the opportunity to speak with some of my shipmates during our marksmanship qualification shoot.

SN Garrison Trenschel joined the Sea Cadets because he's looking to go into the military, preferably the Navy, so this will help with adjusting to military life early on as well as just normal life skills. SN Trenschel is interested in military aviation or engineering. "My dad is in law enforcement, he's been taking my brothers and I since we were very young," he said, "but I still enjoy coming out here, and it's super fun because I get to shoot different things each time." When asked why he chose the join the Sea Cadets, Garrison responded that, "The Sea Cadet program will definitely help with military life and help getting into a service academy, but also with time management, efficiency, leadership, and being able to follow orders and being respectful to everyone." SN Trenschel is active in mixed martial arts, wrestling, Jiu jitsu and axe throwing.

Petty Officer 3rd Class Eden Price is one of five females in our unit. She joined the program because her older brother joined years before. "I saw the cool medical trainings that he was going to, I wanted to go to the medical trainings as well", she said. PO3 Price is the female Corpsman for our unit, attending medical training provided by the USNSCC. Attending various trainings are required to promote and medical is one of the many options cadets have. Upon graduation of the training, you can opt to be the Corpsman for your local unit. Generally, one male and one female Corpsman is preferred. Today's marksmanship training was her first day ever at the range. When asked what her thoughts were about it, she replied very candidly, "it's pretty cool, I did better than



*Ava Shelly fires a Glock 34.*



*Ava Shelly fires an AR-15.*

I thought I was going to do." She hopes to gain leadership and stronger character out of her time in the USNSCC. PO3 Price aspires to be a trauma surgeon or a combat medic. She is competitive rower and truly enjoys helping people.

PO2 Daniel Wheeler joined the Sea Cadets to explore different career fields and to see if military life is something that interests him. PO2 Wheeler will earn his Private Pilot License in December 2021 and plans to pursue flying military aviation. Unsure about what branch he wants to serve in, he is currently a high school junior and weighing his options. Daniel will attend Petty Officer Leadership Academy (POLA) this winter break. POLA is required to promote to senior cadet leadership billet. The entire Wheeler family enjoys spending time at the range quite often and have completed several different NRA courses together. Daniel is currently an NRA apprentice instructor and is working towards his Range Safety Officer credentials. "The Sea Cadet program", says Daniel, "is a great addition to any resume when applying for colleges, service academies and/or ROTC programs."

It is with great pleasure to address the woman who has helped me the most with my shooting career, Amy Hackworth. Amy is

the owner of Treasure Coast Firearms Training and the Range Safety Officer for our Sea Cadet Marksmanship Training. I met Amy almost four years ago when my parents wanted me to learn about firearms. Firearm safety is important to my family and when I was about 9 years old, they found Amy and asked to her to be my instructor for private lessons. We started with the NRA Basic Pistol course and began working on the Winchester Marksmanship Qualification Program. It was a great introduction to the shooting sports, and I was able to achieve NRA Distinguished Expert in pistol. I will be forever grateful for sharing this journey with her. Amy began shooting with her father out in the woods and joined a shooting club when she was a young girl. She became an instructor to help women feel more comfortable at the range, "Sometimes people get intimated by firearms and the culture surrounding firearm training and shy away, but if you see someone that looks like you, it's less intimidating", says Amy. She opened her own business to help everyone with firearm training, her ideal trainee is someone who listens. "It doesn't matter if it's a man, woman or young child and least give what we suggest a try", says Amy. She enjoys supporting the Sea Cadet program because it's important for youth to learn about firearm safety and have quality instruction.

Every cadet who attended this training qualified and earned their



*American Veterans Division Commanding Officer, LTJG Larry Saulog.*

marksmanship ribbon. There were several who earned Sharpshooter and a few who earned Expert appurtenances. Overall, this was a great day. We had great weather, great instructors and great leadership. The Sea Cadets program works very hard to promote a healthy and happy lifestyle, I feel fortunate to be a part of something bigger than myself. If you are interested in joining the program, you can find us online at www.seacadets.org and search for your local unit. Send quick email to the Admin Officer and they will get you setup to attend your first drill. The season follows the school year, so check with your local unit to find out more details. I look forward to meeting some of you at competitions or Sea Cadet trainings around the country.◉



*Instructor teaches safety.*



*Van Shelly fires a pellet gun.*

# National Junior Olympic Skeet and Trap Championships Hosted at Hillsdale College

By: Emily Stack Davis



Hillsdale, Mich. — From June 29 to July 7, Hillsdale College hosted the USA National Junior Olympic (JO) Skeet and Trap Championships at its John Anthony Halter Shooting Sports Education Center. Youth shooters, below the age of 21 and having qualified at an approved USA Shooting event, traveled to Hillsdale College to compete against their peers.

"This younger generation of shooters is an incredibly talented bunch," said Jordan Hintz, head shotgun coach at Hillsdale College. "It is exciting to have a world-class facility like the Halter Center to be able to provide this opportunity for the youth to compete."

The JO Championship results for the open division were as follows:

Skeet Champions for junior open women:
Gold: **Fayth Layne**, Tennessee – 107 Final 53
Silver: **Jessi Griffin**, Georgia – 110 Final 51
Bronze: **Julia Nelson**, Minnesota – 100 Final 43

Skeet Champions for junior open men:
Gold: **Benjamin Keller**, Colorado – 123 Final 57 + 4
Silver: **Elijah Ellis,** Texas – 120 Final 57 + 3
Bronze: **Jordan Sapp**, Arizona – 116

Trap Champions for junior open women:
Gold: **Carey Garrison**, Tennessee – 108 Final 38
Silver: **Ryann Phillips**, Texas – 114 Final 36
Bronze: **Kaleigh Castillo**, California – 103 Final 30

Trap Champions for junior open men:
old: **Jack Brosseau**, Florida – 112 Final 44
Silver: **Matthew Kutz**, Texas – 113 Final 41
Bronze: **Emanuel Butdorf**, Ohio – 113 Final 31

0698



*USA Shooting brought young shooters from across the country to the John A. Halter Shooting Sports Education Center*

Eight junior shooters were also selected from the match to join the JO squad, which was created to reward up-and-coming athletes that show potential for the future. Membership on the squad opens up the opportunity for limited funding such as a team vest, an invite to team camp, and support in the form of match ammunition at the National Championships. Squad selections were separate from the medalists and based on qualification scores. New JO squad members include:

- **Eden Samson**, Alaska
- **Julia Nelson,** Minnesota
- **Hayden Clarke**, Texas
- **David Garza**, Texas
- **Aiko Bianca Coloso**, Florida
- **Kaleigh Castillo**, California
- **William Browning**, Ohio
- **Sam Blevins**, Kentucky



Hillsdale College has been the home of the USA Shooting National Team since 2019. Earlier this month, the John Anthony Halter Shooting Sports Education Center hosted the USA Shooting Junior Olympic Trap and Skeet development camps. The Center boasts 113 range acres, four international skeet fields, a 22-station sporting clays course, five international bunkers, a small arms range, international archery range, American trap ranges, and AcuSport lodge.

About the John Anthony Halter Shooting Sports Education Center

The Halter Center is a state-of-the-art shooting facility located five miles from the Hillsdale College campus. Opened in 2008, the Center aims to introduce individuals to shooting sports and encourage interest across all levels of experience. The Halter Center also serves an educational purpose by promoting the principles of the Constitution and teaching beginner and experienced shooters in various classes. Home to Hillsdale College's collegiate shooting teams, the Halter Center is also a resource for the public through camps, conferences, and other programming. For more information, visit shootingsports. hillsdale.edu.◎

## About Hillsdale College

Hillsdale College is an independent liberal arts college located in southern Michigan. Founded in 1844, the College has built a national reputation through its classical liberal arts core curriculum and its principled refusal to accept federal or state taxpayer subsidies, even indirectly in the form of student grants or loans. It also conducts an outreach effort promoting civil and religious liberty, including a free monthly speech digest, Imprimis, with a circulation of more than 5.7 million. For more information, visit hillsdale.edu.

**HILLSDALE COLLEGE,**
**33 E College St,**
**Hillsdale, MI 49242**
**United States**

# ALWAYS

**EACH AND EVERY TIME**

# SAFETY FIRST



**SAFETY FIRST**

By: Bob Robb (article provided by NSSF)

## More Than Just For Protection!
## Shooting Glasses for the Clay Sports



Clay target shooters, like all shooters, require shooting glasses for eye protection. But did you know that choosing the right lens color based upon prevailing conditions can help you see the target better and improve your chances for success?

Clay Games Shooting Glasses 101

Specialized shooting glasses commonly have features designed to make you more comfortable while shooting. Frames usually have a "sweat bar" that runs the width of the frame above the lenses that adds stability to the frame and a more secure fit. Frames are also generally made in a roundish shape, to avoid sharp corners that could jab the face. There also might be some additional padding on the frame around the eyes. Spring hinges at the temples are often incorporated to allow the frame to flex during recoil, and adjustable nose pads allow for a perfect fit.

There are two strength standards of certification for shooting glasses, ANSI (American National Standards Institute) and military

standards. ANSI requires the lenses must be able to stop a quarter-inch steel ball traveling at 150 feet per second (fps), which will protect the eyes from blowback debris. Glasses that meet this standard will have "Z87 certification" on the glasses or packaging. Military standards (MIL-PRF-31013) for shooting glasses are much more rigorous, requiring the lenses to stop a .15-inch-diameter steel ball traveling at 650 fps. They're much stronger—and more expensive.

Shooting glass lenses are made from polycarbonate, the same material that bulletproof glass is made of. When impacted, polycarbonate will not shatter and create shards that can penetrate the eye. Polycarbonate lenses with a scratch-resistant coating and built-in ultraviolet (UV) protection have been the lenses of choice for shooting glasses for many years.

Glasses with a single fixed lens are the most common and least expensive choice. However, many companies offer glasses with interchangeable lenses so a shooter can match the lens color to prevailing conditions. Prescription lenses can be made to order in whatever color you want. Polarized lenses reduce glare caused by light reflecting off water and other flat surfaces, so outdoor vision is enhanced,

and can also be made in almost any color. Photochromatic lenses darken automatically in response to sunlight and are available in a variety of colors. Whatever lens color you choose, consider having an anti-reflective (AR) coating applied to the back surface of the lenses. This eliminates potential glare from light reflecting off the back of your lenses when the sun is behind you.



# Shooting Glasses Continued

Why Lens Color Is Important

What humans think of as daylight is actually composed of all the colors of the rainbow, but the individual colors cover only narrow portions of the visible light spectrum. Violet and blue are in the short wavelength part of the spectrum, green and yellow in the medium range, and orange and red are at the long end. When an object reflects all of these wavelengths equally, it appears white. Objects that absorb all visible wavelengths equally appear black. When an object absorbs the wavelengths in some bands and reflects others, it will have what we typically think of as a specific color. So, when looking at an orange clay target, the longer wavelengths in the orange-red part of the spectrum are reflected, while the rest of the wavelengths are nearly totally absorbed.

The primary way shooting glasses assist skeet, trap and sporting clays shooters see targets better is by filtering light through different colored lenses. Light conditions, backgrounds and target colors all come into play when it comes to how well and how fast you'll pick up a target. Crafty sporting clays course designers know, for instance, that chartreuse targets flying against a background of nearly identically colored foliage ups the challenge level for shooters. Likewise with black rabbit targets rolled on dark ground coverings and white targets tossed across open skies. Changing your glasses to address each scenario can mean the difference between a hit and a miss.

Some manufacturers have taken tinting lenses to a custom level, offering more colors and grades of tint than one can imagine. However, there are nine basic lens colors. Here they are, and when they work best:



1.**Amber** — Amber lenses block blue light and work best on low light or cloudy days. Amber creates contrast and allows targets to stand out even when conditions are not ideal.

2.**Blue** — This color should be used only when shooting green targets. This is generally a custom option and a color that does not work well on bright sunny days regardless.

3.**Brown** — Designed to boost the visibility of orange targets with vibrant color enhancement. It's best used on bright, sunny days when shooting against an open, uncluttered background.

4.**Clear** — Clear lenses work under a wide range of conditions, including shooting in low light and under the lights during night shooting events. They don't distort colors.

5.**Gray/Green** — These colors are often associated with standard sunglasses, and gray and green lenses do work well when shooting in bright sun. Gray lenses enhance contrast and depth in bright conditions extremely well, but they do not enhance orange targets.

6.**Orange** — Helps block out blue light and haze and brings out the orange in standard clay targets. It's an excellent all-around lens color for clay target shooting.

7.**Pink/Vermillion** — This is an extremely popular choice with clay target shooters because they make orange targets really pop against a wide range of backgrounds, especially on bright, sunny days. Vermillion has become a favorite all-around lens color for many clay target shooters.

8.**Purple** — Purple-tinted lenses are the No. 1 choice when shooting orange targets against a green background. Against green leafy cover, they enhance the orange target and emphasize the full depth of the background, helping you focus clearly on the target. It also reduces glare, even from snow.

9.**Yellow** — This is an excellent choice for low-light conditions, including gray and overcast days and even in fog. Yellow lenses make white stand out brightly and enhance other target colors. The brighter yellow the lens color (there are various shades of yellow available), the better it is for use in low-contrast and near-dark conditions.

# Shooting Glasses Continued



## Randolph Ranger

An Investment That Pays Off on the Scorecard

There are many reputable manufacturers of target sport eyewear to choose from, and pricing ranges from fairly inexpensive to anything but. As with many things, you get what you pay for, but no matter what your budget is, try on as many as you can before buying, fitting them under your ear protection and in use with a ball cap if you regularly wear one to make sure they don't fog up, slip, block your ability to see something crucial like your rib beads or fiber optics or interfere with your peripheral vision.

When it comes to choosing colors, many manufacturers package three or four colors together with the frame to sell as a set. They're a good place to start, especially for skeet and trap shooters where the targets and backgrounds are more universal. For sporting clays and FITASC shooters, think about the courses you regularly shoot, their various backgrounds through the seasons and the target colors the ranges are known to throw. Those four-lens sets are a good place to start, but consider choosing a brand that has other lens choices you can add as needed to address specific conditions. Remember part of the point of having exchangeable lenses is to be able to quickly swap them out as the backgrounds and target colors change from station to station throughout a course.

All shooters must wear eye protection, so why not choose lens colors that can actually assist you in better seeing the target? Like your choke tubes and load choices, they're just one more way to put "Xs" on the scorecard.



**OrvisRERangerPhantom**

**RadiansT85Lens**

**Pilla Blades**

**Pilla**

The 40 CN is a robust all around background neutralizer tuned for medium light, however, as an all around lens it is one of the best Pilla offered to a shooter looking at highly dense tree backgrounds.

The filter of the 40cn uses a spectral enhancing curve that enhances target orange while also muting the green backdrop. The lens has a high performance chromashift coating that helps reduce glare which is a very important performance enhancement when want true definition. The clarity of the target is achieved through all performance inputs pilla and ZEISS put into the lens. This is a combination of filter, pigment, and coating technology.

The 40cn is a lens that is engineered to perform in medium yellow light … this is a light that is Not filtered by overcast or cloud cover …

This lens is certified by ZEISS to be optically correct and produces A crystal clear site picture. ◎

*Pilla glasses at www.claytargetvision.com/studentprogram*



## Find more content like this at LetsGoShooting.org!

# The CZ Scorpion PCC
## Will this be your next match PCC?

By: Andy Fink, Brian Hamilton, Ashley Hunt (18), Logan Hunt (15)



## CZ-USA
### PROTECT • HUNT • COMPETE

The Pistol Caliber Carbine (PCC) has become very popular over the last few years. There are a variety of shooting competitions that have categories you can use it in such as 3-Gun, 2-Gun, and SASP. When given the option of shooting a pistol or a PCC in a specific competition, many select the PCC. There are factory models (we have reviewed both the Sig Sauer MPX and the Ruger PCC in the magazine previously, and a PCC from ODDIN WORKS is scheduled for this coming summer issue). Many of our shooters are enamored with the MPX, some like their custom PCC, but we have one coach who really loves the CZ Scorpion.

## LOGAN

Hi, my name is Logan, and today I'm going to be talking about the CZ Scorpion PCC. This gun is extremely accurate and very well rounded. When I shot it, I had a wonderful time with it. Almost every shot was a hit, the only ones I didn't hit was because I was rushing a little too fast. I was able to spin a spinner, which is two metal plates attached together balanced and when you hit one the momentum will send them swinging back-and-forth till it spins.

I had a really good time, especially because it had a red dot which made it a lot faster and still accurate for me. I would definitely recommend this gun to anyone who is looking into buying a PCC. If I were you, I would also get a good optic for it like a red dot, or a scope, so you can get a more accurate picture on what you're trying to shoot.

I was able to tear down almost anything in the range when I was firing it. I was holding it against the table and I was able to hit most of my shots. If I had to rate this gun I would rate it 8 out of 10.

*Logan, using a rest as he knocks over plates.*

# BRIAN

The CZ scorpion EVO 3 is a semi-automatic 9mm carbine introduced in 2015. I think this is a great looking carbine. It's available in two different options. With a 16.2" barrel you have the option of a muzzle break or with a faux suppressor. The faux suppressor does not change the sound of the EVO but it does give it a great look. Given that the faux suppressor is removable, now you are ready for your choice of a full functional suppressor. I really do like the overall look and design of the EVO 3 the forend is not bulky and fits the hands great. The total length of the EVO 3 is 34.75 inches unless you utilize the polymer framed adjustable folding stock. I like how the adjustable folding stock adds to the versatility of the EVO, either breaking it down or adjusting the length to fit your needs.



*Riley shooting while Brian is the Range Officer and coach.*

This sleek, and light-weight design, comes in at just seven pounds with the option of a black or tan finish. Both versions are fitted with an ambidextrous safety, full length rail, and the forend is ready for M-lock attachments. A top Picatinny rail is fit with iron sights and allows the mounting of a wide number of optics. Simple and reliable, the Scorpion not only has ambidextrous controls, its non-reciprocating charging handle is swappable and the reach to the trigger is adjustable.

With a wealth of accessories and attachments available for the Scorpion platform, customization can easily be done with a number of stocks, grips, forends, magazines, safeties, mag releases, charging handles and triggers designed specifically for the EVO 3 platform.

I have had a great time trying out the EVO just target shooting and in matches. I am impressed with the look and performance of the CZ EVO 3. This is a reliable fun carbine. I would definitely say to give this a try.



## ASHLEY

## SHOOTING WITH USPSA IS FUN, COMPETITIVE & ALWAYS SAFE!

USPSA matches are unlike any other shooting sport combining speed, power and accuracy. We move, run through obstacles, shoot and reload until the fastest, most accurate competitor wins.

**Come on out and give it a try!**
**To find a local USPSA club or become a member, visit www.USPSA.org.**

The CZ Scorpion is a Pistol Caliber Carbine(PCC), basically being a rifle that fires a pistol caliber cartridge, in this case, the 9mm. The specific CZ Scorpion I shot had a royal blue upper and a cool red dot scope. Red dot scopes are amazing to have on a PCC, the style of gun has almost no recoil, making the gun super easy to move and get onto target. It's a good competition gun, being very accurate and easy to maneuver.

We were practicing shooting various competitive scenarios (person vs person) and it was surely one of my favorites to try. For me, this gun is one of the easiest to fire, even easier than a shotgun. Everything about it is simple, it has an easy-to-use magazine release, safety switch, slide charging handle, and trigger. This gun is wonderful! I highly recommend it if you are looking for your very own PCC. ◎

# Advertiser's Index



| | | | | |
|---|---|---|---|---|
| Bar-Sto Precision Machine | 23 | Pyramyd Air | 3 |
| Berry's Manufacturing | 7 | Remington | 25 |
| Black Hills Ammunition | 9 | Rock Island Armory | 60 |
| Breakthrough | 43 | Ruger | 5 |
| Buckhorn Gun Store | 43 | Sawyer | 59 |
| Clay Target Vision | 21 | SK Ammunition | 59 |
| CMC Triggers | 59 | SKB Shotguns | 34 |
| Cowboy Fast Draw | 58 | SIUS Target Systems | 42 |
| El Tigre | 59 | Starline | 19 |
| Federal Cartridge Co. | 29 | SOUSA Optics | 43 |
| Ghost Holster USA | 17 | Trulock Chokes | 33 |
| GLOCK | 15 | USPSA | 57 |
| Magpul | 10 | WARNE | 9 |
| Mossberg | 2 | Zero Ammunition | 43 |



COWBOY FAST DRAW

REAL HOLSTERS, REAL GUNS, WITH WAX BULLETS

EVER WONDER HOW FAST YOU WOULD HAVE SHOT IN AN OLD WEST GUNFIGHT?

NOW YOU CAN FIND OUT!

*GREAT SPORT FOR THE WHOLE FAMILY!

*GREAT INDOOR/OUTDOOR ACTIVITY
*NEW CLUBS FORMING

WWW.COWBOYFASTDRAW.COM

JOIN TODAY!!!

Dedicated to the Cowboy Way

COWBOY FAST DRAW ASSOCIATION
P.O. Box 5 • Fernley, NV 89408 • 775-575-1802





# PRECISION HAS NO SPEED ZONE

## NEW! HIGH VELOCITY MATCH

- Blistering 1,263 feet per second Muzzle Velocity
- Purpose-Built for PRS, NRL22 and Other High-Speed Disciplines Where Every Second Counts
- Proprietary Blend of Clean-Burning, High-Energy Propellant for Reliable Function in any Firearm Platform
- Match Grade Hi-Velocity Performance - What Competitors Demand From all SK Ammunition

**OUR PASSION. YOUR SUCCESS.**

sk-ammunition.com





**Sawyer Insect Repellents for Clothing and Skin**

GEAR SAFE AND EFFECTIVE ON FLIES, TICKS, AND MOSQUITOES INCLUDING THE SPECIES THAT TRANSMITS THE ZIKA VIRUS.

SAWYER



El Tigre & El Tigre II

By John H. Manhold

www.amazon.com

# Non-stop adventure!



# CMC TRIGGERS

## BE AN ORIGINAL
### WITH THE ORIGINAL DROP-IN TRIGGER

more than just triggers... CMC strives to build the very best aftermarket gun parts money can buy

follow us

CMCTRIGGERS.com



# A STRIKER-FIRED PISTOL WITH THE STRENGTH AND DURABILITY OF METAL.

## SOME CALL IT A MIRACLE. WE CALL IT THE STK100.

You don't know us for our striker-fired pistols. But you will. The STK100 is made of aluminum with just enough weight to reduce felt recoil. It comes in 10- or 17-round capacity with an optic-ready slide. It works with most aftermarket parts, and boasts a grip angle like a 1911 for greater control. Shoot comfortably. Shoot accurately. Shoot the STK100.





### STK100

| SKU | CALIBER | CAPACITY | BARREL |
|-------|---------|----------|--------|
| 56625 | 9MM | 10 or 17 | 4.5" |

// ARMSCOR.COM/STK100

# EXHIBIT 15



# JUNIOR SHOOTERS

Volume 43 Summer 2021

**FEATURE:**
My Shooting World: SASP, USPSA, & Steel Challenge!

**CMP RIFLE TEAM U OF ALABAMA**

Making A Mark

The "Bumblebee" from BAR-STO

SASP 2021 College Nationals

**Becoming a Collegiate Shooter**

# juniorshooters.net

# 110012    Summer 2021
$6.99US
Display until 09/04/2021





©2021 O.F. Mossberg & Sons, Inc.
Designed in collaboration with World Champion Jerry Miculek
MOSSBERG | 940™ JM PRO
TOP GUN FOR 3-GUN.
GO WITH A WINNER, STRAIGHT OUT-OF-THE-BOX.
Inside, there's a new durable gas system that can go up to 1500 rounds between cleanings, nickel-boron coated internal parts for smooth operation, and a competition-level loading port (built for Quad-loading), elevator and follower. Outside, an LOP adjustable stock and streamlined forend, plus a host of stylized, functional components combine to optimize speed, accuracy and durability.
Mossberg – Makers of dependable, hardworking firearms for more than a century.
#85111
940™ JM Pro
12GA, 10-Shot
Briley® Extended Chokes
SAFETY TIP
Store firearms securely, inaccessible to children and unauthorized users.
LEARN MORE AT MOSSBERG.COM
MOSSBERG
SINCE 1919

RELIABILITY. RELOAD. REPEAT.

Our magazines and magazine wells bring Magpul quality and reliability
to your most dependable handgun. Every single time.

www.magpul.com

© 2021 Magpul Industries Corporation. MAGPUL, MAGPUL LOGO & DESIGN, and others are trademarks of Magpul Industries Corp.

# Table Of Contents

**8** Tuesday Shooting Tips From *Junior Shooters* Instagram
*Morgan Rose Leonhardt (13) and Dalton Grabarczyk (16)*

**10** SASP 2021 College Nationals
*Tom Davis, SSSF*

**16** My Shooting World Is SASP, USPSA, and Steel Challenge!
*Abby Jackley (15)*

**20** Junior, Shelby Carr, Sweeps Sporter in CMP's 2020 Aces Postal
*Ashley Brugnone, CMP Staff Writer*

**22** August is National Shooting Month
*NSSF Staff*

**24** SIG SAUER's ASP20 .22 Air Rifle
*Brian Hamilton, Ashley Hunt (17), Ethan Hunt (16), Logan Hunt (14), and Kaitlin Hunt (12)*

**28** Gun Fit For Clay Shooting
*Georgie Seagraves (16)*

**32** CZ's All American Trap Combo
*Nick Polzella (16)*

**34** Becoming a Collegiate Shooter
*Ida Brown*

**38** The FAIR Carrera One HR and Carrera One Barrel
*Jake Deane (18)*

**41** The Shooting Sports are for Families
*Jeff and Misty Goff*

**44** The Bumblebee from Bar-Sto a Custom GLOCK 34 9mm
*Ashley Hunt (17)*

**Volume 43 | Summer 2021**

**48** CMP Collegiate Rifle Team Feature: University of Alabama at Birmingham
*Ashley Hunt (17)*

**52** Our Families Journey Through the Shooting Sports From SCTP/SASP to USPSA
*Ashley Hunt (17)*



COVER: Abby Jackley (15) SASP. USPSA, and Steel Challenge shooter.

## Inside Every Issue!

**6** Editorial

**55** Safety First

**56** Junior Gear Guide

**58** Advertiser's Index

0713



"The Beginner"  Jack and His 10/22® Carbine

# BE ORIGINAL

If you're reading this, we are willing to bet that your first firearm experience was with a Ruger® 10/22® rifle. And there is a good reason for that. Affordable, lightweight, compact and easy to shoot, the 10/22® is the perfect choice for taking first-time or beginner shooters to the range for a day of fun. When it comes to their first rifle, don't go with a copy - make it an original.



THERE IS ONLY ONE 10/22®

**RUGER**
**10/22**
ONLY

RUGER.COM/1022    f 🅾 ▶ ◉

# Airgun and Laser Training Save Money

# A Message From your Editor

At the time of printing this issue, ammunition and reloading components are sometimes very hard to find. Primers and powder are very difficult. More ammunition is slowly appearing on shelves and on the internet, but the costs are quite high. Some types of bullets and calibers are available, and some aren't. The lowest price I found during one search (prices change on a regular basis) for 9mm 115 grain FMJ was $0.42 a round. The average was closer to $0.52 a round. The average price for .223 55 grain FMJ seems to be about $0.57 a round. Finding .308 168 grain match or 175 grain match is almost impossible. Other grain .308 FMJ's seem to go for around $1.00 a round. Winchester small pistol primers are going for about $140 for 2,000 primers. .22 Long Rifles ammunition is going for a low of $149.80 for a brick for ARMSCOR



Andy Fink, Editor-In-Chief

SAFE SHOOTING!

36 grain HP (500 rounds - $0.30 a round!!!) Oh, my! I remember when it was less than $0.50 for a box of 50 when I first started shooting.

This makes shooting expensive. However, there are alternatives. The most obvious are training and competitions with airguns and lasers. Many of you already compete with airguns. The airgun competitive sports are showing an increase at all levels, including college and the Olympics. You can start at an early age with BB guns as many 4H clubs have BB gun competitions, and Daisy has an annual National BB Gun Championship! Check out NRA's airgun competition rules.

Many firearm manufacturers have produced and/or licensed BB and pellet replica airguns of their most common models, while airsoft airguns and competitions have been around for some time. I recommend you go to www.pyramydair.com and check out all of the cool ones that are available. These work for plinking, training, competition, and some are made just for hunting. Airguns are not toys. Their power varies and some can be used to hunt small to medium game as big as deer, wild boar, or black bear. Treat them the same as you would a firearm. Safety comes first!

**Back Issues and Subscriptions:**
FREE downloadable PDF versions of *Junior Shooters* are available on our website at: www.juniorshooters.net/articles/. The most recent ones are not available until three months after they come off the newsstands. Some hard copies are available of back issues but not a lot. Those hard copies of older back issues are expensive at $20-30 per copy. Subscriptions cost $16.00 per year for four printed issues. Please make out your check to: Junior Shooters
7154 W State St. #377
Boise, ID 83714

### Send in your story!

Laser training has many advantages, and the components are very reasonably priced. You can do it indoors. You can use airguns or even use your favorite firearm for competition or hunting; just fitted with a laser. Reactive targets are the best. These can be individual targets or a video system that incorporates multiple disciplines and scenarios. I recommend checking out the wide variety of options available at www.laserammo.com.

Shoot safe. Have fun. ◉

**Publisher** Junior Sports Magazines, Inc.
Tel: 208-629-8967, publisher@juniorshooters.net
7154 W State St. # 377, Boise, ID 83714
www.juniorshooters.net

**Editor-In-Chief** Andy Fink IV
**Associate Editor** Kenny Durham
**Art Director** Dawn Fink
**Established Contributing Authors**
Serena Juchnowski (Jr.), Alexander Mrosko (Jr.), Joseph Murray (Jr.), Jenna Fees, Ashley Rumble (Jr.), James de Lambert (Jr.), Ricky Marston (Jr.), Ben Moody (Jr.), Carly Thompson (Jr.), Steven Shults (Jr.), Tyler Savell (Jr.), Brody Loftin (Jr.), Tristan Woodbury (Jr.), Cameron Burke (Jr.), Jessica Weekly (Jr.), Macey Tadlock (Jr.), Hunter Horvath (Jr.), Bryson Smith (Jr.), Kaden Barney (Jr.), Caleb Hamilton (Jr.), Riley Goff (Jr.), Ryker Bell (Jr.), Jack Moody, Kim Moody, Randy Irish, Scott Dye, Dave Furney, Andrew Rumble, Larry Haley, Mike Sacks, Andrew Fink V, Jennifer L S. Pearsall (NSSF), Bill Dunn (NSSF), Tom Wondrash (SCTP)

**Marketing & Sales** Andy Fink
General E-mail: info@juniorshooters.net
Advertising Information: Advertising@juniorshooters.net
Letters to Editor: articles@juniorshooters.net
Article Submission: articles@juniorshooters.net

Editor-in-Chief: publisher@juniorshooters.net
Copyright and Published by Junior Sports Magazines, Inc. All rights reserved under international and Pan American Copyright Conventions. Reproduction, in whole or in part, is authorized as long as appropriate credit is given to *Junior Shooters* magazine and/or Junior Sports Magazines, Inc. *Junior Shooters*™ is a trademark of Junior Sports Magazines, Inc., Boise, Idaho. Printed in U.S.A

**Warning Readers:** Be advised that there may be products represented in this magazine as to which the sale, possession, or interstate transportation thereof may be restricted, prohibited, or subject to special licensing requirements. Prospective purchasers should consult the local law enforcement authorities in their area. All of the information in this magazine is based on the personal experience of individuals who may be using specific tools, products, equipment, and components under particular conditions and circumstances, some or all of which may not be reported in the particular article and which this magazine has not otherwise verified. Nothing herein is intended to constitute a manual for the use of any product or the carrying out of any procedure or process. This magazine and its officers, authors, consultants, and employees accept no responsibility for any liability, injuries, or damages arising out of any person's attempt to rely upon any information contained herein. All shooting photos were taken under adult supervision and photos taken from in front of the firing line were done via remote camera.

0715





# TUESDAY SHOOTING TIPS
## FROM JUNIOR SHOOTERS INSTAGRAM

**Morgan Rose Leonhardt (13)**

"Sit down, close your eyes, and visualize the course of fire you are about to shoot. You want to program every sight picture on every target, every transition, all your movements, foot placements, and positions."

JUNIORSHOOTERSMAGAZINE

"You have to come up to the starting line with a game plan, stay focused and not let a bad string get in your head. Keep pressing on and aim for high goals so you hold yourself to high standards."

QR

**Dalton Grabarczyk (16)**

8

www.juniorshooters.net



**BUST MORE CLAY. BREAK MORE EGOS.**

At Remington, winning is a proud tradition. It's our reason for manufacturing ammunition like Premier STS? Offering shot-to-shot consistency and unequaled reloadability. It's no wonder Premier STS is the choice of champions. Make room on the trophy mantel.

Remington.com



By: Tom Davis, SSSF

**SASP 2021 COLLE**

The Scholastic Action Shooting Program returned to the CMP Marksmanship Park grounds on March 12-14th to hold its Collegiate National Championship. Over three days, college action shooting teams ran squads of athletes through the four-stage competition, with hopes of returning home with the coveted Tammy L. Mowry Rifle Cup and Daniel C. Hodne Pistol cup traveling trophies.

Through the course of the match, college athletes at the CMP Marksmanship Park collectively fired well over 21,000 rounds. Balancing speed and accuracy, each athlete's goal is to complete the SASP standardized stages of steel plate arrays, with a designated stop plate to record their time. With five "strings of fire", the athlete's slowest attempt is tossed out and their fastest four strings of fire are added together to determine a total stage

time. With squads of four athletes, these total stage times are complied to determine an aggregate time to determine who will be returning home as SASP Collegiate National Champions.

Despite a challenging year for travel and ammo for shooting sports athletes, teams made adjustments to train for and compete at the 2021 SASP Collegiate National Championship. Returning to the match as the 2020 Rifle Cup Champion, Liberty University was eager to repeat their performance and prove that their SASP Nationals debut was not a fluke. With nine squads of athletes, Liberty came ready to claim gold in as many disciplines as they could, but one clear goal was established not long after returning from last year's National Championship: in 2021, come back to Virginia with both trophies.

www.juniorshooters.net



GE NATIONALS



Other collegiate teams from the state of Virginia came to win, with Virginia Tech squads claiming 1st and 2nd place in the Rimfire Pistol Iron Sight discipline, 2nd place in Rimfire Pistol Optic Sight, 3rd place in both Rimfire Rifle disciplines, and 1st place in the Centerfire Pistol Optic discipline. Virginia Tech's roster grew considerably from last year's single squad of four athletes to nearly a dozen, who showed impressive performances at their debut SASP National Championship.

Each year the traveling Daniel Hodne Pistol Cup honors the top collegiate team in the Centerfire Pistol discipline. For five consecutive years, Texas A&M's Corps Of Cadets Marksmanship Unit has held possession of the trophy and was hopeful to keep the trophy for the sixth year in a row. The pressure was high and Liberty University was keen to defend their traveling trophy and acquire another.

With two competitive squads defending their title, the Tammy Mowry Rifle Cup remained at home in Virginia with Liberty University's clear victory in the Rimfire Rifle Iron Sight discipline. After a close race throughout Saturday's match schedule, Liberty University's consistency in the Centerfire discipline gave them 3.45-second lead ahead of Texas A&M, becoming the first college action shooting team in SASP history to hold both championship trophies at the same time.

Texas A&M did return home with hardware, claiming the National Championship title in the 1911 discipline, followed by Wisconsin's Concordia University for silver. Ian Walton, a Wisconsin athlete from the Ozaukee Pistol Team, shot a total time of 40.03 and was awarded the High Overall Champion of the Rimfire Pistol Optic discipline. Ian was also recognized for third place high overall honors in the Rimfire Rifle Iron Sight discipline. Liberty University returned with additional honors, including Kathryn Allen, Cami Barshinger, and Connelly Weems sweeping High Overall Ladies titles in all rifle disciplines and the Rimfire Pistol discipline.

With SASP's recent addition of



10 Meter Air Rifle, 10 Meter Air Pistol and Sport Pistol disciplines, teams at the 2021 Collegiate National Championship had the opportunity to experience 10M Air Pistol with a popup three-lane air range. Recognizing that SASP is the Official Youth Feeder Program for USA Shooting, teams traditionally focused on action shooting have begun to expand their program to the international disciplines. Following their experience at National's popup range, Liberty University is discussing creating an international air pistol team.

The SASP Collegiate National Championship will return to the CMP Marksmanship Park in 2022, planning for a three-day event over the weekend of March 11-13th, where Liberty University will defend this season's two-trophy performance.◎

0722



# SCHOLASTIC ACTION SHOOTING PROGRAM

*SASP teams can compete in both pistol (centerfire and rimfire) and rimfire rifle matches.*

**SASP uses the discipline of speed shooting on steel targets, which is unique to our program, combining the best features of other disciplines to allow athletes to practice and participate in exciting matches with less specialized equipment.**

We hope you, your school or your shooting club will consider becoming part of SASP.

*SASP teams can compete in matches that are held locally, state, regionally, and nationally, plus we have a virtual match series that runs year-round.*

**Questions?**
Rick Leach
National Director, SASP
N65W7335 Cleveland St
Cedarburg, WI 53012-1856
262.894.4284
rleach@sssfonline.com
http://sssfonline.org

**Bill Perkins**
Regional Field Representative,
Southwest Region
(520) 975-5170
bperkins@sssfonline.com

Sign up for our e-newsletter –
**Range Time!**

14  www.juniorshooters.net

0723





# MY NAME IS

## My Shooting World: SASP, USPSA,

*This is me! Shooters always have photos from behind them! This is from my SASP Wilmot Panthers Pistol Team, I'm holding my Ruger 10/22 with Vortex Viper red dot and proudly wearing my 2019-2020 Wisconsin State and National Championship medals including my favorite 1911 ladies JV HOA 2nd place award!*

*Me and my Dad at a Winter 2021 Vortex indoor USPSA match. The Vortex indoor range and facilities are absolutely amazing and the staff there is great!*

*Me at first IDPA match at Ripon Gun Club in Ripon, WI. The shooting team with DG Bullets was very welcoming and great at explaining IDPA, I got a lot of proceedurals. There's a lot of rules to IDPA!*

My name is Abby Jackley. I am a 15 year old USPSA, Steel Challenge, and SASP shooter from Wisconsin. A little over three years ago I discovered action shooting; the sport that I started and will never turn back from. My whole life I have been around firearms and shooting guns, but it was only about three years ago that I started shooting competitively. When I was little, I was always with my brothers when they would be at their SCTP meets, but I never took an interest in the shotgun shooting sports. When I was old enough to start doing sports, I started out as a competitive swimmer and then I switched to lacrosse, but I couldn't see myself doing either of these sports my whole life. My 8th grade year I asked my dad (who is one of the high school trap coaches) about trying shooting. The first thing he had me try was trap. The first time I shot a round of trap it was the very beginning of the SCTP season and it was so cold. I did not do very well and did not think it was for me. He had me go back the next week and try again thinking maybe I just needed a second try, but after a few weeks, I realized trap was not my thing. We decided I would finish out the year on the trap team but that if I wanted to try something else. The Scholastic Clay Shooting Sports Foundation (which SCTP is a part of) also had a pistol and rifle team; the Scholastic Action Shooting Program (SASP). When I went to my first pistol and rifle team practice, I could tell



# ABBY JACKLEY.
## & Steel Challenge!

By: Abby Jackley (15)

*This is my first time shooting a revolver with my dad, I loved it and wanted to shoot more handguns after this!*

*I'm shooting my 1911 Kimber Team match II 2020 Virtual Nationals Match, this is the stage where I earned my 2nd place Ladies JV HOA in 1911.*

right away that I would like this much better. With SASP it is much faster paced than trap, and I think that is the one thing that really caught my eye when I first started. I felt much more comfortable at my first few practices. In my first year of SASP, I won 1st place in Wisconsin State Female Intermediate Entry Optic Rifle, 2nd place Wisconsin State Female Optic Rifle Open team member, and 2nd place Wisconsin State Female Iron Rifle Open team member. My second year of SASP shooting, due to Covid-19, we had to participate virtually in the Wisconsin State and National matches. In the state match my team won 1st Place Wisconsin State Open Rifle team, and 1st Place Wisconsin State Iron Pistol Open team. But my biggest accomplishment in the national match was winning 2nd Place HOA JV Female 1911 National Champion for SASP!

After completing my 2nd year on the SASP shooting team, I decided I wanted to keep shooting for the pistol and rifle team, but I wanted to add something more and take my shooting to the next level! That summer my dad and I decided to go and try out shooting an IDPA (International Defensive Pistol Association) match at a shooting club in Ripon, WI. When we were there, we got tons of help from many of the more experienced shooters, and they were very helpful with us getting an understanding for the shooting style. We were told by many people at the match that if we liked IDPA but wanted a little less of the technical rules we

0726



*I'm shooting the team 22 rifle for SASP Virtual Nationals 2020.*

*Steel Challenge match at Ripon Gun Club in Ripon, WI with my Kimber Team Match 1911.*

*The matches often take us out of town a few hours so we will camp in our 5th wheel. We found a nice county park outside of Fond Du Lac, WI. We love to go for hikes and camp.*

should try USPSA (United States Practical Shooting Association), so we did! Not long after that, we went and tried a USPSA match and had tons of fun. I personally found it a bit more fun than the IDPA matches because they did not have as many extra rules of how you had to shoot the courses. I initially started to participate in the USPSA matches in single stack division with my Kimber Team Match II, the same gun I used for SASP 1911 steel division. Then we decided to move me to production division where I shot my CZ Shadow 2 and have since earned a high D classification.

Over the past few years that I have been shooting, I have noticed I have become more confident with not just shooting but with everything I do, especially since I started shooting USPSA and Steel Challenge matches. When you are only 15 and shooting with almost all adults, I can definitely say you need confidence to show everyone you are mature enough to go up and shoot in front of them and show them you CAN do it and confident in handling your firearm.

18     www.juniorshooters.net



## PROGRAM GOALS:

- Teach the safe and responsible handling and use of firearms

- Provide a supportive team-based environment using the shooting sports as the catalyst for teaching life lessons and skills that emphasize positive character traits and citizenship values

- Introduce young shooters to a sport that can be enjoyed for a lifetime, one that offers a level playing field, and one that all family members can enjoy together

## MISSION STATEMENT:

The Scholastic Shooting Sports Foundation is an educational-athletic organization that exists to introduce school-age youths to the shooting sports and to facilitate their continued involvement by providing, promoting, and perpetuating opportunities to safely and enjoyably participate and compete in a high-quality, team-based sport led by trained adult coaches focused on enhancing the personal growth and development of their athletes.

## VISION STATEMENT:

To continue to be recognized and respected as the leader in the youth development shooting sports programs.

## PROGRAM SPONSOR:

The Scholastic Shooting Sports Foundation (SSSF) is the National Governing Body (NGB) for youth speed shooting and the Scholastic Action Shooting Program (SASP). SASP was started by SSSF in 2012.

## PROGRAM SCOPE:

The SASP offers participation in speed shooting using pistols and .22 rifles.

## PROGRAM FOCUS:

TEAMS! The SASP is a TEAM-BASED program, focusing on youth development. Participation in SASP should be fun, and there is no place for a win-at-all-costs attitude.

## TEAM SUPERVISION:

An adult Volunteer Head Coach leads each team. Volunteer State Advisors provide support for in-state activities and support to their Volunteer Head Coaches and Assistant Coaches. Full-time Directors of Development coordinate the program, and they are assisted by National Coach Trainers and the National Training Team. National Coach Trainers are responsible for coach development and training.

## REGISTRATION FEES:

The registration fee for State Advisors, Head Coaches, Assistant Coaches, and Adult Volunteers is $30.00. This fee covers the cost of liability insurance and a portion of the cost of a background check. All adults working directly with SASP athletes must be registered with the SSSF. To be covered by SSSF liability insurance, a volunteer must be registered with the National Program.

The membership for each registered athlete, including Collegiate, is $20.00. The fee covers the cost of insurance and awards. All athletes must be registered by their Head Coach.

## PARTICIPANT ELIGIBILITY:

Students in grades 6-12 are eligible for the Intermediate and Senior Divisions in the pistol and rifle disciplines. Students in grades 5 and below are eligible for the Rookie Division in the rifle discipline. There is no age limit for those enrolled as full-time students in the Collegiate Division. College athletes must be enrolled and attending an accredited college or university. All athletes must be academically eligible to participate in their school's extracurricular sports program.

### Scholastic Action Shooting Program
www.sssfonline.org
N65W7335 Cleveland St
Cedarburg, WI 53012-1856
262.894.4284
rleach@sssfonline.com



# Shelby Carr, SWEEPS

*Besides sporter, Carr also participates in precision standing as well as shotgun.*

Shelby Carr, 17, of Alliance, Nebraska, earned **overall wins in all four quarters** of the Civilian Marksmanship Program's 2020 Aces Postal event – competing in sporter air rifle.

A senior at Alliance High School and a member of the Guns R Us 4-H Club, Carr began competing in the Aces Postal since Quarter 1 of the 2018 season and **hasn't missed a session since**.

In 2020, Carr improved her score during each quarter and finished the last session with a score nearly 20 points above her first quarter showing. She was able to reach the feat by staying mindful of a piece of advice she has been reminded of from almost everyone she has ever shot with – and one that, she says, has never let her down.

"**The only thing that matters is the next shot**," she said. "If I spend too much time focusing on the shot before, the odds of my next shot being good are slim."

Carr's draw to marksmanship competition began almost a decade ago, at 8 years old, when her mom mentioned a few local 4-H shooting clubs. She quickly became interested and a year later was practicing weekly and even shot at the county fair. It wasn't long before **she became emersed in the sport** and was competing in 4-H competitions around the panhandle of Nebraska.

"I met a lot of people who had lots of experience, and they introduced me to the more competitive side of shooting," she said. "Since then, **I have strived to be as good as the people who helped me** through the whole process."

Her commitment to a variety of activities in her life, like being president of her local Future Farmers of America chapter and taking part in several contests and goat shows (along with shooting trap with the nearby



*Carr, who swept the 2020 Aces Postal sporter air rifle category, began marksmanship through her local 4-H.*

Box Butte Blaster 4-H club), has made fitting in practice with air rifle one of her biggest challenges. Still, she dedicates time in the basement of her home with her Crosman air rifle roughly twice a week – working one day on three-position and the next concentrating entirely on standing precision.

**Set to graduate in the spring of 2021**, Carr says she'll most likely take a break from her air rifle career at the end of the summer. She also plans to continue on at her current place of employment, the Thompson Seed Potatoes, Inc. (a potato farm near her hometown).

Despite ending her time as a competitor, Carr assures that **marksmanship will remain a large part of her life** through her love for hunting and trap shooting. She has been grateful for all of the memories she's gained from being a part of the air rifle community, remarking that her favorite part of competing has been, "all the places it takes you and the people you meet."

"I have met people from all over the United States," she went on. "Everyone is always really nice and easy to work with."

0729

# Sporter in CMP's 2020 Aces Postal

By: Ashley Brugnone,
CMP Staff Writer

# CHECK IT OUT!

## What is the CMP Aces Postal?

The CMP's Aces Postal is a satellite air gun match, offering a variety of indoor events over four separate quarters. The Postal allows athletes to compete against others from around the nation, from the convenience of their home ra

The Aces Postal event offers air rifle and air pistol competitions for adults and juniors through four quarters – January through December. Para events are also available, offering opportunities for all marksmanship athletes. If you'd like to learn more about the Aces Postal competition or register to compete, visit the CMP website at https://thecmp.org/youth/aces-postal/. Participants who fire in the Aces Postal not only gain valuable experience on the firing line but also collect a specially crafted CMP poker chip, given each quarter! ◉



## PRECISION HAS NO SPEED ZONE

HIGH VELOCITY
22 Long Rifle

## NEW! HIGH VELOCITY MATCH

- Blistering 1,263 feet per second Muzzle Velocity

- Purpose-Built for PRS, NRL22 and Other High-Speed Disciplines Where Every Second Counts

- Proprietary Blend of Clean-Burning, High-Energy Propellant for Reliable Function in any Firearm Platform

- Match Grade Hi-Velocity Performance - What Competitors Demand From all SK Ammunition

**OUR PASSION. YOUR SUCCESS.**

sk-ammunition.com

0730





## By: NSSF Staff

Planning for a fun-filled summer vacation? Don't forget to include NSSF®'s National Shooting Sports Month®, taking place throughout August, on your calendar. This is our fifth annual event and with COVID-19 restrictions lifting and new gun ownership at an all-time high, it stands to be our biggest. All throughout August, shooting ranges, firearm retailers, public and private shooting clubs, shooting sports organizations and fish and wildlife agencies will focus their attention on the fun and excitement of target shooting by encouraging newcomers and experienced shooters alike to head to the range.

Manufacturers, shooting sports organizations, shooting ranges and retailers will be participating in or lending support to National Shooting Sports Month. This is also a great opportunity for hunter education instructors, fish and game clubs, shooting clubs, Boy Scouts of America troop and council leaders, and 4-H club organizers to host events, contests, family days and other activities that help introduce family members, friends and the community to the safe and enjoyable shooting sports. If your organization would like to get involved, it's easy to do: Simply visit NSSF's ShootingSportsMonth.org.

National Shooting Sports Month is really about getting everyone out to the range, including those who've never been to one! More than eight million Americans purchased their first firearm in 2020. Many of these first-timers are looking for information on how to get started and they will gladly accept your



invitation to learn all about the shooting sports, so don't be afraid to make the ask. Embrace NSSF's +ONE ® Movement and invite a friend, neighbor, or family member to the range.

Oh, and did we mention the Trigger Time Sweepstakes? Manufacturers in the firearm industry have

donated prizes to inspire people to get involved in National Shooting Sports Month. Want to see what's up for grabs? Check back regularly at LetsGoShooting.org for more information on both National Shooting Sports Month and the Trigger Time Sweepstakes as the month of August approaches.

0731



# August is National Shooting Sports Month

## Great Ways to Celebrate National Shooting Sports Month This August

### Try Something New

Are you primarily a shotgun shooter? Sign up for a rimfire rifle or steel silhouette target event and test your other long gun skills. Are you a passionate rifle shooter? Try out a shotgun and give sporting clays or skeet a try. Learn about different target sports and see instructional videos at LetsGoShooting.org.

### Bring Someone New

There's nothing quite like seeing the excitement on a friend's face after they take their first shots. Invite a friend or family member to the range for the first time, with permission from their parents and under supervision, of course.

### Find Participating Businesses Near You

At LetsGoShooting.org, you'll find a map of participating ranges and retailers across the country that will be celebrating the shooting sports during August. If there are no participating businesses in your area, use the website to locate a range near you to enjoy a fun are, safe day of target shooting.

### Share the Fun

#LetsGoShooting and #PlusOneMovement are the themes of National Shooting Sports Month. Share the hashtags and your experiences on your favorite social media networks and remind others to give target shooting a try. Stay connected by following LetsGoShooting and #PlusOneMovement on Facebook, Instagram and Twitter.

### Win a Great Prize

Enter the sweepstakes at LetsGoShooting.org and have a chance to win great prizes during the National Shooting Sports Month celebration this August. ©

0732



# GUN FIT FOR CLAY SHOOTING

By: Georgie Seagraves (16)

In Clay Shooting, finding a gun that fits you can really bring your game to the next level. But there are a few things to consider beforehand: price, longevity, reliability, and fit.

I didn't realize this when I started, but you can really spend as much, or as little, on a gun as you want. I know people who shoot guns that cost well over thirty thousand dollars, but others that shoot guns under five hundred dollars. It is important to note that, as the saying goes: "It is the archer, not the arrow." This means that you could shoot the most expensive gun in the world, but that does not mean you'll become the best shooter, and on the opposite end of that, you could shoot a more inexpensive gun but that doesn't mean you can't progress and become an exceptional shooting sports athlete. The goal when searching for a gun is to find one that fits your body and budget.

Now, there are reasons some guns are so much more expensive than others and one of those is: longevity. Competitive clay shooters put a lot of rounds through our guns, and the most inexpensive of guns may not be able to handle it for very long, depending on how often you shoot. This kind of gun is made for someone who bird hunts once or twice a year, not a competitive shooter. So, you may find yourself having to buy a new gun often, maybe even multiple a year; because it isn't built for that kind of wear and tear. Whereas there are actual competition guns, or guns geared toward the more avid hunter. So, if you've decided you are dedicated to shooting sports and have the ability, it may save you in the long run to make the investment on a gun that is built to last.

There are things that should be done to increase the longevity of even the nicest guns, such as regular cleaning and quality ammunition. At the very least, every time a gun is handled, the exterior metal should be wiped down to remove the oils from touch, this can create rusting and pitting, I use gun oil wipes. Deep cleans are up to the shooter and how much they practice. To deep clean is to take apart all the pieces, remove all the oil and carbon buildup, and lubricate the moving parts. If you hate deep cleaning as much as I do you can also shoot shells that don't produce much carbon buildup. Winchester ammunition happens to be my personal favorite for practice and competitions. Winchester produces a very reliable, inexpensive, and clean shell, they also happen to be the official SCTP ammunition!

Reliability doesn't mean having a gun that just won't

My Blaser F3, with recoil reducing TSK stock.

www.juniorshooters.net

completely break on you. A gun is a complex machine even though it may not look that way on the outside, this can make cleaning and long term function a hassle. This is where another choice comes into play because a semi-automatic shotgun tends to be much lighter than its Over and Under (O/U) counterpart but it has a significantly more complex system and is therefore more prone to malfunction. In a competition, malfunctions can be the difference between winning and losing, not only can they cause lost birds, but they also can break the competitors focus. The O/U separates into three, easily disconnecting, main parts so it's easy to diagnose an issue, but the semi-automatic has tens of tiny parts which makes cleaning a daunting task. Most people start out with a semi-automatic and eventually move on to a O/U for better reliability among other advantages such as reduced recoil and better choke options. As someone who started with a semi-automatic and transitioned to a O/U, if I were able to go back and skip that stage altogether, I would.

How a gun should fit you is hard to put into words because it really depends on the shooters dimensions and shooting style. For me, and many others, when I was looking for my new O/U shotgun, a custom gun stock wasn't in the cards. So, I tried many different guns: Blasers, Zolis, Berettas, Guerinis, etc. Cole Gunsmithing has the widest range of demo guns I have ever seen and are masters of finding the best fit for you! And I truly believe that anyone can find a gun that's good for them straight out of the box. For example, I'm a five-foot-three girl with less than broad shoulders so, for me, a Blaser F3 out of the box was absolutely perfect because they tend to have thinner butt stocks and forearms along with the other qualities I was looking for: price, longevity, reliability, and of course the superior triggers and craftsmanship was a huge plus! I wouldn't trade my Blaser for the world! If you do want or need to make a change to a stock and are considering a custom stock I would highly recommend the TSK which can also be bought and demoed at Cole Gunsmithing. The reason it can function in the place of a custom wooden stock is because it is adjustable in many ways but I'll break it down into three parts: the comb, the cast, and the length of pull. The TSK is an excellent option for youth shooters, especially kids who still have a lot of growing to do because it will be able to grow with them. I personally shoot a recoil reducing TSK on my Blaser F3 and they are a match made in heaven!

Finding a gun that is best for you is amazing, but there's no rush! Take the time to do the research, test them out, and save up that money for your dream gun!

At Nationals 2020

Recoil reducing TSK stock





# BREAKING
# CLAYS
# MAKING
# CHAMPIONS

# The Choice Of Champion Shooters

**17% Less Kick**
SoftCell⁺ wad technology
absorbs felt recoil*

**More Clay Crushing Energy**
Pellets offer the hardness of 5 percent
antimony lead yet maintain density

**Best Primer Reliability**
Rigid PrimerLock⁺ head
maximizes primer sensitivity*

Available in seven 2⅞-inch 12-gauge loads with Federal Premium⁺ Ammunition's classic paper hull,
as well as eleven 2¾-inch 12-gauge plastic hull loads.

* PrimerLock head is an exclusive feature of Gold Medal Plastic
Gold Medal Paper loads feature a high-quality brass head.
Recoil reduction claim based on comparison of GMT178 7.5
and leading trap loads.



federalpremium.com

0736

By: Brian Hamilton,
Ashley Hunt (17),
Ethan Hunt (16),
Logan Hunt (14),
& Kaitlin Hunt (12)



# SIG SAUER'S ASP

## BRIAN

### SPECIFICATIONS:

.22 CALIBER
GAS-PISTON
BREAK BARREL
WEAVER/PICATINNY RAIL
BLACK SYNTHETIC STOCK
INTEGRATED SUPPRESSOR
2-STAGE ADJUSTABLE MATCH LITE
TRIGGER, 2.5-4 LBS. TRIGGER PULL
GLIDE LITE COCKING MECHANISM
WEDGE LOCK BREECH SYSTEM ELIMINATES
BARREL DROP
UP TO 841 FPS WITH 14.65 GRAIN LEAD PELLET

I have always wanted to try out air rifles but never had enough interest in them to run out and pick one up. When *Junior Shooters* magazine received one for review, I figured it would be a great opportunity for me to try them out. Pulling it out of the box, I really liked the overall design of the rifle. The black synthetic stock, black matt suppressed barrel, and action, give it a cool, tactical look. The ASP20 also comes with a picatinny rail already mounted for your choice of scope. Another added feature is the smooth adjustable trigger ranging from 2.5 to 4 pounds and an easy break-action cocking mechanism (though some of the smaller juniors had difficulty with it.)

The Whiskey 3 4-12X40 scope that came with it was specifically designed by Sig Sauer for it's airgun rifles. This is an outstanding scope making the overall package a delight to shoot.

When it came time to shoot the air rifle, I found it to be fun and accurate even out to 50 yards. With a .22 caliber 14.65 grain pellet, it can achieve a muzzle velocity of 841 FPS. Added to the accuracy, this thing is perfect for varmint shooting or whatever else your sport is. I have been shooting this air rifle for some time now and would recommend trying it out for yourself. One big advantage to the .22 air rifle, given the current struggle for ammunition, is that pellets are fully in stock and cheap to use.

A number of our juniors tested the ASP20 and were very impressed. We even had a brand new shooter hit a very small target out at 35 yards with his first shot. Here is what some of the juniors had to say:



The WHISKEY 3 4-12X40 scope combined with the features of the ASP20 make this airgun from Sig Sauer awesome!

www.juniorshooters.net

0737



# 20 .22 Air Rifle

## ASHLEY

Ashley (17):

This gun is unlike any other I've experienced! When most people think about guns, they look kind of like a straight stick with a trigger. With this gun though, it may be a straight stick for a little bit until you break the stick into two. The barrel is made to break open, not completely, but to the point where it feels like it's barely hanging on. It is like when you are breaking a stick with your knee, the whole front of the gun comes all the way down. I was shocked to find that this once straight stick would turn into a boomerang. This is a break-action airgun.

Now, what is the use of this? This is how the gun is cocked, air pressure charged, and loaded - you break the barrel down with your hands, using a technique I could not get down. It takes a lot of power to manipulate the Sig Sauer ASP20. Once broken downwards, you put in a tiny little pellet right into the rear of the barrel. Then close the barrel right back up! Turn off the safety, and you're ready to fire! For a pellet gun, it packs a punch! It is dead on accurate and can kill a rat in a single shot! The muzzle energy is stated as 23 Foot Pounds Energy (FPE). Compare this to the muzzle energy of a standard .22 Long Rifle out of a 22" barrel which is 116 FPE.

I could easily see the small target through the Sig Sauer Whiskey 3 4-12x40 scope at 35 yards and hit it with my first shot. Awesome!

Ashley shooting at the smallest target at 35 yards.

The trigger pull was sweet! There are a variety of pellets you can get direct from Sig Sauer.

0738



# ETHAN

The Sig Sauer ASP20 .22 pellet rifle is a great gun. To load the gun, you want to put the stock on your leg. Grab the top of the gun and pull down, be careful of where the barrel is pointing. Then put the pellet in with the flat end out. Last pull the barrel up and it is loaded.

The gun can kill small animals with one shot so be super careful with it. The gun takes some muscle to pull the barrel down and some long arms. The gun is very accurate too. So far, I haven't missed a shot with it. It also has a safety on it, a sweet trigger, and a really nice scope.

Ethan, guiding Logan through the process of using the break-action cocking system.

Kaitlin, loading the .22 caliber pellet.

# LOGAN

The Sig Sauer 22. pellet rifle is an interesting gun that uses little pellets. It is very accurate and is easy to fire. I find this gun to be great. It is also powerful for shooting pellets and I like everything about this gun. It has enough power to kill a rat which is the same thing with a normal 22. rifle! The gun is also very precise, shooting very smoothly.

The really interesting thing about it is loading it. It is hard to load, you have to break the barrel down, making a weird 'V', which sounds like a super odd shape for a gun. If you don't know how to, or don't have the strength to open the barrel and put a pellet, in you may want to reconsider a different gun. My brother and I had a smooth time loading it, but I can't say the same for my sister. I think it is a fun way to still go shooting, just cheaper. I would recommend this gun to someone who is about 13 or up, as it does take a lot of force to manipulate. I really enjoyed shooting this gun and hope I get another chance to in the future!



# KAITLIN

The Sig Sauer ASP20 Pellet Rifle is a very long rifle. To load the rifle, you take the barrel and you push down, basically half of the gun should split apart. It should stay together though. This rifle doesn't take a normal cartridge it takes this little pellet that has no gunpowder in it. You stick the pellet in the barrel with the smaller part of the pellet in the front. Then put the barrel back together. Make sure when you do this you are very careful to keep the gun pointing down range, as it can be a little tricky to load.

The gun is loud and hard to load for someone who has short arms. I had a hard time loading this gun because I couldn't find the right place to break the barrel. I really enjoyed shooting the gun. It is a very nice gun and I really liked the trigger and scope. It was very loud in my opinion. It doesn't have any recoil. I hit the tiny target at 35 yards with my first shot.



Kaitlin holding the Sig Sauer ASP20. Note: She is wearing a shoulder pad for her shotgun practice.

The AIRGUN Depot (www.airgundepot.com) reviews a lot of airguns and contains a lot of information on the ASP20 here is an excerpt:

*"ASP is an acronym for Advanced Sport Pellet and 20 refers to the power in foot-pounds that the .177 produces. (The .22 is advertised at 23fpe, but more on that below.) The ASP20 weighs 8.5 lbs, and is 45.6" long, which is two to three inches shorter than most magnum break barrels.*

*Much of the noise from a spring gun comes from the action of the piston shooting forward and colliding with the front of the compression chamber, but a moderator does help with the downrange report, especially on magnum springers. That being said, like all magnum springers, the ASP20 is not a silent gun: in our testing, the highest sound reading was 93.3db, which is still backyard friendly for almost all backyards. The rubber butt pad on the other end of the gun will keep it settled securely in your shoulder without a lot of pressure and will keep it from slipping when you lean it up in a corner. The metal surfaces of the gun are ferritic nitrocarburized, which isn't a coating that can wear off; instead, it is a sort of case-hardening process which toughens the metal and makes it resistant to scuffs and oxidation. It is non-reflective and doesn't show fingerprints either. One of the most remarkable features of the ASP20 is its relatively light cocking effort. Instead of taking 50ish pounds of cocking effort like most magnum springers putting out this much power, its cocking weight is only 33 pounds, making it very pleasant for long shooting sessions. It achieves this with a number of innovations. One of these innovations, and one of the real standout features of the ASP20, is the breech lockup system that is unofficially being called the Keystone Breech Lock, because the breech locks up like a keystone in an arch. A wedge detent pulls the breech tight, and angled flanges on the breech match up with beveled shoulders to give perfect alignment each time. Of course, for this to work perfectly the pieces need to match up precisely, and that is exactly what they do. To ensure this, SIG match drills the breeches, that is, the breech and action forks are matched up, clamped together, and then drilled in one stroke. Those matched pieces are then assembled so that each gun comes out with absolutely precise lockup. And because of this design you never have to worry about it loosening up with time and wear; in fact, the breech is quite loose until you lock it up, which adds to the ease with which the gun can be cocked because you aren't fighting the friction that most break barrels need to be accurate."*

31



By: Nik Polzella, (16)
Bradford County Bird Busters, SCTP

I spend a lot of time in the woods and on the range and have been shooting CZ since I began shooting and hunting. My first shotgun was a CZ Redhead Deluxe. I have put thousands of rounds through this gun and it still preforms just fine. I had been eying the CZ All American Trap Combo for quite some time; before attending the SCTP Nationals at the Cardinal Center in July, 2019.

My family and I went to the CZ trailer to look at the All American Trap Combo. They provided me with a demo gun that I shot on the range they had set up. I was also able to shoot practice rounds of trap. I fell in love with the gun. I was able to shoot both barrels. The gun fit well, and had good balance and feel. We decided to purchase the gun at a good price.

While at the CZ trailer they did a complete cleaning of my Redhead Deluxe and gave me a replacement choke that was broken. Their staff provided amazing friendly service. I can't say enough about of how supportive they were.

I received the gun in August of 2019 and have been shooting ever since. I have put about 2,000 rounds through the gun. I was able to adjust the gun so that it fits like a glove. My shooting has improved with the All American Trap Combo. I expect to use this shotgun for many years. I have had no issues with the gun and it still looks brand new. I want to thank CZ and their staff for all their help and support.

# CZ's
# All American
# Trap Combo

www.juniorshooters.net







# Becoming a Collegiate

BEING A COLLEGIATE-LEVEL SHOOTER HAS BEEN THE BEST EXPERIENCE OF MY LIFE SO FAR. IT HAS CHALLENGED ME BEYOND EXPECTATION ACADEMICALLY AND INTRODUCED ME TO SEVERAL NEW DISCIPLINES, INCLUDING DOUBLES TRAP, FITASC (THE INTERNATIONAL VERSION OF AMERICAN SPORTING CLAYS), AND BUNKER, ALSO KNOWN AS OLYMPIC TRAP. I COMPETED IN MY FIRST MAJOR BUNKER COMPETITION IN MAY AT THE MISSOURI STATE JUNIOR OLYMPICS, THANKS TO MY SHOOTING CAREER AT HILLSDALE COLLEGE.

I STARTED SHOOTING WITH MY FAMILY TEN YEARS AGO WHEN MY MOM AND DAD WANTED MY BROTHER AND I TO UNDERSTAND GUN SAFETY, TO BE COMFORTABLE AROUND GUNS, AND TO UNDERSTAND THE BASICS OF COMPETITIVE SHOOTING. IT WAS A GREAT FAMILY LEARNING EXPERIENCE. I DIDN'T START OFF VERY STRONG; IT TOOK ME A COUPLE OF YEARS JUST TO GET THE HANG OF TRAP. BUT WITH COACHING, I WAS EVENTUALLY ABLE TO SHOOT CONSISTENT SCORES. THIS LED TO SEVERAL MORE YEARS OF COMPETITIVE SHOOTING. THEN I BEGAN TO THINK ABOUT PURSUING SHOOTING IN COLLEGE.

I STARTED COMPETITIVE SHOOTING IN THE FIFTH GRADE AND STUCK WITH TRAP AND SKEET. I HAD SOME INITIAL ISSUES WITH EYE DOMINANCE, BUT WITH THE HELP OF MY COACHES, I LEARNED HOW NOT TO LET IT AFFECT MY SHOOTING. MY SKILLS ADVANCED AS I BEGAN TO RECEIVE COACHING FOR EACH INDIVIDUAL SPECIALTY. THE COACHING I RECEIVED FROM LANNY BASHAM AND TODD BENDER REALLY HELPED ME GET TO THE TOP OF MY GAME TECHNICALLY AND MENTALLY.

I COMPETED IN SKEET, SPORTING CLAYS, AND TRAP IN HIGH SCHOOL, BUT NOT BUNKER. THE CLOSEST BUNKER WAS TWO

HOURS AWAY. MY PARENTS WERE ALREADY PAYING FOR MY BROTHER AND ME TO PRACTICE EVERY WEEK AND COMPETE EVERY OTHER WEEKEND. WE WOULD TRAVEL ANYWHERE FROM 30 MINUTES TO FIVE HOURS AWAY FOR COMPETITIONS. I WASN'T GOING TO ASK THEM TO INVEST EVEN MORE TIME AND MONEY INTO BUNKER AMMUNITION, TARGETS, AND GAS MONEY. THE FIRST TIME I HEARD ABOUT THE HILLSDALE COLLEGE TEAM WAS AFTER THEY'D WON THEIR FOURTH NATIONAL CHAMPIONSHIP. I CONTACTED THE HEAD COACH AT THE TIME AND ATTENDED A RECRUITMENT CAMP EARLY MY JUNIOR YEAR. AFTER VISITING CAMPUS, GETTING TO KNOW THE TEAM, AND WATCHING THEM COMPETE AT NATIONALS IN PERSON, IT WAS AN OBVIOUS CHOICE FOR ME. WHEN I FIRST GOT TO COLLEGE, I THOUGHT THAT MAKING THE ADJUSTMENT FROM HIGH SCHOOL WOULD BE EASY. AFTER ALL, I WAS GOING FROM TAKING SEVEN CLASSES A DAY AND PRACTICING TWO SPORTS A SEASON TO ONLY THREE CLASSES A DAY AND ONE SPORT. IT DIDN'T TAKE LONG TO REALIZE THAT I WAS GOING TO HAVE TO LEARN TO MAXIMIZE MY TIME IF I WANTED TO BE ABLE TO SLEEP WHILE ALSO FOCUSING ON ACADEMIC WORK AND SHOOTING. I WENT FROM CLASSES TO PRACTICE OR CLASSES TO TEAM LIFTS.

"I started shooting with my family ten years ago when my mom and dad wanted my brother and I to understand gun safety. ..."

# Shooter

By: Ida Brown, Hillsdale College

Ida shooting sporting clays on a spring training trip 2020.

Volume 43 Summer 2021

0744



Ida with the Hillsdale College collegiate shooting team.

BY SOPHOMORE YEAR, I LEARNED TO PLAN MY SCHEDULE SO THAT I HAD THE MOST TIME POSSIBLE BETWEEN CLASSES AND PRACTICE; THAT WAY I COULD DO BETTER IN MY CLASSES AND FOCUS ON PRACTICE INSTEAD OF WORRYING ABOUT THE HOMEWORK I HAD LEFT TO DO FOR THE NIGHT.

SUDDENLY I WAS SHOOTING SO MUCH MORE THAN I DID IN HIGH SCHOOL. WE PRACTICE THREE TIMES A WEEK IN COLLEGE, 100 TARGETS A DAY, AND WE HAVE THE OPTION TO RELOAD AND PRACTICE MORE IF WE'D LIKE TO ON THE WEEKENDS, WHICH I TRY TO TAKE ADVANTAGE OF AS MUCH AS POSSIBLE.

I WAS ALSO SURPRISED AT THE LEVEL OF COMPETITION IN COLLEGE. I WENT FROM COMPETING EVERY OTHER WEEKEND AND PRACTICING ON MY OFF WEEKENDS TO PRACTICING THREE TIMES A WEEK AND COMPETING AT MUCH LARGER COMPETITIONS. FOR EXAMPLE, A HIGH-SCHOOL COMPETITION MIGHT INCLUDE 100 TARGETS IN ONE EVENT. MOST COLLEGE COMPETITIONS INVOLVE AT LEAST 300 TARGETS AND THREE EVENTS.

THE TRANSITION BETWEEN EVENTS EACH DAY IS ANOTHER THING THAT MAKES A MAJOR DIFFERENCE IN COLLEGIATE COMPETITION. EVEN IF I HAVE SHOT POORLY IN AN EVENT IN THE MORNING, I HAVE TO BE ABLE TO COLLECT MYSELF AND RECOVER FROM THAT EVENT SO THAT I CAN CONTINUE TO SHOOT WELL FOR THE REST OF THE DAY. THANKFULLY, I HAVE SOME INCREDIBLE TEAMMATES TO HELP KEEP ME UP EVEN WHEN I HAVE SHOT POORLY EARLIER IN THE DAY.

COMPETING AT THIS LEVEL HAS ALLOWED ME TO BECOME A MUCH BETTER SHOOTER THAN WHEN I LEFT HIGH SCHOOL. I HAVE BECOME MORE CONSISTENT IN SKEET AND TRAP, AND I HAVE BEEN ABLE TO IMPROVE MY SPORTING CLAYS SKILLS. COLLEGE HAS ALSO ALLOWED ME TO PURSUE BUNKER MORE SERIOUSLY NOW THAT I HAVE FEWER SPORTS COMMITMENTS AND A RANGE TEN MINUTES FROM THE COLLEGE.

I COMPETED IN MY FIRST BUNKER COMPETITION AT SCTP COLLEGE NATIONALS AND WON THE WOMEN'S DIVISION. THIS HAS LED ME TO CONTINUE TO PURSUE BUNKER AT A HIGHER LEVEL, WHICH IS WHY I HEADED TO MISSOURI IN MAY TO COMPETE IN MY FIRST MAJOR BUNKER COMPETITION-MISSOURI STATE JOS-WITH HOPES OF ATTENDING THE JUNIOR OLYMPICS THIS SUMMER AT THE HALTER SHOOTING SPORTS CENTER AT HILLSDALE COLLEGE. THE JUNIOR OLYMPICS AS WELL AS THE NATIONAL CHAMPIONSHIP IN SEPTEMBER FOR THE USA NATIONAL TEAM SHOULD HELP ME GET MY FOOT IN THE DOOR TO CONTINUE PURSUING BUNKER MY JUNIOR AND SENIOR YEARS OF COLLEGE. I'M EXCITED TO SEE WHERE MY SHOOTING CAREER HEADS IN THE NEXT COUPLE OF YEARS AND BEYOND. ⊚

**About Hillsdale College Shooting Sports:**
Hillsdale College's shotgun team brought home its 7th Division III national championship title from the Association of College Unions International (ACUI) Collegiate Clay Target Championships in San Antonio, Texas, on March 25-27. The team won the coveted Highest Overall (HOA) Team award, breaking the most targets across all disciplines throughout the competition. The team also won its third SCTP Collegiate National Championship this year at Cardinal Center in Marengo, Ohio, from March 18-21. Find Hillsdale College's shooting sports website at https://www.hillsdalechargers.com/sports/shooting/index.



# The FAIR Carrera One HR

By: Jake Deane (18)







FABBRICA ARMI ISIDORO RIZZINI

FAIR, (Fabbrica Armi Isidioro Rizzini), Is a Fine Italian shotgun manufacturer based in Marcheno, Italy. FAIR was founded in 1971 on the basis of providing highly functional and reliable shotguns for sport and hunting. FAIR has recently made a step into the American market with their competition shotguns on the rise in youth shooting. Subsequently, FAIR is a gold sponsor of the SCTP program. FAIR's importer, Italian Firearms Group, is based in Texas, putting its headquarters close to the center of clay shooting, the National Shooting Complex. This also allows IFG to provide great service in outfitting their shooters with top quality gear, chokes, and parts. In terms of product line, IFG has a great selection of FAIR guns, as well as pistols and rifles from other Italian Firearms Manufacturers.

Review: Currently, I shoot the FAIR Carrera One HR and Carrera One Barrel. This gun has provided exceptional usability throughout the past couple years, with multiple points of adjustment to fine tune the gun to the shooter. FAIR has multiple price ranges for fine competition shotguns, ranging from simple entry level guns to high range discipline specific setups. FAIR is known for their reliability, specifically in the Side-by-Side market, where FAIR has succeeded. This has been true in my use of the Carrera line, with over 15,000 rounds of practice and competitions within one year with minimal wear and zero equipment breaks. The Carrera one receiver has fit me quite well, with adjustments and comb changes taking no time.

Recently, I received a 32" sporting barrel for use in my gun. The order

0747

# & Carrera One Barrel

process was easy, all that is needed is the serial number of the receiver for FAIR to pre-fit a barrel to your specific dimensions. I was quite satisfied with this method, as the barrel fit immediately without requiring any fit work. I made a few quick adjustments to the stock and shot a good, registered sporting score, with it right out of the box. Both barrels are easy to interchange, with both fitting quite well in the common receiver. Each barrel is fitted with a set of five interchangeable chokes using FAIR's Technichoke System. Aftermarket chokes are available, with multiple brands providing chokes. For my use, I chose Briley for my aftermarket chokes in my barrels.

In terms of weight, the gun is evenly balanced and moves seamlessly through my shot routine. The gun is not too heavy, and not too light, making recoil manageable as well. The stock wood is nice quality with an oil finish. The stock includes an adjustable comb and an adjustable butt plate that I added. In terms of mechanics, I have been able to clean and lube this shotgun quite easily on the go. The grease points are defined in the action, allowing easier application. Overall, this gun operates smoothly with ease. I have experienced no resistance when shooting it out in the field, it is durable and reliable, with 0 misfires in my long-term use.

The FAIR Carrera line offers exceptional reliability and performance at a reasonable price. The support and service from IFG is top notch, with excellent response time and customer service. Once my barrel was in the states from Italy, IFG sent it off immediately after receipt and it arrived two days later in excellent condition. If you are looking to get a new competition shotgun that will last you decades, be sure to include FAIR in your search. You can contact IFG at www.italianfirearmsgroup.com.







0748

# WHY JOIN?

# SCTP

- $5,000,000 Liability Policy that can include the school as an "also insured".
- COMPLETE Background checks! The SCTP does a comprehensive background check on every coach!
- Coach Training....most of the SCTP coaches are certified Level I NRA/USAS/CMP Shotgun Coaches
- Shooting year that runs from September 1st through August 31st.
- Athletes from 4th & 5th grade through college can participate in our program.
- State, Regional and National Championships in both American and International disciplines.
- Competitions in Trap, Skeet, Sporting Clays, International Skeet, Bunker Trap and

**SCTP "All State Team" recognition and competition at our National Championships! New in 2017!**

Olympic Doubles.
- The SCTP is the "official" youth shooting program to Team USA and USA Shooting.
- Junior Olympic Development Camps (JODC's).... Athletes stay right at the Olympic Training Center!
- Team savings accounts through the Midway USA Foundation.... and Endowment funds that we deposit.
- Raffle, new team start-up packages, Banquet packages available through us helping teams raise funds!
- Industry sponsored "special" gun prices for SCTP teams and athletes.
- Industry sponsored "special" ammo prices for SCTP teams and athletes.
- A registration and scoring system for all of our teams and coaches to use and track athletes.

## By Tom Wondrash
### SCTP National Director

The SCTP is a National Youth Clay Target Shooting Program focused on "Team"! There is no room for the win at all cost attitude. Much like football, baseball, basketball and track, we help build school/club teams and conferences across the country and have been doing this since 2001 when it started under the National Shooting Sports Foundation! The SSSF or Scholastic Shooting Sports Foundation now implements this program.

- The SCTP gives out over $89,000 a year in college scholarships to SCTP athletes graduating from high school. Since 2013, the SCTP has given out over $350,000
- Prizes! Last year alone the SCTP gave out over 30 guns at our national championships!
- 2 year college division for college programs along with virtual shooting opportunities! New in 2017

- And so much more.....

## Scholastic Clay Target Program

165 Bay Ridge Lane
Burlington, WI 53105
Phone: 262-939-6664
www.sssfonline.com

**Currently, the SCTP has over 18,500 athletes/coaches across the country participating in our program encompassing 45 states. Our teams are led by certified coaches and we carry a 5-million-dollar Liability policy on ALL of our members!**



www.juniorshooters.net

# Families & Shooting Sports

**By: Jeff and Misty Goff**



Our son Riley Goff was introduced to the *Junior Shooters* team through Randy Irish, a long time friend and one of the great coaches' Riley trains with. He started in the winter of 2017 shooting inside and was quickly addicted. I have shuttled Riley on many days to Parma range for practices and it has been great to get a lot of mother and son bonding time. Everyone was very gracious to lend Riley belts, magazines, and many accessories to get started. Riley has worked very hard to buy a lot of his own shooting accessories through working in our family business with his dad in the summers to acquire the many things he needed; of course, lots of dad helped fund a few things along the way.

The discipline and instruction on all levels, from safety with your firearms, to the many techniques and skills, has been outstanding. It is amazing what he has learned.

We are a family that loves shooting, hunting and the outdoors. I always felt we were very safety conscious but after training with the *Junior Shooters* team we are even more safety aware. It has taught us all a lot. I feel every child should get a chance to be in a group like this for the safety practices and how to handle a firearm, structure, and discipline.

It has brought us all together in many ways. Riley and his dad Jeff spend many of hours cleaning, trimming and reloading ammunition. Riley is pretty dedicated in cleaning and maintaining his guns. Of course, a few times playing with his guns to see what makes them tick has messed up a few things, but our team's knowledgeable gun guru Dave helps Riley put them back together.

We are shooting more as a family, as often as we can, and it is a total challenge to see who can beat each other. We have made many amazing family friends through this group of *Junior Shooters*, the parents and kids are great.

Watching Riley over the time he has been shooting, he has really improved his technique and skills each year thanks to the many parents and coaches. He practices on a regular basis while doing school work.

The only down fall is of course, both Riley and his dad are always on the lookout for another gun or better bullet.We love spending the time with Riley, investing in him the love of this sport.

We strongly recommend other young children to join this program. We are so very proud of Riley and what he has achieved and the self discipline he is learning. We are very thankful we are in the *Junior Shooters* shooting family.◉



0750





0751





# THE BU

## from Bar-Sto
## a Custom GLOCK 34 9mm

First glance at my custom Glock 34 created by Bar-Sto is like looking at a pop of sunshine. You see this bright beautiful yellow. My favorite color! My Glock 34 has a vibrant yellow slide, both inside and out, along with a yellow trigger and slide cover plate. Gaining the nickname from my family and friends as the Bumblebee with its' black foundation. It is a lot more than just pretty colors though! This Bumblebee here has a custom grip with its own pattern on it to keep it from sliding around in your hand while competing.

It has a match BAR-STO barrel made just for competitions. It is a little longer than normal at 5.31 inches since it has to fit the GLOCk 34 frame. The BAR-STO barrel has very tight tolerances and is specifically designed for accuracy to be shot in competitions using Full Metal jacketed (FMJ bullets in 9mm) that are factory, and not reloaded. It really likes factory loads. Factory loads match the tight tolerances this barrel is built for. Reloaded cartridges rarely meet these tolerances it is easier for them to hang up when moving into the chamber of barrel and harder to eject the shell after the round has been fired.

Another way my gun has been modified is with the trigger. My trigger is made so that it is easier to pull, making it faster to send rounds off down range. Last, but not least, my Glock has Dawson adjustable sights. The sight in front being bright red to help with targeting. All these attributes are perfect for competing.

www.juniorshooters.net

## ABOUT BAR-STO

"Bar-Sto Precision Machine has been making the finest auto-pistol barrels since 1971. Bar-Sto barrels have been used by the U.S. Marine Corps Marksman Unit since 1977. The AMU uses them also. They have also been used to win every major pistol tournament worldwide, including Camp Perry, the U.S.P.S.A. Nationals, Steel Challenge, the Masters, and many more.

All Bar-Sto Pistol barrels are machined from solid 416 stainless steel bar stock which has been heat treated 39 to 43 RC and 180,000 PSI tensile strength. Barrels are machined, bored, and rifled completely in our own shop. All barrels have a rate of twist of 1 turn in 16."

Bar-Sto has also been making custom pistols for almost 30 years; from mild ones to wild ones. Irv and Lisa are the owners while Irv's mom and dad were the founders.

# BMBLEBEE

By: Ashley Hunt (17)

Taking apart this gun to clean the vital parts of it is just like any other Glock pistol. Remove the magazine first and clear the chamber. There are two levers, one on each side, that must be pulled down. The trigger must then be pulled and the slide pushed back just a little bit and moved forward. The slide will then pop right off the front of the Glock leaving you with two pieces. There are only two other parts I like to take out of a

Glock to clean routinely and that is the barrel itself and the recoil spring assembly. I then wipe everything down with a rag and some solvent, oil the gun and put the pieces back together. First the barrel, then the spring. Finally, I align the top and bottom of the gun and slide it back on, racking it back a few times to make sure it is back on correctly.

Shooting this pistol you have to be even more careful than usual, as Glock pistols do not have safeties. Not having a safety makes this pistol a lot more dangerous. There is no primary way to keep the gun from firing. Luckily Glocks are built with a safety in the trigger, meaning that they will not fire if dropped, only if the trigger is pulled. The gun is extremely accurate. It has a little bit of a recoil, but in a steady stance it does not affect the shooter. It is also loud, like just about any other gun, so I eye and ear protection when are required when shooting.

I love shooting my Glock 34, it is an amazing gun. Very accurate and fast, I've had some bumps with training myself with the pistol. I've

always found pistols to be harder for myself than rifles and shotguns cause of the fundamentals. I tend to get lost in adrenaline and pressure and lose sight of the techniques I need to have to perform each shot precisely. Things I often find myself doing that aren't good when shooting pistols would be anticipating the recoil, jerking my hand around, forgetting to take the slack out, not having enough finger on the trigger, and staying in a shooting stance.

Even though I'm still working on training myself with these, I absolutely love the Bumblebee! I shot with it in my first shooting competition in September and had so much fun with it! It is so easy to shoot, once you are able to get all the fundamentals of shooting pistols down, it'll be your best friend.

Thank you so much Bar-Sto for this wonderful custom Glock 34!

## Bumblebee Specifications

**Bar-Sto**
**Match Fit Barrel (Bar-Sto)**
**Ranger Proof trigger, ghost connector and polish internals**
**Custom slide machining**
**Cerakote (Bar-Sto)**
**Grip work (stippling and contour)**

## GLOCK 34 base!

0754





Putting Confidence in your Hand

**BAR-STO**
PRECISION MACHINE

For the last 44 years, we have meticulously built the very best barrels money can buy.

3571 Hansen Ave. • Sturgis, SD 57785
605.720.4000 • barsto.com

**SHOOTING WITH USPSA IS FUN, COMPETITIVE & ALWAYS SAFE!**

USPSA matches are unlike any other shooting sport combining speed, power and accuracy. We move, run through obstacles, shoot and reload until the fastest, most accurate competitor wins.

Come on out and give it a try! To find a local USPSA club or become a member, visit www.USPSA.org.



**INTRODUCING**

**APEX·10**

MADE IN THE USA

**Reloading Has Reached A New Peak**

10 Stage Tool Head
Mechanical Powder Measure
New Shuttle Disk Priming System
Case Feeder and so much more.

Everything you want,
for less than you think.

**MARK 7**
RELOADING

**Markvii-loading.com**
Now a Division of **Lyman Products**

0756



**2020 SOCON Rifle Awards**

By: Ashley Brugnone, CMP Staff

# CMP Collegiate Rifle Team Feature

## Lori Goodwin

**Head Coach: Lori Goodwin**
**Hometown:** Helena, Alabama

**Were you a shooter before coaching? If yes, what were some of your accomplishments.** Yes, I shot for four years on my high school rifle team. Then I shot for UAB for the first three years of the team. After I graduated, I was asked to become the head coach and have been here ever since.

**Favorite reason for coaching:** I love making a difference in students' lives. Getting to coach them and seeing them succeed in rifle and then in life is so worthwhile.

**What is a day as your shooter like? What is your biggest challenge as a coach?** They will have either air rifle or smallbore practice, depending on the day. They have work out sessions and tutors along with all of their classes. The biggest challenge as a coach is the mental aspect of the sport.

**Advice for junior shooters wanting to compete in college and for college athletes and graduating college seniors?** To the junior shooters, do not sell yourself short. If you really want to continue to shoot in college, find one with a program and just ask the coach. A lot of the time, they may take a chance on you. To the college athlete, never give up. Strive to do your best!

www.juniorshooters.net

0757

# University of Alabama at Birmingham

**Name:** Amy Kohan

**Hometown/Junior Team:** Arlington, Virginia / Arlington Optimist Acorns Junior Rifle Club

**What is your major? Why? Favorite class?** I am majoring in Electrical Engineering with a minor in Mathematics. My favorite classes tend to be my math classes. I loved Differential Equations because I like how you can apply these complicated math equations to the real world to solve problems.

**How old were you when you got involved in rifle?** I joined my high school rifle team my sophomore year.

**Favorite rifle (air rifle vs .22) and stage (kneeling, prone, standing)?** I love to shoot smallbore kneeling.

**What do you do outside of rifle to train and better yourself (workout, meditate, etc)?** Outside of practice, we work out twice a week. I am learning to cook and make a bunch of healthy meals. I also journal to help me reflect on what I learned during practices and matches.

**Future plans/goals for rifle and life?** When I graduate, I would love to get the chance to help coach my old high school rifle team.

**How many hours a day, and days per week, do you practice?** We practice air rifle three hours on Mondays and Wednesdays and smallbore for four hours on Tuesdays and Thursdays.

**What is a week at college like?** My standard week at college is usually practice in the mornings, then I sit for two to three classes a day. When I am not in class, I like



# AMY KOHAN

to work on homework, study or catch lunch break with my friends. On the weekends, when we are not traveling, I like to watch some of the other Blazer sports we have like basketball, football and baseball.

**What other clubs/sports/hobbies did you have in high school?** In high school, I was on my school's varsity softball team as well as a travel team outside of school. I was also one of the heads of the science and history honor societies we had.

**Do you have a mantra or saying? What motivates you?** The mantra I like to say to myself is a movie quote my uncle likes to tell me before matches: "Aim small, miss small." (The Patriot)

**What is a travel match like for you?** Traveling during a match is always a ton of fun. I love being able to see other ranges at other schools and to meet shooters from other teams.

**Advice for new competitors joining the sport.** My advice for new people trying to get into rifle is to have fun with it. Try not to compare your progress with anybody else's. Everyone learns and progresses at different rates, and as long as you enjoy what you are doing, that's all that matters.

**Favorite junior match you competed at? Why?** My favorite junior match I competed at was probably Winter Air Gun. The Olympic Training Center is such a fun place to shoot at, and I got to meet a ton of other shooters from all over the country.

**Do you have a lucky charm that you have on the line with you when you are shooting?** I don't have a lucky charm, per say, but I do wear the same pair of socks at every match. They have dragons and flames on them.

**What has rifle taught you?** Rifle has taught me patience, resiliency and how to develop a hard-working mindset.

0758



# SOPHIA FLORES

**Name:** Sophia Flores
**Hometown/Junior Team:** Vacaville, California / Sutter Union High School

**What is your major? Why? Favorite class?** Economics, because I have a passion for economic theory as it relates to policy. My favorite class thus far has been philosophy of religion.

**How old were you when you got involved in rifle?** I was 16 when I started shooting.

**Favorite rifle (air rifle vs .22) and stage (kneeling, prone, standing)?** My favorite rifle is .22. I like shooting all around, but my favorite stage is primarily prone.

**What do you do outside of rifle to train and better yourself (workout, meditate, etc)?** I do a lot of strength training as well as reading.

**Future plans/goals for rifle and life? After college,** I would like to get involved in more highpower rifle shooting as well as pistol.

# MAGGIE VONDERAU

**Name:** Maggie Vonderau
**Hometown:** Helena, Alabama

**What is your major? Why? Favorite class?** I am a kinesiology major because I would like to pursue occupational therapy. My favorite class has been anatomy and physiology.

**How old were you when you got involved in rifle?** I started shooting sporter air rifle in 7th grade and moved to precision in 9th.

**Favorite rifle (air rifle vs .22) and stage (kneeling, prone, standing)?** My favorite rifle to shoot is my air rifle, and my favorite stage is standing.

**What do you do outside of rifle to train and better yourself (workout, meditate, etc)?** Outside of rifle, I like to swim and hike.

**Future plans/goals for rifle and life?** I plan to complete my four years as a UAB student-athlete and then go on to a graduate school.

www.juniorshooters.net

0759

**Name:** Zoe Lum

**Hometown/Junior Team:** Rio Rancho, New Mexico / Rio Rancho High School JROTC rifle team

**What is your major? Why? Favorite class?** I am majoring in International Studies, with a minor in Legal Affairs. One of my favorite classes is philosophy of law, where we debate the logical reasoning behind law making and judicial decisions.

**How old were you when you got involved in rifle?** I started rifle in high school as a sporter shooter in my junior year. For my senior year, I switched to precision air rifle and picked up smallbore practice on the weekends too.

**Favorite rifle (air rifle vs .22) and stage (kneeling, prone, standing)?** My favorite rifle is my smallbore .22, and I enjoy kneeling the most.

**What do you do outside of rifle to train and better yourself (workout, meditate, etc)?** Outside of rifle practice and school, I have a part-time job to keep me busy as well as multiple internships over the summer months.

**Future plans/goals for rifle and life?** Once I graduate, I plan on moving into a full-time job in international policy work. While I have no plans on continuing my precision rifle career, I do want to help coach at the 4-H level.



*The Civilian Marksmanship Program is a federally chartered 501 (c) (3) non-profit corporation. It is dedicated to firearm safety and marksmanship training and to the promotion of marksmanship competition for citizens of the United States. For more information about the CMP and its programs, log onto www.TheCMP.org.*

The University of Alabama at Birmingham (UAB) rifle program was founded in 1993 by the Father of UAB Athletics, Gene Bartow. Head coach Lori Goodwin has been at the helm of the program since 1995 and just completed her 25th season. A native of the Birmingham area, Goodwin was a member of the inaugural team in 1993 and served as captain of the squad in 1994 and 1995.

In the past five years, the Green and Gold has burst onto the national scene – winning two of the past three Southern Conference Championships and often finding itself in the College Rifle Coaches Association Top 20, including all of this past 2020-2021 season. UAB won its first-ever rifle conference championship in 2019 and followed it up with another league title in 2020 before finishing third in the Southern Conference (SoCon) in 2021.

The Blazers won seven individual All-Conference honors in 2020-2021. Current member Amy Kohan was named First-Team All-SoCon in both air rifle and smallbore, while Zoe Lum was tabbed with First-Team All-SoCon Honors for smallbore.

More information on the UAB rifle team can be found by visiting https://uabsports.com/ or by following the team on Twitter, Instagram and Facebook. ◉

0760

# FAMILY JOURNEY

## THROUGH THE SHOOTING SPORTS FROM SCTP/SASP TO USPSA

**By: Jenell Jackley**

When our 15-year-old old daughter, Abby Jackley, said she wanted to shoot USPSA matches, we were excited she had found a sport she truly enjoyed and wanted to excel at! Abby had been shooting action pistol league with Wilmot Panthers Pistol Team's Scholastic Action Shooing Program (SASP) for the past two years and as the season slowed down last summer, we could tell she wanted more! So, she went online and researched all she could about the action pistol and rifle shooting sports and learned how to use Practiscore. She found a few local, and some not so local, clubs that held action pistol matches and after a few phone calls, texts, and emails to clubs, we jumped into the world of USPSA and more recently, Steel Challenge.

Growing up in a family where hunting and shotgun sports were the norm, we really expected Abby

to quickly pick up trap shooting. Her dad, Dave Jackley, has been a trap coach for two of the local high school SCTP teams for over 15 years now. Her two older brothers Jacob, age 25, and Nick, age 22, shot trap for a combined 12 years with the local SCTP team where their dad coached. They participated in local team matches as well as the Wisconsin State SASP and National Championship at the World Shooting and Recreational Complex in Sparta, Illinois. We would often travel to these competitions as a family and make them part of our summer vacations.

Abby was usually too busy with her own sports, swimming or playing lacrosse, to spend time that much time at the range. She had been introduced to BB guns and .22rifles,

completed hunter's safety, went on youth hunts, and was introduced to trap shooting, but it was never really her thing. We also had her try archery and we spent a few years in indoor archery leagues as a family, but she never found her passion until action pistol shooting.

The best part about action pistol and rifle shooting is that we can compete with and against each other! Her dad and I had participated in some action pistol bowling pin matches in the past, as well as smaller local steel matches but nothing like USPSA. We have heard comments like, "it's great to see her shooting with her dad," when really it was Abby's desire to join USPSA and Steel Challenge that got us back



Dave and Nick at Wisconsin State 2015

Jacob at Sparta SCTP Nationals

Jacob, Dave and Nick at World Shooting Complex, Sparta, IL for SCTP Nationals

0761

out on the pistol range joining her! While Abby is currently shooting in production class, her dad participates in limited or PCC, and after several matches of people asking, "why is mom not shooting?" and me trying to come up with excuses, I decided to join them! So, if it is a weekend in which they choose to do a Steel Challenge match you can find me shooting the rimfire rifle open class right alongside of them.

When people see our family at USPSA matches I feel we stand out a bit, first off, most participants at local USPSA do not attend with their parents, but I love that we attend as a family! We have the XL wagon for toting all the gear needed for two or three shooters. Same situation when it comes to reloading nights, we all pitch in to help as well. Abby's job is to tumble brass, fill primer tubes and bullet feeders, while Dave runs the reloader and I get to check the final product and gauge each round. It takes everyone to pitch in and help. The real fun is the scheduling for an entire family! Between work and

school, High School SASP practice, bi-monthly USPSA, and, or Steel Challenge matches, and a few family camping and hunting trips, our year is jammed packed with shooting and outdoor activities. Aside from the local matches (which for us is anything up to two hours away!) this year's schedule will take us to Northern Wisconsin and Central Illinois for level II State matches and the big trip to KY for the area 5 USPSA level III match.

We joke with Abby, asking if we will ever get her back out on the trap range? But we all know she is committed to USPSA! Perhaps the opportunity to shoot Multi-Gun or a certain Three-Gun event will get her attention someday. In the meantime, we still drop by the trap range, watch dad coach and shoot Annie Oakley shoots from the 27-yard line and cheer him on. We say hi to friends on the trap team and



Me (Jenell - right) and Abby wearing her CED hat and timer she won from the Juniors of USPSA drawing!



Abby on a USPSA course at Schultz Gun Club in Mukwanago, WI, this club and staff/RO's have been an amazing support!

Abby, practicing weak hand only drills in preparation for USPSA classifiers.

0762



We set up a mini outdoor airsoft range for Abby to shoot her CZ Shadow2 replica airsoft pistol so she could continue to practice during the ammo shortage!

share hunting and shooting stories, all while we make new friends in the action shooting sports. We have met some amazing athletes along the way and received so much support in person and online from many clubs, as well as Masters, and GM level shooters. They have encouraged her participation in what is typically an adult male dominated sport and we have seen Abby's confidence on and off the shooting range soar. Abby's shooting has moved to a whole new level, and the time and commitment she has put into practice including airsoft and dryfire training shows in her matches. Her goal is to continue to move up in class ranking and make it to LOCAP Nationals where she will have the opportunity to compete against more junior shooters with hopes of moving into open division in the future. We are excited to see her progression and commitment in shooting and we are excited to see what the future holds for her in shooting sports. ◉

Dave (dad) and Abby at the reloading bench.



CMC TRIGGERS

BE AN ORIGINAL
WITH THE ORIGINAL DROP-IN TRIGGER

more than just triggers.
CMC allows you to build it in very
own after market only parts
money can buy

CMCTRIGGERS.com

**Sawyer Insect Repellents for Clothing and Skin**
GEAR SAFE AND EFFECTIVE ON FLIES, TICKS, AND MOSQUITOES INCLUDING THE SPECIES THAT TRANSMITS THE ZIKA VIRUS.

SAWYER

SAFETY FIRST

# ALWAYS SAFETY FIRST

**EACH AND EVERY TIME**

## Clearing a Handgun Properly

Clearing a firearm properly starts at home. Each time you pick up a firearm it should be cleared. Never assume a firearm is unloaded. Always assume a firearm is loaded. If someone has handed you a firearm to see, you should clear it, even if they have already done so. Make it a habit.



Revolvers are more easily cleared than pistols (semi-auto handguns). Pick up the revolver while keeping the barrel pointed in a safe direction. Most of the time this would be the floor or ground, but NOT at your feet. The cylinder on modern revolvers rotates out to the side. Check each chamber to make sure that it is clear and then rotate the cylinder back into the frame. The cylinder does not open



out on most single-action revolvers. You need to open the loading gate so you can see each chamber as you rotate the cylinder checking each one.



The very first thing you need to do when clearing a pistol is take out the magazine. Remember to point the barrel in a safe direction. Then lock the slide back and check the chamber



to make sure it is empty. Sometimes, depending upon the light and the angle at which the gun is held, you may not be able to see the head of the case. This occurs most often with .22 LR cartridges.

It is always advisable to use a safety flag, at home and on the range.





0764



# Gear Guide

## Sentry Products Group. LLC

## sentry™

Sentry Products Group makes a large variety of excellent products, some of them are quite unique. You should really check them out at: https://sentrytactical.com/.

**MOLE Type Belt**

**Magazine Pouches**

**Dump Pouches**

**Grip Tape**

## HEXMAG
## Get Them!

Have you ever tried the new series 2 Hex Mags 2? If not, I am here to tell you about them and why you need to buy a couple. In my opinion, Hex Mags are the best magazines I have ever used. At competitions, I get dirt and rocks in them after dropping them on the ground, and one quick shake will get most of the dirt out and they feed rounds just like they were new.

The Hex Mags sit in the mag-well super snug and do not move around. The series 2 Hex Mag is also lightweight and made from good strong materials. I have five and I use them all the time at all my 3-Gun competitions for range practices. With the Hex Mags I have never had a problem with the rounds feeding in the chamber of my MSR.

Last of all, I recommend you go buy some Hex Mags because in my opinion they are the best magazines money can buy. (Editor's note: They also have GLOCK 17 Hex Mags.)
Junior 3-Gun shooter, Kaden Barney (18)

## TUFF CLOTH

**Protective stretch rifle covers and cleaning mats**

Originally designed to protect metal in a marine environment, these products are excellent for protecting your firearms.

56

www.juniorshooters.net

0765



# Awesome!

**AXIL**

Ear muffs can be a real pain! When shooting for hours a day, finding the perfect comfort zone is crucial. Nobody wants to be distracted by sore ears when they're about to send a round. Shooting takes focus, and something as distracting as an irritating ear muff could change how you are shooting completely. Not only is it a great idea to have something cozy on your ears, you need something protective, something that will block out most of the loud noises while shooting your favorite gun.

Luckily, that is what these ear muffs bring. Meet the SportEar Axil Trackr Electronic Earmuffs! These ear muffs have been such a comfy fit for me. I used to hate wearing ear muffs for shooting, and would choose little ear plugs any day over them. After about an hour of wearing ear muffs my ears would be killing me, I'd constantly be thinking about the pain my safety glasses and ear protection were bringing me. Not only that, but the noise didn't seem to be changing a whole lot. I would still be jumpy at the sound of gunshot through my ear muffs.

With these new ones though, I can go a whole day feeling only a slight disturbance compared to the times before. And the noise is gone! It feels really good to have found a pair of ear muffs that were just perfect for me. I now would rather wear these over any pair of ear buds.

They are super easy to use, just put in two triple A batteries, place them on your ears, and turn the dial on. There you go! They really heighten your hearing. When a super loud noise is emitted into the air, it cancels it out, blocking most of the noise from passing through. They really are quite an awesome cozy piece of ear protection!

*Junior 3-Gun shooter, Ethan Hunt (16)*

**BERRY'S BULLETS** not only make great bullets, they have some excellent ammo cans. Even the small case the bullets come in can be used for completed cartridges.

Their new Tri-Can set is very useful. Three cases in one set and each of these cases has two separators. This lets you carry a lot of different ammo.

# Great Option!

0766



# Advertiser's Index

**WESOME**

| | |
|---|---|
| Bar-Sto Precision Machine | 47 |
| Berry's Manufacturing | 7 |
| Black Hills Ammunition | 42 |
| Breakthrough | 59 |
| Buckhorn Gun Store | 59 |
| CMC Triggers | 54 |
| Cowboy Fast Draw | 58 |
| CZ-USA | 33 |
| El Tigre | 59 |
| FEDERAL | 29 |
| GLOCK | 15 |
| Lyman/Pachmayr | 47 |
| Magpul | 3 |
| Mossberg | 2 |
| Pyramyd Air | 46 |
| Remington | 9 |
| Ruger | 5 |
| Sawyer | 54 |
| Sig Sauer | 60 |
| SK Ammunition | 22 |
| SKB Shotguns | 37 |
| Starline | 43 |
| SOUSA OPTICS | 59 |
| USPSA | 47 |
| WARNE | 42 |
| Zero Ammunition | 59 |



## COWBOY FAST DRAW

### REAL HOLSTERS, REAL GUNS, WITH WAX BULLETS

EVER WONDER HOW FAST YOU WOULD HAVE SHOT IN AN OLD WEST GUNFIGHT?

NOW YOU CAN FIND OUT!

•GREAT SPORT FOR THE WHOLE FAMILY!

•GREAT INDOOR/ OUTDOOR ACTIVITY

•NEW CLUBS FORMING

WWW.COWBOYFASTDRAW.COM

JOIN TODAY!!!

Dedicated to the Cowboy Way

COWBOY FAST DRAW ASSOCIATION
P.O. Box 5 • Fernley, NV 89408 • 775-575-1802

0767



TOP SHOOTERS ONLY USE THE BEST, MOST EFFECTIVE, ODORLESS, AND USER-SAFE GUN CARE PRODUCTS.



MAX MICHEL World Champion Competitive Shooter

BREAKTHROUGH
CLEAN TECHNOLOGIES

www.breakthroughclean.com

SOUSA OPTICS



QUALITY THAT WON'T BREAK THE BANK

KEEPING YOU ON TARGET

www.SOUSAOPTICS.com



Pistol Bullets and Ammunition

ZERO

Zero Bullet Company, Inc.
P.O. Box 1188 • Cullman, AL 35056
Tel: 256-739-1606 • Fax: 256-739-4683
Toll Free: 800-545-9376
www.zerobullets.com



El Tigre & El Tigre II
By John H. Manhold
www.amazon.com

Non-stop adventure!



JUNIOR SHOOTERS

Send in check to
Junior Shooters,
7154 W. State St. #377,
Boise, ID 83714

FOR YOU!

4 issues per year for just $16.00.



WANTED
FIREARMS OF ALL KINDS!!

OLD COLTS, WINCHESTERS AND BROWNINGS!!
Highest cash paid for firearms,
No collection too big or small!!

BUCKHORN

GUN AND PAWN
BUY • SELL • TRADE • REPAIRS
WEISE, IDAHO          208-777-2535

Call Matt Perry,
Buckhorn Gun and Pawn!!
208-377-2535

0768



# EXHIBIT 16

- [Home](#)
- [ABOUT US](#)
- [ADVERTISE](#)
- [ARTICLES](#)
- [Books & DVDs](#)
- [CATEGORIES](#)
- [CLUBS](#)
- [COOL STUFF](#)
- [EVENTS](#)
- [GET INVOLVED](#)
- [LINKS](#)
- [SAFETY](#)
- [SUBSCRIBE](#)





- **Polls**

### How many people in your family participate in shooting activities?

- ○ 1
- ○ 2
- ○ 3
- ○ More than 3

Vote

View Results

- Polls Archive

# Recent Posts

- Ghost Holster USA Part One June 24, 2022
- Safety First 10 Things You Can Learn From Your Shooting Experience Vol41 Winter 2020 P50 to 51 June 21, 2022
- Junior World Championship Team Members Luke Priestly, 14, and Jordan Sapp, 17, Hone Their Skills at USA Shooting Junior Olympic Shooting Camp 2021 June 11, 2022
- CMP Awards Over 140 Scholarships to Marksmanship Athletes – 2022 May 24, 2022
- SPD MAGS – A New Way To Reload May 8, 2022
- CMP Announces April Monthly Air Gun Match Results April 29, 2022
- Clay Target Vision, Pilla, and Safety April 14, 2022
- CMP Introduces New National Air Gun Event for Adult and Junior Athletes March 28, 2022
- MidwayUSA Foundation's Day of Clays 2022 March 3, 2022
- Sig Sauer's ASP .22 Air Rifle – On Target February 13, 2022

# Article Archives

Article Archives  Select Month  ˅

# Gallery of Photos





















# Ghost Holster USA Part One

Posted by Junior Shooters

By: Abby Jackley
Originally published in *Junior Shooters* magazine Volume 46 Spring 2022

0775



*Had a great time at the USPSA Area 5 match at Bluegrass Sportsman's League Wilmore, Kentucky with my Ghost Thunder 3G Rig set.*

When I decided to start shooting USPSA, one of the biggest things I had to figure out was what holster to use? Shooting, while drawing from a holster, was a completely new feeling coming from SASP where you start at a low ready position. There were so many different types of holsters out there and so many restrictions on which style you could use depending on what division you were shooting in. I chose to start in single stack and production division, where you cannot use the fancy looking open race holsters. Both divisions require that the holster covers the slide up to a ½ inch from the ejection port.



### *My go to holster for USPSA Production Division is the Ghost Thunder 3G.*



Shooting USPSA at my local club in Muskego, Wisconsin.

I was looking online and found Ghost Holster USA and I remember thinking they have everything here I need and fun colors too. Being a left-handed shooter, there are fewer choices out there. I not only had to find a left-handed holster but, one that fit my gun and my division, and Ghost USA had it all!



For Steel Challenge competition I have the Thunder Rig set for my 1911.

I am currently using the Ghost Thunder 3G rig set with the double-belt system and 360° 3G mag pouches for my CZ Shadow 2. My favorite feature is that each 360° mag pouch comes with the Clip D that allows for vertical or horizontal hold so you can run bullets in or out and turn them on an angle too. My dad ordered the Thunder 3G Elite rig set for his CZ Tactical Sports and the difference is the holster is now lined inside with LEDRA which is a soft lining for a smoother draw. The mag pouches and holsters also have a quick release option which makes it easy when switching to a different gun if you want. I prefer to have a separate outer belt for each gun and keep the gear attached.



They do carry the fun race holsters I was originally checking out and I am looking at running the CZ Tactical Sports in L10 division. Then I would have the option to try the Ghost Hydra or even the Ultimate Evo which would be so much fun!

Check them out at:

Ghost Holster USA- Tactical, concealment and sports holsters (ghostholsterdirect.com)



Categories: [Action Pistol](), [Events](), [Modern 3 Gun](), [Pistol / Revolver](), [Steel Challenge](), [USPSA]()

Tags: [2 gun](), [3 gun](), [abby jackley](), [cfda](), [civilian marksmanship program](), [cmp](), [competitive shooting](), [competitive shooting programs](), [Foundation](), [ghost holster](), [ghost holsters](), [holsters](), [idpa](), [jr shooter](), [jr shooters](), [junior](), [junior camps](), [junior shooter](), [junior shooters](), [junior shooting camps](), [junior writers](), [juniors](), [kids](), [learn to shoot](), [learning to shoot](), [Olympics](), [plinking](), [rimfire challenge](), [SASP](), [sass](), [Scholastic Action Shooting Program junior shooter](), [scholastic clay target program](), [sctp](), [shooting](), [shooting sports](), [SSSF](), [steel challenge](), [steel challenge holsters](), [usa shooting](), [USPSA](), [uspsa holsters](), [youth shooting](), [youth shooting sports]()

# Comments

## Leave a Reply

**Please note:** Comment moderation is currently enabled so there will be a **delay** between when you post your comment and when it shows up. Patience is a virtue; there is **no need to re-submit** your comment.

You must be <u>logged in</u> to post a comment.

« <u>Safety First 10 Things You Can Learn From Your Shooting Experience Vol41 Winter 2020 P50 to 51</u>

- # Search

  Type and hit enter to search

- # Ruger 10/22



- # Remington



- # Clay target Vision



- # MGM Targets



- # axil TRACKR BLU



- # Mossberg



- # AXIL GS Extreme



- # **Black Hills Ammunition**



- # **Ruger MARK IV**



- # **Categories**

Categories Select Category ⌄

- # **Pages**

  - [ABOUT US](#)
  - [ADVERTISE](#)
  - [ARTICLES](#)
    - [Articles Alphabetical](#)

0783

- Books & DVDs
- CATEGORIES
- CLUBS
  - LAR&R Los Angeles Rifle & Revolver Club
  - Snake River Sportsmen
- COOL STUFF
- EVENTS
- GET INVOLVED
- LINKS
- SAFETY
- SUBSCRIBE

# Happy Holidays!

June 2022

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |   |   |   |

« May

# Excerpt

"This single-shot rifle is very unique with its duel air charging system. The basic rifle comes with a low-volume, high-pressure hand pump that looks very much like the old style bicycle tire pumps that your parents probably grew up with."

0784

- # A- Junior Shooters magazine's Team Shirt Sponsors

  - [ARMSCOR (RIA)](#)
  - [Ashbury Precision Ordnance](#)
  - [Bar-sto Precision Machine](#)
  - [Berry's Manufacturing](#)
  - [Black Hills Ammunition](#)
  - [Breakthrough – Cleaning supplies](#)
  - [Buckhorn Gun & Pawn](#)
  - [Chiappa](#)
  - [CMC Triggers](#)
  - [Collegiate Shooting Programs & the NSSF](#)
  - [Creedmoor Sports](#)
  - [Dillon Precision](#)
  - [HiViz](#)
  - [Hodgdon](#)
  - [Hornady](#)
  - [Laser Ammo](#)
  - [Lyman Products](#)
  - [Magpul](#)
  - [Mantisx](#)
  - [MGM Targets](#)
  - [Montana Gold – Bullets](#)
  - [National Shooting Sports Foundation (NSSF)](#)
  - [O.F. Mossberg & Sons, Inc.](#)
  - [Prime Ammunition](#)
  - [Promatic](#)
  - [Pyarmid Airgun Mall](#)
  - [RIO Ammunition](#)
  - [Ruger](#)
  - [Rugged Gear](#)
  - [Sawyer Products](#)

- [Sig Sauer](#)
- [Slip 2000](#)
- [Starline Brass](#)
- [Sturm, Ruger & Co., Inc.](#)
- [Sun Optics](#)
- [Voodoo tactical](#)
- [Warne Scope Mounts](#)
- [Zenith Firearms](#)
- [Zero Ammunition Company](#)

# Associations

- [Amateur Trapshooting Association (ATA)](#)
- [Arizona State Rifle & Pistol Association (ASRPA)](#)
- [Bird Dogs Forever](#)
- [Civilian Marksmanship Program (CMP)](#)
- [Civilian Marksmanship Program (CMP) – First Shot Online!](#)
- [Collegiate Shooting Programs & the NSSF](#)
- [Cowboy Fast Draw Association (CFDA)](#)
- [Cowboy Mounted Shooting Association](#)
- [International Defensive Pistol Association (IDPA)](#)
- [Jakes – NWTF](#)
- [National 4-H Shooting Sports Foundation](#)
- [National Muzzle Loading Rifle Association (NMLRA)](#)
- [National Rifle Association Youth Programs (NRA)](#)
- [National Shooting Sports Foundation (NSSF)](#)
- [National Skeet Shooting Association](#)
- [National Sportinc Clays Association](#)
- [National Wild Turkey Federation](#)
- [Quality Deer Management Association (QDMA)](#)
- [Scholastic Clay Target Program (SCTP)](#)
- [Scholastic Shooting Sports Foundation (SSSF)](#)
- [Single Action Shooting Society](#)
- [United States Practical Shooting Association "USPSA" – Juniors](#)

- USA Shooting
- World Fast Draw Association
- Youth Shooting Sports Alliance

# Blogroll

- American Firearms – SAFETY

# Clubs, Schools, Teams & Ranges

- American Firearms – SAFETY
- Ben Avery Shooting Range
- Black's Creek Rifle Range
- Boulder Rifle & Pistol Club
- Civilian Marksmanship Program (CMP) – First Shot Online!
- Collegiate Shooting Programs & the NSSF
- Deer Hunters Club
- H&H Gun Range
- Los Angeles Rifle & Revolver Club
- National Shooting Sports Foundation (NSSF)
- Palmyra Sports Club
- Parma Rod & Gun Club
- Scholastic Clay Target Program (SCTP)
- Scholastic Shooting Sports Foundation (SSSF)

# Events

- American Firearms – SAFETY
- Civilian Marksmanship Program (CMP) – First Shot Online!
- Daisy International BB Gun Championship
- MGM Ironman

# Games

- [Mastiff](#)

# Hunting

- [American Firearms – SAFETY](#)
- [Bird Dogs Forever](#)
- [Deer Hunters Club](#)
- [Jakes – NWTF](#)
- [Limcroma Safaris](#)
- [Mastiff](#)
- [Quality Deer Management Association (QDMA)](#)
- [Vista Outdoor](#)

# Magazines & Publications

- [Civilian Marksmanship Program (CMP) – First Shot Online!](#)

# Merchant Links

- [2nd Amendment](#)
- [Air Gun Warehouse INc.](#)
- [AirForce Airguns](#)
- [Alpen Optics](#)
- [American Firearms – SAFETY](#)
- [ARMSCOR (RIA)](#)
- [Ashbury Precision Ordnance](#)
- [ATI Gun Stocks – Advanced Technology Inc.](#)
- [ATVs Guide](#)
- [Bar-sto Precision Machine](#)
- [Battenfeld Technologies](#)

0788

- Berry's Manufacturing
- Beta Company
- Black Hills Ammunition
- Breakthrough – Cleaning supplies
- Briley Manufacturing
- Brownells
- Buckhorn Gun & Pawn
- Buffalo Brothers Cowboy Store
- Caldwell Shooting Supplies
- Champion Traps & Targets
- Charles Daly
- Chiappa
- CMC Triggers
- Competitive Edge Dynamics
- Creedmoor Sports
- Crosman
- Daisy
- Dillon Precision
- DKG Trading
- DPMS
- Evil Roy Shooting School
- Federal Ammunition
- Fiocchi Ammunition USA
- FNHUSA
- GLOCK
- Gunbroker
- H&H Gun Range
- HiViz
- Hodgdon
- Hornady
- Horus Vision
- Impact Guns
- J. G. Anschutz Gmbh & Co, KG
- Kaltron Outddors

- Kirkpatrick Leather
- Krieghoff
- Lapua
- Laser Ammo
- Lock Stock and Barrel
- Lyman Products
- Magpul
- Mantisx
- Mastiff
- MGM Targets
- MidwayUSA
- MKS Supply
- Montana Gold – Bullets
- North River Custom Knives
- Northwood Shooting Sports
- O.F. Mossberg & Sons, Inc.
- Otis Technology, Inc.
- PFI Western Store
- Pilkington Competition
- Pine Tree Custom Sportswear
- Prime Ammunition
- Promag Industries
- Promatic
- Pyamid Airgun Mall
- Reloading Zone
- Remington Arms Company
- RIO Ammunition
- Rock River Arms
- Ruger
- Rugged Gear
- Savage Arms
- Sawyer Products
- Sig Sauer
- SKB Shotguns

- Slip 2000
- Smith & Wesson
- Southern-Ammo, Inc.
- Stag Arms
- Standing Bear's Trading Post
- Starline Brass
- Sturm, Ruger & Co., Inc.
- Sun Optics
- Tactical Assualt Gear
- Tactical Solutions
- Ted Blocker Holsters
- The Outdoorsman Maniac
- UMAREXUSA
- USPSA – Main Page
- Viking Tactics
- Vista Outdoor
- Vogel USA, Inc.
- Voodoo tactical
- Walther Arms
- Warne Scope Mounts
- Wilson Combat
- Winchester Ammunition
- Wolf Performance Ammunition
- Wollf Springs
- X-Calibers
- Zenith Firearms
- Zero Ammunition Company

# SAFETY

- American Firearms – SAFETY

Copyright © 2022 is Proudly Powered by Wordpress. Theme by The Cloisters

**RSS**

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.:    2:22-cv-04663-CAS (JCx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

## DECLARATION OF ANDY FINK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kevin J. Kelly, Deputy Attorney General
kevin.kelly@doj.ca.gov
300 South Spring Street, Suite 9012
Los Angeles, CA 90013
  *Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 20, 2022.

_____
Laura Palmerin

0793

1   C.D. Michel-SBN 144258
    Anna M. Barvir-SBN 268728
2   Tiffany D. Cheuvront-SBN 317144
    MICHEL & ASSOCIATES, P.C.
3   180 East Ocean Blvd., Suite 200
    Long Beach, CA 90802
4   Telephone: (562) 216-4444
    Fax: (562) 216-4445
5   Email: cmichel@michellawyers.com

6   Attorneys for Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California
    Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting
7   Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA
    Foundation, and Gun Owners of California, Inc.
8

9   Donald Kilmer-SBN 179986
    Law Offices of Donald Kilmer, APC
10   14085 Silver Ridge Road
    Caldwell, Idaho 83607
11   Telephone: (408) 264-8489
    Email: Don@DKLawOffice.com

12   Attorney for Plaintiff Second Amendment Foundation

13             IN THE UNITED STATES DISTRICT COURT

14               CENTRAL DISTRICT OF CALIFORNIA

15   JUNIOR SPORTS MAGAZINES   |   CASE NO: 2:22-cv-04663-CAS (JCx)
    INC., RAYMOND BROWN,
16   CALIFORNIA YOUTH SHOOTING   |   **EXHIBITS 17 TO 20 TO**
    SPORTS ASSOCIATION, INC.,   |   **DECLARATION OF ANDY FINK IN**
17   REDLANDS CALIFORNIA   |   **SUPPORT OF PLAINTIFFS' MOTION**
    YOUTH CLAY SHOOTING   |   **FOR PRELIMINARY INJUNCTION**
18   SPORTS, INC., CALIFORNIA
    RIFLE & PISTOL ASSOCIATION,   |   Hearing Date:   August 22, 2022
19   INCORPORATED, THE CRPA   |   Hearing Time:   10:00 a.m.
    FOUNDATION, AND GUN   |   Courtroom:   8D
20   OWNERS OF CALIFORNIA, INC.;   |   Judge:   Christina A. Snyder
    and SECOND AMENDMENT
21   FOUNDATION,

22               Plaintiffs,

23           v.

24   ROB BONTA, in his official capacity
    as Attorney General of the State of
25   California; and DOES 1-10,

26               Defendant.

27

28

                              1

# EXHIBIT 17

# Junior Shooters

- [Home](#)
- [ABOUT US](#)
- [ADVERTISE](#)
- [ARTICLES](#)
- [Books & DVDs](#)
- [CATEGORIES](#)
- [CLUBS](#)
- [COOL STUFF](#)
- [EVENTS](#)
- [GET INVOLVED](#)
- [LINKS](#)
- [SAFETY](#)
- [SUBSCRIBE](#)



- **Polls**

**How many people in your family participate in shooting activities?**

○ 1
○ 2
○ 3
○ More than 3

Vote

[View Results](#)

- Polls Archive

# Recent Posts

- Junior Shooters No Longer Sold in California July 10, 2022
- Ghost Holster USA Part One June 24, 2022
- Safety First 10 Things You Can Learn From Your Shooting Experience Vol41 Winter 2020 P50 to 51 June 21, 2022
- Junior World Championship Team Members Luke Priestly, 14, and Jordan Sapp, 17, Hone Their Skills at USA Shooting Junior Olympic Shooting Camp 2021 June 11, 2022
- CMP Awards Over 140 Scholarships to Marksmanship Athletes – 2022 May 24, 2022
- SPD MAGS – A New Way To Reload May 8, 2022
- CMP Announces April Monthly Air Gun Match Results April 29, 2022
- Clay Target Vision, Pilla, and Safety April 14, 2022
- CMP Introduces New National Air Gun Event for Adult and Junior Athletes March 28, 2022
- MidwayUSA Foundation's Day of Clays 2022 March 3, 2022

# Article Archives

Article Archives Select Month

# Gallery of Photos





















# **CLUBS**

# **FREE MAGAZINES**

**All clubs may have FREE magazines. Clubs pay the shipping & handling costs. $50.00 per box of 100 Junior**



**Shooters magazines. Call 208-629-8967 or email info@juniorshooters.net**

# FEATURED CLUB PROGRAM

**Featured Club Program below**
**For Club Locater check out our Events Schedule for the type of shooting sport you are interested in or check out our article on Looking For A Place To Shoot.**

**Sign Up Now! FREE set up!**



- Feature story on your club!
- Photo collage page ? add to it on a regular basis
- Junior articles from you club posted with photos
  (any junior member of your club may submit article with parents permission)
- Contact information
- Link to your web page

- Story and articles may be posted to JS article page
- Possible print copy in Junior Shooters print edition

Contact Andy at 208-629-8967, Email [publisher@juniorshooters.net](mailto:publisher@juniorshooters.net)

# Featured Clubs Listing

 [Snake River Sportsman ? Payette, Idaho and Ontario, Oregon](#)

 LAR&R [Los Angeles Rifle and Revolver Club](#) ? 12 miles East of Los Angeles, California

Comments are closed.

# • Search

Type and hit enter to search

# • Remington



# • Clay target Vision



# • MGM Targets



- # axil TRACKR BLU



- # Mossberg



- # AXIL GS Extreme



- # Black Hills Ammunition



- # **Categories**

  Categories **Select Category** ⌄

- # **Pages**

  - [ABOUT US](#)
  - [ADVERTISE](#)
  - [ARTICLES](#)
    - [Articles Alphabetical](#)
  - [Books & DVDs](#)
  - [CATEGORIES](#)
  - [CLUBS](#)
    - [LAR&R Los Angeles Rifle & Revolver Club](#)
    - [Snake River Sportsmen](#)
  - [COOL STUFF](#)
  - [EVENTS](#)
  - [GET INVOLVED](#)
  - [LINKS](#)
  - [SAFETY](#)
  - [SUBSCRIBE](#)

- # **Happy Holidays!**

  July 2022
  **M T W T F S S**

|    | M | T | W | T | F | S | S |
|----|---|---|---|---|---|---|---|
|    |   |   |   |   | 1 | 2 | 3 |
|    | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|    | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|    | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|    | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

« Jun

- # Excerpt

"This single-shot rifle is very unique with its duel air charging system. The basic rifle comes with a low-volume, high-pressure hand pump that looks very much like the old style bicycle tire pumps that your parents probably grew up with."

- # A- Junior Shooters magazine's Team Shirt Sponsors

  - ARMSCOR (RIA)
  - Ashbury Precision Ordnance
  - Bar-sto Precision Machine
  - Berry's Manufacturing
  - Black Hills Ammunition
  - Breakthrough – Cleaning supplies
  - Buckhorn Gun & Pawn
  - Chiappa
  - CMC Triggers
  - Collegiate Shooting Programs & the NSSF
  - Creedmoor Sports
  - Dillon Precision
  - HiViz

- [Hodgdon](#)
- [Hornady](#)
- [Laser Ammo](#)
- [Lyman Products](#)
- [Magpul](#)
- [Mantisx](#)
- [MGM Targets](#)
- [Montana Gold – Bullets](#)
- [National Shooting Sports Foundation (NSSF)](#)
- [O.F. Mossberg & Sons, Inc.](#)
- [Prime Ammunition](#)
- [Promatic](#)
- [Pyamid Airgun Mall](#)
- [RIO Ammunition](#)
- [Ruger](#)
- [Rugged Gear](#)
- [Sawyer Products](#)
- [Sig Sauer](#)
- [Slip 2000](#)
- [Starline Brass](#)
- [Sturm, Ruger & Co., Inc.](#)
- [Sun Optics](#)
- [Voodoo tactical](#)
- [Warne Scope Mounts](#)
- [Zenith Firearms](#)
- [Zero Ammunition Company](#)

# Associations

- [Amateur Trapshooting Association (ATA)](#)
- [Arizona State Rifle & Pistol Association (ASRPA)](#)
- [Bird Dogs Forever](#)
- [Civilian Marksmanship Program (CMP)](#)
- [Civilian Marksmanship Program (CMP) – First Shot Online!](#)

- [Collegiate Shooting Programs & the NSSF](#)
- [Cowboy Fast Draw Association (CFDA)](#)
- [Cowboy Mounted Shooting Association](#)
- [International Defensive Pistol Association (IDPA)](#)
- [Jakes – NWTF](#)
- [National 4-H Shooting Sports Foundation](#)
- [National Muzzle Loading Rifle Association (NMLRA)](#)
- [National Rifle Association Youth Programs (NRA)](#)
- [National Shooting Sports Foundation (NSSF)](#)
- [National Skeet Shooting Association](#)
- [National Sportinc Clays Association](#)
- [National Wild Turkey Federation](#)
- [Quality Deer Management Association (QDMA)](#)
- [Scholastic Clay Target Program (SCTP)](#)
- [Scholastic Shooting Sports Foundation (SSSF)](#)
- [Single Action Shooting Society](#)
- [United States Practical Shooting Association "USPSA" – Juniors](#)
- [USA Shooting](#)
- [World Fast Draw Association](#)
- [Youth Shooting Sports Alliance](#)

# Blogroll

- [American Firearms – SAFETY](#)

# Clubs, Schools, Teams & Ranges

- [American Firearms – SAFETY](#)
- [Ben Avery Shooting Range](#)
- [Black's Creek Rifle Range](#)
- [Boulder Rifle & Pistol Club](#)
- [Civilian Marksmanship Program (CMP) – First Shot Online!](#)
- [Collegiate Shooting Programs & the NSSF](#)

- Deer Hunters Club
- H&H Gun Range
- Los Angeles Rifle & Revolver Club
- National Shooting Sports Foundation (NSSF)
- Palmyra Sports Club
- Parma Rod & Gun Club
- Scholastic Clay Target Program (SCTP)
- Scholastic Shooting Sports Foundation (SSSF)

# Events

- American Firearms – SAFETY
- Civilian Marksmanship Program (CMP) – First Shot Online!
- Daisy International BB Gun Championship
- MGM Ironman

# Games

- Mastiff

# Hunting

- American Firearms – SAFETY
- Bird Dogs Forever
- Deer Hunters Club
- Jakes – NWTF
- Limcroma Safaris
- Mastiff
- Quality Deer Management Association (QDMA)
- Vista Outdoor

# Magazines & Publications

- Civilian Marksmanship Program (CMP) – First Shot Online!

# • **Merchant Links**

- 2nd Amendment
- Air Gun Warehouse INc.
- AirForce Airguns
- Alpen Optics
- American Firearms – SAFETY
- ARMSCOR (RIA)
- Ashbury Precision Ordnance
- ATI Gun Stocks – Advanced Technology Inc.
- ATVs Guide
- Bar-sto Precision Machine
- Battenfeld Technologies
- Berry's Manufacturing
- Beta Company
- Black Hills Ammunition
- Breakthrough – Cleaning supplies
- Briley Manufacturing
- Brownells
- Buckhorn Gun & Pawn
- Buffalo Brothers Cowboy Store
- Caldwell Shooting Supplies
- Champion Traps & Targets
- Charles Daly
- Chiappa
- CMC Triggers
- Competitive Edge Dynamics
- Creedmoor Sports
- Crosman
- Daisy
- Dillon Precision
- DKG Trading

- DPMS
- Evil Roy Shooting School
- Federal Ammunition
- Fiocchi Ammunition USA
- FNHUSA
- GLOCK
- Gunbroker
- H&H Gun Range
- HiViz
- Hodgdon
- Hornady
- Horus Vision
- Impact Guns
- J. G. Anschutz Gmbh & Co, KG
- Kaltron Outddors
- Kirkpatrick Leather
- Krieghoff
- Lapua
- Laser Ammo
- Lock Stock and Barrel
- Lyman Products
- Magpul
- Mantisx
- Mastiff
- MGM Targets
- MidwayUSA
- MKS Supply
- Montana Gold – Bullets
- North River Custom Knives
- Northwood Shooting Sports
- O.F. Mossberg & Sons, Inc.
- Otis Technology, Inc.
- PFI Western Store
- Pilkington Competition

- Pine Tree Custom Sportswear
- Prime Ammunition
- Promag Industries
- Promatic
- Pyarmid Airgun Mall
- Reloading Zone
- Remington Arms Company
- RIO Ammunition
- Rock River Arms
- Ruger
- Rugged Gear
- Savage Arms
- Sawyer Products
- Sig Sauer
- SKB Shotguns
- Slip 2000
- Smith & Wesson
- Southern-Ammo, Inc.
- Stag Arms
- Standing Bear's Trading Post
- Starline Brass
- Sturm, Ruger & Co., Inc.
- Sun Optics
- Tactical Assualt Gear
- Tactical Solutions
- Ted Blocker Holsters
- The Outdoorsman Maniac
- UMAREXUSA
- USPSA – Main Page
- Viking Tactics
- Vista Outdoor
- Vogel USA, Inc.
- Voodoo tactical
- Walther Arms

- [Warne Scope Mounts](#)
- [Wilson Combat](#)
- [Winchester Ammunition](#)
- [Wolf Performance Ammunition](#)
- [Wollf Springs](#)
- [X-Calibers](#)
- [Zenith Firearms](#)
- [Zero Ammunition Company](#)

# • **SAFETY**

- [American Firearms – SAFETY](#)

Copyright © 2022 [Junior Shooters](#) is Proudly Powered by [Wordpress](#). Theme by [The Cloisters](#)

[ RSS](#)

**0812**

# EXHIBIT 18



Home | ABOUT US | ADVERTISE | ARTICLES | Books & DVDs | CATEGORIES | CLUBS | COOL



## ADVERTISE



Advertising in **Junior Shooters** can help your business and support our next generation of shooters!



Download our 2022 Media Kit

About juniors 8-20 and their families.
**We cover ALL the shooting sports!**
The market that parents invest in!
Don't Miss It Be In It!
Articles written about and by juniors in every issue!



**Support Our Youth - The Next Generation of Shooters and Voters!**

Check out our 35% discount Sponsorship Program!

 



 

## SEARCH

Type and hit enter

### REMINGTON



### CLAY TARGET VISION



### MGM TARGETS



### AXIL TRACKR BLU



### MOSSBERG



### AXIL GS EXTREME



## POLLS

How many people in your family participate in shooting activities?

○ 1
○ 2
○ 3
○ More than 3

[ Vote ]

View Results

Polls Archive

## RECENT POSTS

Junior Shooters No Longer Sold in California July 10, 2022

Ghost Holster USA Part One June 24, 2022

Safety First 10 Things You Can Learn From Your Shooting Experience Vol41 Winter 2020 P50 to 51 June 21, 2022

Junior World Championship Team Members Luke Priestly, 14, and Jordan Sapp, 17,

# EXHIBIT 19

# Junior Shooters

- [Home](#)
- [ABOUT US](#)
- [ADVERTISE](#)
- [ARTICLES](#)
- [Books & DVDs](#)
- [CATEGORIES](#)
- [CLUBS](#)
- [COOL STUFF](#)
- [EVENTS](#)
- [GET INVOLVED](#)
- [LINKS](#)
- [SAFETY](#)
- [SUBSCRIBE](#)

- 



- **Polls**

  **How many people in your family participate in shooting activities?**

  ○ 1
  ○ 2
  ○ 3
  ○ More than 3

  [Vote]

  [View Results](#)

  - [Polls Archive](#)

- **Recent Posts**

  - [Junior Shooters No Longer Sold in California](#) July 10, 2022

- [Ghost Holster USA Part One](#) June 24, 2022
- [Safety First 10 Things You Can Learn From Your Shooting Experience Vol41 Winter 2020 P50 to 51](#) June 21, 2022
- [Junior World Championship Team Members Luke Priestly, 14, and Jordan Sapp, 17, Hone Their Skills at USA Shooting Junior Olympic Shooting Camp 2021](#) June 11, 2022
- [CMP Awards Over 140 Scholarships to Marksmanship Athletes – 2022](#) May 24, 2022
- [SPD MAGS – A New Way To Reload](#) May 8, 2022
- [CMP Announces April Monthly Air Gun Match Results](#) April 29, 2022
- [Clay Target Vision, Pilla, and Safety](#) April 14, 2022
- [CMP Introduces New National Air Gun Event for Adult and Junior Athletes](#) March 28, 2022
- [MidwayUSA Foundation's Day of Clays 2022](#) March 3, 2022

# Article Archives

Article Archives  Select Month

# Gallery of Photos





















## [Junior Shooters No Longer Sold in California](#)

Posted By [admin](#) on July 10, 2022

# *Juniors Shooters*
# is no longer sold in California

### Please check out California Assembly Bill AB2571

[AB2571 | California 2021-2022 | Firearms: advertising to minors. | TrackBill](#)

# EFFECTIVE IMMEDIATELY

# If you are a MINOR in California

# STOP!

## DO NOT CONTINUE!

### LEAVE THIS SITE IMMEDIATLY!

#### THIS IS IMPORTANT FOR OUR PROTECTION

---

#### If you are not a minor, please continue.

**If you are a minor and NOT from California, please continue.**

*Junior Shooters* magazine needs your help in fighting this bill. We are plaintiffs in a Complaint filed in the state of California: *Junior Sports Magazine, Inc., et al, v. Bonta.*

# We need your help.

**If you are in the shooting industry,
or related company, please advertise with us.**

## If you are an individual, please subscribe.

**$16.00 a year, 4 issues, send check to
Junior Shooters
7154 W. State Street #377
Boise, ID 83714**

**You may contact me, Andy Fink at
publisher@juniorshooters.net**

*Please see the news release July 8th, 2022 from the Second Amendment Foundation (SAF) below*

**News Release**

**Second Amendment Foundation**

# 12500 NE Tenth Place · Bellevue, WA 98005

# (425) 454-7012 · FAX (425) 451-3959 ·
# www.saf.org

**SAF, PARTNERS FILE FOR INJUNCTION**

**AGAINST NEW CALIFORNIA GUN LAW**

# For Immediate Release:                    Contact: Alan Gottlieb (425) 454-7012

BELLEVUE, WA – Attorneys for the Second Amendment Foundation and several partners have filed a federal lawsuit for Declaratory and Injunctive Relief in a case challenging the constitutionality of a California law prohibiting gun shops, sporting goods stores, and any "firearm industry member" from advertising, marketing or arranging for placement "any firearm-related product in a manner that is designed, intended, or reasonably appears to be attractive to minors."

It is a First Amendment case known as *Junior Sports Magazine, Inc., et al, v. Bonta*. Joining SAF in the motion are the California Rifle & Pistol Association, Inc., the CRPA Foundation, Gun Owners of California, California Youth Shooting Sports Foundation, Redlands California Youth Clay Shooting Sports, Inc., and two private citizens.

The statute in question—identified as AB 2571 throughout the complaint and signed into law June 30—clearly focuses on any "firearm industry member" in its prohibition, which violates not only the First Amendment, but also the 14th Amendment's equal protection clause, plaintiffs contend.

"The First Amendment protects commercial speech that promotes legal products and services," noted SAF founder and Executive Vice President Alan M. Gottlieb. "You simply cannot single out people engaged in a legal business enterprise and forbid them from advertising or promoting their products just because you don't like them. That's what this case is all about."

While the law prohibits pro-gun advertising and display, the suit notes, "AB 2571 *does not*, however, prohibit anti-gun organizations not 'formed for the express purpose of promoting, encouraging, or advocating for the purchase, use, or ownership of firearm-related products,' like Moms Demand Action for Gun Sense in America, Gun Free Kids, and Everytown for Gun Safety, from offering and soliciting youth memberships or using branded merchandise, like hats, t-shirts, stuffed animals, coloring and activity books, stickers, pins, and buttons, bearing anti-gun messages and slogans—or even images of *unlawful* firearms—to spread their political messages, promote their organizations, or solicit memberships and/or financial support."

"It's clearly a double standard codified into law that cannot be allowed to stand," Gottlieb said. "We're determined to see that it doesn't."

*The Second Amendment Foundation (*www.saf.org*) is the nation's oldest and largest tax-exempt education, research, publishing and legal action group focusing on the Constitutional right and heritage to privately own and possess firearms. Founded in 1974, The Foundation has grown to more than 750,000 members and supporters and conducts many programs designed to better inform the public about the consequences of gun control.*

Category: Action Pistol, Airgun, Associations, CFDA Cowboy Fast Draw, Clay Targets, Clubs & Teams, CMP, Cowboy Action Shooting, Events, gun laws, Guns & Acc., High Power, Hunting, Long Range, Mags & Pubs, Merchant Links, Miscellaneous, Modern 3 Gun, Olympics & USA, Our other Social Media Platforms, Pistol / Revolver, Plinking Fun, precision shooting, Product Reviews, Rifle, Safety, SASP, SASS, SASS, Scholarships, SCTP, Shotgun Sports, Skeet, Smallbore, Sponsers, Sporting Clays, SSSF, Steel Challenge, Tips For Shooters, Trap, USPSA, Western Action | No Comments »
Tags: 1st amendment, 2 gun, 2nd amendment, 2nd amendment foundation, 3 gun, cfda, civilian marksmanship program, cmp, competitive shooting, competitive shooting programs, Foundation, idpa, jr shooter, jr shooters, junior, junior camps, junior shooter, junior shooters, junior shooting camps, junior writers, juniors, kids, learn to shoot, learning to shoot, nra, NSSF, Olympics, plinking, rimfire challenge, SASP, sass, Scholastic Action Shooting Program junior shooter, scholastic clay target program, sctp, shooting, shooting sports, SSSF, steel challenge, usa shooting, USPSA, youth shooting, youth shooting sports

## Ghost Holster USA Part One

Posted By admin on June 24, 2022

By: Abby Jackley
Originally published in *Junior Shooters* magazine Volume 46 Spring 2022



*Had a great time at the USPSA Area 5 match at Bluegrass Sportsman's League Wilmore, Kentucky with my Ghost Thunder 3G Rig set.*

When I decided to start shooting USPSA, one of the biggest things I had to figure out was what holster to use? Shooting, while drawing from a holster, was a completely new feeling coming from SASP where you start at a low ready position. There were so many different types of holsters out there and so many restrictions on which style you could use depending on what division you were shooting in. I chose to start in single stack and production division, where you cannot use the fancy looking open race holsters. Both divisions require that the holster covers the slide up to a ½ inch from the ejection port.



*My go to holster for USPSA Production Division is the Ghost Thunder 3G.*



Shooting USPSA at my local club in Muskego, Wisconsin.

I was looking online and found Ghost Holster USA and I remember thinking they have everything here I need and fun colors too. Being a left-handed shooter, there are fewer choices out there. I not only had to find a left-handed holster but, one that fit my gun and my division, and Ghost USA had it all!



For Steel Challenge competition I have the Thunder Rig set for my 1911.

I am currently using the Ghost Thunder 3G rig set with the double-belt system and 360° 3G mag pouches for my CZ Shadow 2. My favorite feature is that each 360° mag pouch comes with the Clip D that allows for vertical or horizontal hold so you can run bullets in or out and turn them on an angle too. My dad ordered the Thunder 3G Elite rig set for his CZ Tactical Sports and the difference is the holster is now lined inside with LEDRA which is a soft lining for a smoother draw. The mag pouches and holsters also have a quick release option which makes it easy when switching to a different gun if you want. I prefer to have a separate outer belt for each gun and keep the gear attached.



They do carry the fun race holsters I was originally checking out and I am looking at running the CZ Tactical Sports in L10 division. Then I would have the option to try the Ghost Hydra or even the Ultimate Evo which would be so much fun!

Check them out at:

Ghost Holster USA- Tactical, concealment and sports holsters (ghostholsterdirect.com)



Category: [Action Pistol](#), [Events](#), [Modern 3 Gun](#), [Pistol / Revolver](#), [Steel Challenge](#), [USPSA](#) | [No Comments »](#)
Tags: [2 gun](#), [3 gun](#), [abby jackley](#), [cfda](#), [civilian marksmanship program](#), [cmp](#), [competitive shooting](#), [competitive shooting programs](#), [Foundation](#), [ghost holster](#), [ghost holsters](#), [holsters](#), [idpa](#), [jr shooter](#), [jr shooters](#), [junior](#), [junior camps](#), [junior shooter](#), [junior shooters](#), [junior shooting camps](#), [junior writers](#), [juniors](#), [kids](#), [learn to shoot](#), [learning to shoot](#), [Olympics](#), [plinking](#), [rimfire challenge](#), [SASP](#), [sass](#), [Scholastic Action Shooting Program junior shooter](#), [scholastic clay target program](#), [sctp](#), [shooting](#), [shooting sports](#), [SSSF](#), [steel challenge](#), [steel challenge holsters](#), [usa shooting](#), [USPSA](#), [uspsa holsters](#), [youth shooting](#), [youth shooting sports](#)

## [Safety First 10 Things You Can Learn From Your Shooting Experience Vol41 Winter 2020 P50 to 51](#)

Posted By [admin](#) on June 21, 2022

***SAFETY FIRST*** **is always the most important item.** ***Junior Shooters*** **magazine has a safety column in every issue. Check it out in back issues under ARTICLES:**
[**» ARTICLES (juniorshooters.net)**](#) **Also check out our safety page for links to excellent articles and guidelines on firearm safety:** [**» SAFETY (juniorshooters.net)**](#)

# SAFETY FIRST

## 10 Things You Can Learn From Your Shooting Range Experience

Every year, millions of Americans all over the country visit their local gun range. Some of them experience handling a gun for the first time. They might wish to learn how to handle a firearm for protection, hunting, or sport.

No matter what the reason is, firing a gun for the first time can be a bit scary. Don't be intimidated, but every establishment has protocols and safety rules that must be adhered to.

If you have decided to visit a shooting range for the first time, to make your visit as an enjoyable shooting experience as possible, there are several things every beginner should know.

Guns must be treated with respect at all times. Think of them as loaded and ready to fire until you prove otherwise.

Here are some things you can take away with you after your range experience.

**Your Gun Shooting-Range Experience.** Your visit to any firing range, whether for the first time or as a regular shooter, should be an enjoyable shooting experience. Don't be worried about firing a gun - have fun, but pay attention to what is going on around you, and most importantly, pay attention to the safety rules.

### 1 Ignoring Gun Safety Rules.

Gun safety rules should never be ignored. Treat every gun as if it is loaded. Never point a gun at anything you do not want destroyed. Keep your finger off the trigger until you are ready to shoot. Make sure what your target is and also what is beyond it. Never, ever leave your gun unattended.

The consequences of not adhering to gun safety could be devastating, if not fatal.

### 2 Leaving Your Brass After a Shooting Session.

When you have finished your shooting session, whether you leave your brass or pick it up depends on, (a) what the range requires, and (b) what the range allows. Some ranges will require you to sweep your brass up and put it in a designated bin, while others have range safety personnel who will do the job for you. Check with the staff prior to your session.

### 3 Shooting Without Protective Safety Gear.

An absolute no-no! Wearing eye and ear protection should be a priority for any shooter at a range, whether indoors or outdoors. In fact, you will not be allowed on the range without safety gear. Shooting glasses protect your eyes not only from a ricochet, but also from the shell casing that flies out of the gun, extremely hot, and often at eye level.

Correct ear protection is also vitally important. Firing a .22 pistol will produce a sound level of at least 140 dB. For reference, a normal conversation is about 60dB and a lawn mower is about 90dB. Larger caliber firearms produce much greater dB levels. In fact, any sound level above 120dB can cause immediate hearing loss. So, unless you want to run the risk of losing your hearing and being blinded by flying, hot brass, never go shooting without protective safety gear.

### 4 Talking to Other Shooters.

When you arrive at the range, don't be bashful about telling people that you are a beginner. Everyone has been in your shoes. Nobody is born a firearms expert and, if you let them know you're new to the sport, you can get some guidance on getting the most out of your visit. The one thing you should never do is talk to an active shooter. If someone is firing their weapon, resist the temptation to walk up to them and tap their shoulder to ask a question. Wait until they have finished. The one exception to this rule is if you see someone in danger. You may see a problem with their firearm in which case it is okay to tell them about it.

## ALWAYS
### EACH AND EVERY TIME

**SAFETY FIRST**

**By Rose Cara**

*About the Author: Rose Cara is a blogger and a traveler. She has been traveling the world for over a decade and loves sharing her adventures and tips with others.*

## 5 Disregarding Misfires or Malfunctions.

If you disregard a misfire or any malfunction with your weapon, it could lead to a dangerous situation. A misfire can happen when the trigger is pulled, but the gun fails to fire. Any time this happens, proceed with caution. The problem could be a "hangfire", which is when there is a delay between pulling the trigger and the actual discharge of the weapon.
Do not try to eject the offending cartridge, as doing this may result in damage to the weapon and could seriously injure you if it subsequently ignites outside the chamber. Leave the gun pointing down range for at least 60 seconds. If there is no discharge, you can safely unload the gun and dispose of the ammunition safely.

## 6 Focusing on Speed.

When talking about speed in terms of shooting, it doesn't mean the speed at which you pull the trigger. You should think about how fast you can do everything between the trigger pulls.
The speed you can achieve depends on your stance and grip. How fast can you recover from the recoil and get back on target? The quicker you get back into a proper shooting stance and recover from the recoil, the faster you can get the next shot on the target. Practice your stance and grip and recoil recovery—speed and accuracy will come with practice.

## 7 Keep The Muzzle Pointed in a Safe Direction.

There is no such thing as a firearms accident. An unattended gun will not go off by itself. People behaving irresponsibly cause gun accidents. If you are in charge of any firearm, then the muzzle must be pointed in a safe direction. It is the number one basic gun safety rule.
A safe direction is one where a bullet cannot accidentally hit anyone. Most handgun rounds can go through walls, including the exterior walls of an average home. Never point your gun at anything unless you intend to shoot it. This is important particularly when you are loading or unloading your gun.

## 8 Firearms Should Be Unloaded When Not Actually in Use.

If you are at a pistol range or at home, and you are not about to fire your gun, it should be unloaded. It's basic common sense. The last thing you would want to happen is for the gun to go off and injure somebody, maybe even fatally.
When you are finished shooting, empty the gun. To the beginner, it sounds a bit weird having an empty gun at a firing range, but safety is the number one priority. You need to check that the gun is actually unloaded. Carefully check that the chamber is empty, the magazine is separated from the gun, and leave the action locked in the open position. Remember, you will be the one in serious trouble if the gun "accidentally" discharges.

## 9 Be Sure of Your Target And What's Beyond It.

Never shoot unless you know exactly what you will hit. When you fire a gun, you relinquish all control over the bullet. If you miss your target, then you should have an understanding of how far a bullet will travel before it eventually comes to rest.
An average 120-grain, 9mm bullet fired from a regular-sized gun will travel approximately 1.36 miles at a speed of 760mph. That means that once you pull the trigger, in less than 6.5 seconds, you could hit something by mistake over a mile and a quarter away.

## 10 Be Sure The Barrel is Clear of Obstructions Before Shooting.

As soon as you take your gun out of the case, the first thing you should do is check that the barrel is clear of any obstruction. With the gun unloaded, lock the gun in the open position and visually check down the length of the barrel to make sure it is clear. Get into the habit of cleaning your gun before and after each visit to the range.®

Category: Safety | No Comments »
Tags: 2 gun, 3 gun, cfda, civilian marksmanship program, cmp, competitive shooting, competitive shooting programs, firearm safety, Foundation, gun safety, idpa, jr shooter, jr shooters, junior, junior camps, junior shooter, junior shooters, junior writers, juniors, kids, learn to shoot, learning to shoot, Olympics, plinking, rimfire challenge, Safety, SASP, sass, Scholastic Action Shooting Program junior shooter, scholastic clay target program, sctp, shooting, shooting sports, SSSF, steel challenge, usa shooting, USPSA, youth shooting, youth shooting sports

# Junior World Championship Team Members Luke Priestly, 14, and Jordan Sapp, 17, Hone Their Skills at USA Shooting Junior Olympic Shooting Camp 2021

Posted By admin on June 11, 2022

By: Emily Stack Davis (reprinted from Volume 44 Junior Shooters Fall 2021.)



Jordan Sapp, 17, from Phoenix, AZ, and Luke Priestly, 14, from Corpus Christi, TX, are two of the many junior shooters who attended Hillsdale College for its USA Shooting's Junior Olympic Development Camp this June. Jordan and Luke are also on the Junior World Championship Team for USA Shooting and spent their week at Hillsdale honing their skills in preparation for the Junior Olympic National Skeet Championship, which took place from June 29 to July 2.

"I'm really happy with how I'm shooting right now," said Luke, who has been shooting for five years and attended the Hillsdale camp with hopes to improve his mechanical and mental game. "The coaches here made the game a whole lot smoother and in control for me. Frank Thompson said something about my mount, and I listened to his advice, and it really helped make the game more in control, and also slowed it down a whole lot."



Luke said he plans to use what he's learned at camp in the championships and in higher-pressure situations like the World Cup competitions in Peru and Kazakhstan, which both boys will attend later this year.

"It will be our first time out of the country," Jordan said. "I've heard the ranges there are really nice."

On Hillsdale's campus, the boys stayed in Whitley Residence and enjoyed campus life.

"The college itself is really nice," Jordan said. "The food is really good, and going out and not being in 120-degree weather is much nicer. I love the green background."



Back home in Arizona, Jordan said he shoots targets against a backdrop of mountains, which can make seeing the target a little more challenging. During camp, there were scattered clouds, which also made following targets a bit more difficult. "They go in and out of the clouds, so it's hard to pick up on them," he said. "That made it more fun because it was more challenging, and because I've never shot in that kind of weather."

The Halter Center is known for being the best training facility in the country in part because of the altitude and lush backdrop, which makes targets easier to see. The Center also has lights and visible scoreboards.

ClayTargetVision.com
CHECK OUT ALL OUR 2022
LENSES AND FRAMES AT
CLAYTARGETVISION.COM
PILLA

Although both boys attended the camp to improve their skeet game, which Jordan said provides good training for every shooting event, they also mentioned the camaraderie in the junior shooting world and the positivity of the opportunity at camp to shoot with those who are first learning alongside others they see across the country at shooting events.

"They occasionally put us in mixed-level squadding," Jordan said. "It's fun to see others who are just starting go through the same journey I did and get better at it." Luke agreed.

Both the camps and the championship took place at the John A. Halter Shooting Sports Education Center a few miles from Hillsdale College. Campers stayed in campus housing, ate at the College cafeteria, and took a class on the Second Amendment with history professor David Rainey in addition to training.

"Every young adult should be exposed to education about our Second Amendment rights," Jordan said. "The highlight of the class was that we were able to ask many questions, and Professor Rainey was so kind to answer every single one in full detail."

The Halter Center has been home to USA Shooting since 2019, with Olympic shooters training on the Center's new Olympic bunker trap installations in preparation for the Tokyo Olympics.

Dates for USA Shooting's 2022 shooting camps at the Halter Center are forthcoming.

Find photos of Jordan and Luke here.

**About the John Anthony Halter Shooting Sports Education Center**

The John Anthony Halter Shooting Sports Education Center is a 113-acre state-of-the-art shooting facility located five miles from the Hillsdale College campus. Opened in 2008, the Center aims to introduce individuals to shooting sports and encourage interest across all levels of experience. To conduct its recreational mission, the Center features ranges for small arms, archery, and shotgun, including Michigan's only international bunker trap. The Halter Center also serves an educational purpose by promoting the principles of the Constitution and

teaching beginner and experienced shooters in various classes. Home to Hillsdale College's collegiate shooting teams, the Halter Center is also a resource for the public through camps, conferences, and other programming. For more information, visit shootingsportshillsdale.edu.

**About Hillsdale College**

Hillsdale College is an independent liberal arts college located in southern Michigan. Founded in 1844, the College has built a national reputation through its classical liberal arts core curriculum and its principled refusal to accept federal or state taxpayer subsidies, even indirectly in the form of student grants or loans. It also conducts an outreach effort promoting civil and religious liberty, including a free monthly speech digest, *Imprimis*, with a circulation of more than 5.7 million. For more information, visit hillsdale.edu.



Category: Associations, Clay Targets, Clubs & Teams, Events, Miscellaneous, Olympics & USA, SCTP, Shotgun Sports, Skeet, Sporting Clays | No Comments »
Tags: 2 gun, 3 gun, cfda, civilian marksmanship program, cmp, competitive shooting, competitive shooting programs, Foundation, Hillsdale College, idpa, Jordan Sapp, jr shooter, jr shooters, junior, junior camps, Junior Olympic national Skeet Championship, junior olympics, junior shooter, junior shooters, junior shooting camps, junior writers, juniors, kids, learn to shoot, learning to shoot, Luke Priestly, Olympics, plinking, rimfire challenge, SASP, sass, Scholastic Action Shooting Program junior shooter, scholastic clay target program, sctp, shooting, shooting sports, SSSF, steel challenge, usa shooting, USA Shooting's junior olympic development camp, USPSA, youth shooting, youth shooting sports

## CMP Awards Over 140 Scholarships to Marksmanship Athletes – 2022

Posted By admin on May 24, 2022



*By Ashley Brugnone, CMP Staff Writer*

CAMP PERRY, OH – After careful review, the Civilian Marksmanship Program (CMP) has presented 142 scholarships to outstanding junior marksmen through the CMP Scholarship Program for the 2021-2022 school year.

Along with a generous $30,000 contribution from the Garand Collectors Association (GCA), the CMP awarded $178,000 in scholarships to remarkable young individuals from across the country. Of the applications received, the median grade point average was an incredible 4.05 – the highest in the history of the scholarship program. Students were represented in 37 of the 50 states as well as from military stations outside the United States.



*CMP Board members, LTG Gary Cheek, US Army (Ret) and Launi Meili, along with CMP Programs Chief Christie Sewell and Assistant Programs Chief Dana Lynd, carefully chose the outstanding individuals who would receive CMP Scholarships.*

Though most students received $1,000 scholarships, CMP staff and Board members chose exceptional candidates who displayed praiseworthy attributes like involvements within extra-curricular activities and community service as well as firm commitments to marksmanship. The selected athletes received $3,000 for their accomplishments. A $5,000 Carolyn Hines Memorial Scholarship was also awarded to the top overall applicant.

Winners of the $3,000 are: Phoebe Chandler (Parker, SD), Annie Downum (Springdale, AR), Sarah Folsom (Granbury, TX), Victoria James (Woodine, MD), Isaac Joback (Fenton, MO), Alexis Kunze (Oak Harbor, WA), Abbie Leverett (Bainbridge, GA), Chanler Livingston (Chula, GA), Molly Palko (Albuquerque, NM), Emma Rhode (Kempton, PA), Benjamin Rogers (Gardner, KS), Bryce Roop (Decatur, IN), Samuel Sparrow (Hendersonville, TN), Maria Tortorelli (APO), Hannah Vaagen (Devils Lake, ND), and Elysa Walter (Sugar Hill, GA).



*Vice Chairman Gerald O'Keefe virtually joined the committee to help with the selection process.*

The Carolyn Hines Memorial Scholarship has been awarded to Johnathan Dorsten of Bryan, Ohio, who has committed to the Ohio State Pistol team for the coming school year.

To review all the selected applicants, view the CMP Scholarship Program page at https://thecmp.org/youth/cmp-scholarship-program/. Congratulations!

**About the CMP Scholarship Program:**

CMP Scholarships are available to graduating high school JROTC, 4-H and other junior shooting club members. Scholarship applications are only accepted if they are received completed and if the applicant is a U.S. citizen, shows good moral character, is a contributing member to society and is a scholar marksman.

The CMP is dedicated to youth programs and furthering the education of the successful young adults involved within them and is proud to provide support to junior marksmen in their continuing education – helping to shape their fulfilling futures. Through these scholarships, the CMP is able to uphold its goal of awarding those who present exceptional talent, determination and citizenship within the field of marksmanship.

**About Dr. Carolyn Hines:**

An inspiring woman who accomplished a myriad of incredible achievements in her lifetime, Dr. Carolyn Hines spent over 20 years as a dedicated member of the CMP Board of Directors – actively involved in many measures to encourage youth opportunities but none so passionate as her leadership in the Scholarship Committee. During her commitment to the program, she was instrumental in developing a financial allocation that reached $160,000 towards marksmanship junior athletes. Dr. Hines passed in December 2019, leaving a legacy that will live on through those who will use her Memorial Scholarship to create limitless possibilities for future generations.

*The Civilian Marksmanship Program is a federally chartered 501 (c) (3) non-profit corporation. It is dedicated to firearm safety and marksmanship training and to the promotion of marksmanship competition for citizens of the United States. For more information about the CMP and its programs, log onto www.TheCMP.org.*

/////////







Category: [Action Pistol](#), [Airgun](#), [Associations](#), [Clubs & Teams](#), [CMP](#), [Events](#), [High Power](#), [Long Range](#), [Olympics & USA](#), [Pistol / Revolver](#), [precision shooting](#), [Rifle](#), [Scholarships](#), [Smallbore](#) | [No Comments »](#)
Tags: [2 gun](#), [3 gun](#), [cfda](#), [civilian marksmanship program](#), [cmp](#), [cmp scholarships](#), [competitive shooting](#), [competitive shooting programs](#), [Foundation](#), [idpa](#), [jr shooter](#), [jr shooters](#), [junior](#), [junior camps](#), [junior shooter](#), [junior shooters](#), [junior shooting camps](#), [junior writers](#), [juniors](#), [kids](#), [learn to shoot](#), [learning to shoot](#), [Olympics](#), [plinking](#), [rimfire challenge](#), [SASP](#), [sass](#), [scholarships](#), [Scholastic Action Shooting Program junior shooter](#), [scholastic clay target program](#), [sctp](#), [shooting](#), [shooting scholarships](#), [shooting sports](#), [SSSF](#), [steel challenge](#), [usa shooting](#), [USPSA](#), [youth shooting](#), [youth shooting sports](#)

## SPD MAGS – A New Way To Reload

Posted By [admin](#) on May 8, 2022

By: Andy Fink and Aubrey Young (13)



We tested out some of the new SPD magazines, the Glock 9mm 17-round and Glock 9mm 31-round as well as AR .223 30-round magazines. They are **AWESOME!** Who doesn't want a built in reloader in your magazine? The reloading mechanism is in the bottom of the magazine and is easy to use. You do need to follow the instructions and don't turn it too much at once. Loading 2-4 rounds at a time works much better than trying to load a lot at once. You need to try it out and see what works for you.

Are you wondering how it would stand up to being dropped on the ground as you moved through a stage while changing magazines? No problems at all!

Here is what one of our junior writers thought:



"I really like the SPD magazines. They are easy to turn and load. They don't jam in my firearm which is a plus. I would suggest only turning the dial 2-3 times just so you don't have any miss loads or miss fires. They go into my firearm nice and smooth and have no problems. I like the grips on the dial so you can be assured that your fingers don't slip while loading. When I load it takes less time. I had no complications with these mags. I got to try the 31-round mags and the 17-round mags. The SPD magazines would be a great suggestion for competitions for when you have to load quickly."

Check them out at: [SPD Mags | The Fastest And Easiest Way To Load Your Firearm](#)

Category: [Action Pistol](#), [Clubs & Teams](#), [CMP](#), [Merchant Links](#), [Miscellaneous](#), [Modern 3 Gun](#), [Pistol / Revolver](#), [Plinking Fun](#), [precision shooting](#), [Rifle](#), [SASP](#), [Steel Challenge](#), [Tips For Shooters](#), [USPSA](#) | [No Comments »](#)

Tags: [2 gun](#), [3 gun](#), [cfda](#), [civilian marksmanship program](#), [cmp](#), [competitive shooting](#), [competitive shooting programs](#), [Foundation](#), [how to load magazines](#), [idpa](#), [jr shooter](#), [jr shooters](#), [junior](#), [junior camps](#), [junior shooter](#), [junior shooters](#), [junior shooting camps](#), [junior writers](#), [juniors](#), [kids](#), [learn to shoot](#), [learning to shoot](#), [loading magazines](#), [magazines](#), [Olympics](#), [plinking](#), [rimfire challenge](#), [SASP](#), [sass](#), [Scholastic Action Shooting Program](#) [junior shooter](#), [scholastic clay target program](#), [sctp](#), [shooting](#), [shooting sports](#), [spdmags](#), [SSSF](#), [steel challenge](#), [usa shooting](#), [USPSA](#), [youth shooting](#), [youth shooting sports](#)

## CMP Announces April Monthly Air Gun Match Results

Posted By [admin](#) on April 29, 2022

*By Ashley Brugnone, CMP Staff Writer*



*Air rifle firing line*

The results are in for the Civilian Marksmanship Program's (CMP) April Monthly Air Gun Matches. The event was held April 23 at the Gary Anderson CMP Competition Center at Camp Perry, Ohio, and the South CMP Competition Center in Anniston, Alabama. The Ohio location saw over 140 entries, while the Alabama location saw over 50.

The CMP Monthly Matches are open to both adults and juniors and feature air gun events such as the junior 3×20 (three position) air rifle, 60 shot air rifle and air pistol matches as well as a beginner 3×10 competition for those just starting out in the sport. Those competing in multiple Monthly Matches will also be automatically entered into the Monthly Match League and become eligible for cash prizes.



*The Monthly Matches are held simultaneously at CMP's Ohio and Alabama air gun centers.*

The next Monthly Match is set for May 7 in Alabama and Ohio before taking a short break and returning in September 2022. Don't forget, the annual National Matches at Camp Perry is fast approaching. Along with numerous outdoor rifle and pistol opportunities, the schedule also features an array of National Match Air Gun events from July 10 to August 13. Competitors of all ages and experience levels are welcome to compete, so be sure to stop by! Find registration info for the Monthly Matches and the National Air Gun Events at https://thecmp.org/ranges/cmp-competition-centers/monthly-air-rifle-and-air-pistol-matches/.

**April 2022 Monthly Match Results – Anniston:**

**3×20 Rifle:**



*The Monthly Matches feature both air rifle and air pistol events for athletes of all ages.*

**Precision:**

> 1. Isabella Baldwin, 17, Nashville, Tennessee – 696.1
> 2. Carley Seabrooke, 15, Helena, Alabama – 686.6
> 3. Grayson Ellis, 16, Anniston, Alabama – 683.1

**Sporter:**



*The junior 3×20 match includes sporter and precision air rifle categories. Photo credit Shot & Framed*

> 1. Aarthe Govindaswamy, 17, Brentwood, Tennessee – 574.4
> 2. Jesse Harwood, 14, Kingston Springs, Tennessee – 557.3
> 3. George Wright, 14, Oxford, Alabama – 551.0

**60 Shot Rifle:**

**Open:**

> 1. Matias Kiuru, 23, Murray, Kentucky – 619.4
> 2. Martina Gratz, 19, Sigel, Illinois – 616.8
> 3. Kenlee Ewton, 17, Soddy Daisy, Tennessee – 614.9

**Junior:**

> 1. Martina Gratz, 19, Sigel, Illinois – 616.8
> 2. Kenlee Ewton, 17, Soddy Daisy, Tennessee – 614.9
> 3. Grayson Ellis, 16, Anniston, Alabama – 610.4

**60 Shot Pistol:**



*Leading pistol competitors in Alabama were SSG Sandra Uptagrafft, Nathalia Tobar and Stephanie Fryer.*

1. Nathalia Tobar, 34, Phenix City, Alabama – 565
2. Stephanie Fryer, 37, Colorado Springs, Colorado – 560
3. SSG Sandra Uptagrafft, 51, Phenix City, Alabama – 560

**ISSF Elimination Final:**

**Rifle:**

1. Martina Gratz, 19, Sigel, Illinois – 247.5
2. Matias Kiuru, 23, Murray, Kentucky – 247.3
3. Scott Patterson, 20, Fairfax Station, Virginia – 226.4

**Pistol:**

1. SSG Sandra Uptagrafft, 51, Phenix City, Alabama – 560
2. Nathalia Tobar, 34, Phenix City, Alabama – 565
3. Stephanie Fryer, 37, Colorado Springs, Colorado – 560

**April 2022 Monthly Match Results – Camp Perry:**

**3×20 Rifle:**

**Precision:**

1. Katrina Demerle, 17, Hamilton, Ohio – 697.5
2. Emme Walrath, 16, Kenosha, WIsconsin – 695.6
3. Bremen Butler, 17, Fort Wayne, Indiana – 690.7

**Sporter:**

1. Katelyn Hardie, 15, Wyoming, New York – 615.5
2. Carter Freeman, 16, Grove City, Ohio – 584.8

3. Alysaa Stevens, 14, Maineville, Ohio – 574.0

**60 Shot Rifle:**

**Open and Junior:**

1. Emme Walrath, 16, Kenosha, WIsconsin – 624.2
2. Katrina Demerle, 17, Hamilton, Ohio – 617.2
3. Claudia Muzik, 16, Green Springs, Ohio – 614.6

**60 Shot Pistol:**

**Open:**

1. Timothy Schmeltzer, 25, Greenville, Michigan – 565-14X
2. Anthony Lutz, 33, Orient, Ohio – 564-15X
3. David Lange, 53, Glen Rock, New Jersey – 550-10X

**Junior:**

1. Blaine Simpson, 16, Sidney, Ohio – 548-9X
2. Larissa Seiler, 17, Plymouth, Michigan – 490-5X
3. Blake Hankins, 12, Lansing, Michigan – 432-1X

**ISSF Elimination Final:**

**Rifle:**

1. Katrina Demerle, 17, Hamilton, Ohio – 246.2
2. Emme Walrath, 16, Kenosha, Wisconsin – 245.4
3. Lara Spanic, 20, Milwaukee, Wisconsin – 224.1

**Pistol:**



1. Anthony Lutz, 33, Orient, Ohio – 234.2

2. Timothy Schmeltzer, 25, Greenville, Michigan – 231.3
3. Andrew Esposito, 38, Andover, New Jersey – 206.1

Find a complete list of results of the April Monthly Matches on the CMP Competition Tracker page at https://ct.thecmp.org/2022AprilMMOhioResults for Camp Perry and https://ct.thecmp.org/2022AprilMMAlabamaResults for Anniston.

**Weekly Air Range Opportunities:**

The CMP South Competition Center and the Gary Anderson CMP Competition Center conduct Open Public Nights every week, where individuals of all ages are welcome to try their hands at air gun. The ranges are open Tuesdays and Thursdays from 5 p.m. to 8 p.m. EST at Camp Perry and from 4 p.m. to 7 p.m. CST in Anniston. Guests may also visit the ranges by appointment Monday through Thursday. Learn more about the ranges at https://thecmp.org/ranges/cmp-competition-centers/.

*Marksmanship Program is a federally chartered 501 (c) (3) non-profit corporation. It is dedicated to firearm safety and marksmanship training and to the promotion of marksmanship competition for citizens of the United States. For more information about the CMP and its programs, log onto www.TheCMP.org.*



**ON SALE NOW! CLICK ON AD ABOVE!**

Category: Airgun, Clubs & Teams, CMP, Events, Olympics & USA, Pistol / Revolver, precision shooting, Rifle | No Comments »
Tags: 2 gun, 3 gun, AIRGUN MATCHES, cfda, civilian marksmanship program, cmp, competitive shooting, competitive shooting programs, Foundation, idpa, jr shooter, jr shooters, junior, junior camps, junior shooter, junior shooters, junior shooting camps, junior writers, juniors, kids, learn to shoot, learning to shoot, MONTHLY MATCHES, Olympics, plinking, rimfire challenge, SASP, sass, Scholastic Action Shooting Program junior shooter, scholastic clay target program, sctp, shooting, shooting sports, SSSF, steel challenge, usa shooting, USPSA, youth shooting, youth shooting sports

# Clay Target Vision, Pilla, and Safety

Posted By admin on April 14, 2022

One of the best safety items to hit the market this year are the new Pilla Blade glasses from Clay Target vision.



These are absolutely outstanding! Some are available at an extraordinary low price.

Check these out:

**Click on the classes** or go to Shooting Glasses | ClayTargetVision | Pilla Lenses and Frames

Also check out the videos from a couple of our junior staff writers:



Click on photo to open video

Check out our full article on the great benefits of various tinted lenses of shooting glasses in Volume 46 Spring 2022 issue! Just click on the photo of the first page of the article! The article is 3 pages so click the arrow on the right when viewing the article to see pages 2-3.

Category: Uncategorized | No Comments »
Tags:

# CMP Introduces New National Air Gun Event for Adult and Junior Athletes

Posted By admin on March 28, 2022

*By Ashley Brugnone, CMP Staff Writer*



Over the past year, the Civilian Marksmanship Program (CMP) has received several requests to sanction more air rifle and air pistol events for all age groups as athletes look for more competitive outlets. As a solution, the CMP has created the National Air Gun Championship: a three-day set of matches for adult and junior athletes.

The Inaugural National Air Gun Championship will be considered part of the Camp Perry National Matches in 2022 and is set to fire July 16-18 at the Gary Anderson CMP Competition Center in Ohio. The scheduled timeslot allows the CMP's junior 3PAR National Championship, the Air Gun Championship and the National Matches Smallbore events to all be fired consecutively on the grounds of Camp Perry. The National Air Gun match also follows the National Matches Pistol series, granting those individuals the chance to participate as well.



"This program will integrate easily into matches we already host and will especially complement our Smallbore program, since many air rifle and smallbore competitors fire both disciplines," said Katie Harrington, CMP program coordinator of the event. "We're optimistic that the addition of this new National Air Gun Match will help many of our programs grow as we produce more opportunities for our participants."

The National Air Gun event will include a day of training, a two-member team elimination match and two days of 60-shot competitions that includes a four-member team match. The 60 Shot matches are also considered USA Shooting Designated Ranking events.



Having already upheld an established air gun program for decades, the CMP currently maintains two state-of-the-art electronic target 10-meter indoor facilities: the South CMP Competition Center in Alabama and the Gary Anderson CMP Competition Center in Ohio. International-style air rifle and air pistol matches offered throughout the year at the CMP's Competition Centers include the Monthly Matches, Camp Perry Open and Dixie Double – each open to both adult and junior athletes.

The goal of introducing fresh matches to the air gun lineup is to not only provide a variety of competitive venues but also to encourage air gun participation beyond an athlete's junior years.



"A lot of high school kids give up the sport after graduation, as well as those who compete on NCAA or club collegiate teams," said Harrington. "The hope is to get more and more athletes to continue competition after they graduate high school – to give them a big match to work toward each year."

Additionally, the CMP has implemented new Distinguished Air Rifle and Air Pistol badge programs. Starting in 2022, Air Rifle and Air Pistol competitors of all ages, not just juniors, will be able to earn Excellence-In-Competition (EIC) credits for these badges in 60-shot National Matches Air Gun Championships, Monthly Matches as well as in CMP sanctioned Air Rifle and Air Pistol club matches.

"We've already seen supportive interest in the Air Gun Championships before they've even fired, so we're excited about the positive possibilities for our air gun program in the future," Harrington added.



Find more about the CMP National Air Gun Matches, including registration and entry fee information, by visiting https://thecmp.org/cmp-national-matches/air-gun-national-matches/. Questions may be directed to Katie Harrington at kharrington@thecmp.org or (419) 635-2141, ext. 731.

*The Civilian Marksmanship Program is a federally chartered 501 (c) (3) non-profit corporation. It is dedicated to firearm safety and marksmanship training and to the promotion of marksmanship competition for citizens of the United States. For more information about the CMP and its programs, log onto www.TheCMP.org.*



Category: Airgun, Associations, Clubs & Teams, CMP, Events, Olympics & USA, Pistol / Revolver, precision shooting, Rifle | No Comments »

Tags: 2 gun, 3 gun, airgun national championship, camp perry, cfda, civilian marksmanship program, cmp, cmp

airgun nationals, cmp nationals, competitive shooting, competitive shooting programs, Foundation, idpa, jr shooter, jr shooters, junior, junior camps, junior shooter, junior shooters, junior shooting camps, junior writers, juniors, kids, learn to shoot, learning to shoot, new airgun events, Olympics, plinking, rimfire challenge, SASP, sass, Scholastic Action Shooting Program junior shooter, scholastic clay target program, sctp, shooting, shooting sports, SSSF, steel challenge, usa shooting, USPSA, youth shooting, youth shooting sports

# MidwayUSA Foundation's Day of Clays 2022

Posted By admin on March 3, 2022



Register now to attend **MidwayUSA Foundation's Day of Clays – Nebraska and support youth shooting sports and, specifically, your favorite youth** shooting team!



Held on **Sunday, April 10th** at the world-class Pheasant Bonanza Hunt Club & Kennel in Tekamah, Nebraska, this fundraiser allows every entry to double as a **tax-deductible donation to the youth shooting program** of the registrant's choice. **Plus, the donations are matched!**  In addition, you'll have the chance to enter a multi-prize sweepstakes for the chance to win firearms, ammo, knives, and more!



**MidwayUSA Foundation's Day of Clays – Nebraska** is $800 for your 4-person squad. Squads will receive a complimentary lunch, a trick shooting exhibition, and a sweepstakes entry for each shooter. All ages and skill levels are welcome!

Register online: **https://www.midwayusafoundation.org/day-of-clays-nebraska/**

**Early-bird registrants are entered to win a Ruger Mark IV Lite 22/45!  You must register by March 15 to qualify.**



Category: Clay Targets, Clubs & Teams, Events, Merchant Links, Miscellaneous, SASP, SCTP, Shotgun Sports, Skeet, Sporting Clays, SSSF | No Comments »

Tags: 2 gun, 3 gun, cfda, civilian marksmanship program, cmp, competitive shooting, competitive shooting programs, day of clays, Foundation, idpa, jr shooter, jr shooters, junior, junior camps, junior shooter, junior shooters, junior shooting camps, junior writers, juniors, kids, learn to shoot, learning to shoot, midway, Midwayusa, midwayusa foundation, Olympics, pheasant bonanza hunt club & kennel, plinking, rimfire challenge, SASP, sass, Scholastic Action Shooting Program junior shooter, scholastic clay target program, sctp, shooting, shooting sports, skeet, sporting clays, SSSF, steel challenge, tekamah nebraska, trap, usa shooting, USPSA, youth shooting, youth shooting programs, youth shooting sports

# Sig Sauer's ASP .22 Air Rifle – On Target

Posted By admin on February 13, 2022



*Kaitlin holding up the Sig Sauer ASP .22 break action pellet rifle!*

By: Brian Hamilton, Ashley Hunt (17), Ethan Hunt (16), Logan Hunt (14), and Kaitlin Hunt (12)

Brian:

I have always wanted to try out air rifles but never had enough interest in them to run out and pick one up. When **Junior Shooters** magazine received one for review, I figured it would be a great opportunity for me to try them out. Pulling it out of the box, I really liked the overall design of the rifle. The black synthetic stock, black matt suppressed barrel, and action, give it a cool, tactical look. The ASP20 also comes with a picatinny rail already mounted for your choice of scope. Another added feature is the smoot adjustable trigger ranging from 2.5 to 4 pounds and an easy break-action cocking mechanism (though some of the smaller juniors had difficulty with it.)

The Whiskey 3 4-12X40 scope that came with it was specifically designed for Sig Sauer airgun rifles. This is an outstanding scope making the overall package a delight to shoot.



*The Whiskey 4-12X scope was awesome!*

When it came time to shoot the air rifle, I found it to be fun and accurate even out to 50 yards. With a .22 caliber 14.65 grain pellet, it can achieve a muzzle velocity of 841 FPS. Added to the accuracy, this thing is perfect for varmint shooting or whatever else your sport is. I have been shooting this air rifle for some time now and would recommend trying it out for yourself. One big advantage to the .22 air rifle, given the current struggle for ammunition, is that pellets are fully in stock and cheap to use.

Specifications:

- .22 Caliber
- Gas-Piston
- Break barrel
- Weaver/Picatinny Rail
- Black Synthetic Stock
- Integrated Suppressor
- 2-Stage Adjustable Match Lite® Trigger, 2.5-4 lbs. trigger pull
- Glide Lite™ Cocking Mechanism
- Wedge Lock Breech System eliminates barrel drop
- Up to 841 FPS with 14.65 grain lead pellet

A number of our juniors tested the ASP20 and were very impressed. We even had a brand new shooter hit a very small target out at 35 yards with his first shot. Here is what some of the juniors had to say:



*Ashley, wearing her AXIL earmuffs, shooting a very small target at 35 yards with the Sig Sauer ASP.*

Ashley (17):

This gun is unlike any other I've experienced!  When most people think about guns, they look kind of like a straight stick with a trigger.  With this gun though it may be a straight stick for a little bit, until you break the stick into two.  The barrel is made break open, not completely, but to the point where it feels like it's barely hanging on.  It is like when you are breaking a stick with your knee, the whole front of the gun comes all the way down.  I was shocked to find that this once straight stick would turn into a boomerang. This is a break-action airgun.

Now, what is the use of this? This is how the gun is cocked, air pressure charged, and loaded – you break the barrel down with your hands, using a technique I could not get down.  It takes a lot of power to manipulate the Sig Sauer ASP20.  Once broken downwards, you put in a tiny little pellet right into the rear of the barrel.  Then close the barrel right back up! Turn off the safety, and you're ready to fire! For a pellet gun, it packs a punch! It is dead on accurate and can kill a rat in a single shot!



*She was shooting the smallest hanging target on the left.*

The muzzle energy is stated as 23 Foot Pounds Energy (FPE). Compare this to the muzzle energy of a standard .22 Long Rifle out of a 22" barrel which is 116 FPE.

I could easily see the small target through the Sig Sauer Whiskey 3 4-12×40 scope at 35 yards and hit it with my first shot. Awesome!

Ethan Hunt (16):



Ethan breaking the action open prior to loading
the .22 pellet.

The Sig Sauer ASP20 .22 pellet rifle is a great gun.  To load the gun, you want to put the stock on your leg.
Grab the top of the gun and pull down, be careful of where the barrel is pointing. Then put the pellet in with the
flat end out.  Last pull the barrel up and it is loaded.

The gun can kill small animals with one shot so be super careful with it.  The gun takes some muscle to pull the
barrel down and some long arms.  The gun is very accurate too.  So far, I haven't missed a shot with it.  It also
has a safety on it, a sweet trigger, and a really nice scope.



*Logan, getting instruction from older brother*
*Ethan, on breaking open the action and*
*loading the rifle.*

Logan Hunt (14) SIG SAUER  22 PELT RIFLE

The Sig Sauer 22. pellet rifle is an interesting gun that uses littles pellets.  It is very accurate and is easy to fire. I
find this gun to be great. It is also powerful for shooting pellets and I like everything about this gun. It has
enough power to kill a rat which is the same thing with a normal 22. rifle! The gun is also very precise, shooting
very smoothly.

The really interesting thing about it is loading it. It is hard to load, you have to break the barrel down, making a
weird 'V', which sounds like a super odd shape for a gun.  If you don't know how to, or don't have the strength
to open the barrel and put a pellet, in you may want to reconsider to a different gun. My brother and I had a
smooth time loading it, but I can't say the same for my sister. I think it is a fun way to still go shooting, just
cheaper. I would recommend this gun to someone who is about 13 or up, as it does take a lot of force to
manipulate. I really enjoyed shooting this gun and hope I get another chance to in the future!

Kaitlin Hunt (12):



*Katilin shooting while brother Ethan is helping.*

The Sig Sauer ASP20 Pellet Rifle is a very long rifle. To load the rifle, you take the barrel and you push down, basically half of the gun should split apart. It should stay together though. This rifle doesn't take a normal cartridge it takes this little pellet that has no gunpowder in it. You stick the pellet in the barrel with the smaller part of the pellet in the front. Then put the barrel back together. Make sure when you do this you are very careful to keep the gun pointing down range, as it can be a little tricky to load.

The gun is loud and hard to load for someone who has short arms. I had a hard time loading this gun because I couldn't find the right place to break the barrel. I really enjoyed shooting the gun. It is a very nice gun and I really liked the trigger and scope. It was very loud in my opinion. It doesn't have any recoil. I hit the tiny target at 35 yards with my first shot.

**The AIRGUN Depot (www.airgundepot.com) reviews a lot of airguns and contains a lot of information on the ASP20 here is an excerpt:**

"**ASP** is an acronym for Advanced Sport Pellet and **20** refers to the power in foot-pounds that the.177 produces. (The.22 is advertised at 23fpe, but more on that below.) The **ASP20** weighs 8.5 lbs, and is 45.6″ long, which is two to three inches shorter than most magnum break barrels.

Much of the noise from a spring gun comes from the action of the piston shooting forward and colliding with the front of the compression chamber, but a moderator does help with the downrange report, especially on magnum springers. That being said, **like all magnum springers, the ASP20 is not a silent gun: in our testing, the highest sound reading was 93.3db, which is still backyard friendly for almost all backyards.** The rubber butt pad on the other end of the gun will keep it settled securely in your shoulder without a lot of pressure and will keep it from slipping when you lean it up in a corner. **The metal surfaces of the gun are ferritic nitrocarburized, which isn't a coating that can wear off; instead, it is a sort of case-hardening process which toughens the metal and makes it resistant to scuffs and oxidation.** It is non-reflective and doesn't show fingerprints either. One of the most remarkable features of the ASP20 is its relatively light cocking effort. Instead of taking 50ish pounds of cocking effort like most magnum springers putting out this much power, **its cocking weight is only 33 pounds, making it very pleasant for long shooting sessions**. It achieves this with a number of innovations. One of those innovations, and one of the real standout features of the ASP20, is the breech lockup system that is unofficially being called the Keystone Breech Lock, because the breech locks up like a keystone in an arch. A wedge detent pulls the breech tight, and angled flanges on the breech match up with beveled shoulders to give perfect alignment each time. Of course, for this to work perfectly the pieces need to match up precisely, and that is exactly what they do. To ensure this, SIG match drills the breeches, that is, the

breech and action forks are matched up, clamped together, and then drilled in one stroke. Those matched pieces are then assembled so that each gun comes out with absolutely precise lockup. And because of this design you never have to worry about it loosening up with time and wear; in fact, the breech is quite loose until you lock it up, which adds to the ease with which the gun can be cocked because you aren't fighting the friction that most break barrels need to be accurate."

Category: Airgun, Olympics & USA, Plinking Fun, precision shooting, Product Reviews, Rifle | No Comments »

Tags: 2 gun, 3 gun, air rifle, Airgun, asp, break open, cfda, civilian marksmanship program, cmp, competitive shooting, competitive shooting programs, Foundation, idpa, jr shooter, jr shooters, junior, junior camps, junior shooter, junior shooters, junior shooting camps, junior writers, juniors, kids, learn to shoot, learning to shoot, Olympics, plinking, rimfire challenge, SASP, sass, Scholastic Action Shooting Program junior shooter, scholastic clay target program, sctp, shooting, shooting sports, sig sauer, sig sauer asp, SSSF, steel challenge, usa shooting, USPSA, youth shooting, youth shooting sports

## Volume 45 Winter 2021 Issue

Posted By admin on January 30, 2022

Volume 45 Winter 2021 Issue of *Junior Shooters* is here! Printed in late November 2021, it is available on our website 2-3 months later. This is action packed!

Check it out:

Junior Shooters Volume 45 Winter 2021 Issue online magazine (adobe.com)



Category: Action Pistol, Airgun, Archery, CFDA Cowboy Fast Draw, Clay Targets, Clubs & Teams, CMP, Events, Hunting, Merchant Links, Miscellaneous, Modern 3 Gun, Olympics & USA, Our other Social Media Platforms, Pistol / Revolver, Plinking Fun, precision shooting, Product Reviews, Rifle, Safety, SASP, SASS, Scholarships, SCTP, Shotgun Sports, Skeet, Smallbore, Sponsors, Sporting Clays, SSSF, Tips For Shooters, Trap | No Comments »

Tags: 2 gun, 3 gun, cfda, civilian marksmanship program, cmp, competitive shooting, competitive shooting programs, Foundation, idpa, jr shooter, jr shooters, junior, junior camps, junior shooter, junior shooters, Junior Shooters Winter 2021, junior shooting camps, junior writers, juniors, kids, learn to shoot, learning to shoot, Olympics, plinking, rimfire challenge, SASP, sass, Scholastic Action Shooting Program junior shooter,

scholastic clay target program, sctp, shooting, shooting sports, SSSF, steel challenge, usa shooting, USPSA, youth shooting, youth shooting sports

Next Page »

- **Search**

  Type and hit enter to search

- **Remington**

  

- **Clay target Vision**

  

- **MGM Targets**

  

- **axil TRACKR BLU**



- ## Mossberg



- ## AXIL GS Extreme



- ## Black Hills Ammunition



- ## Categories

Categories  Select Category  ⌄

- ## Pages

- ABOUT US
  - ADVERTISE
  - ARTICLES
    - Articles Alphabetical
  - Books & DVDs
  - CATEGORIES
  - CLUBS
    - LAR&R Los Angeles Rifle & Revolver Club
    - Snake River Sportsmen
  - COOL STUFF
  - EVENTS
  - GET INVOLVED
  - LINKS
  - SAFETY
  - SUBSCRIBE

- # Happy Holidays!

July 2022

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

« Jun

- # Excerpt

"This single-shot rifle is very unique with its duel air charging system. The basic rifle comes with a low-volume, high-pressure hand pump that looks very much like the old style bicycle tire pumps that your parents probably grew up with."

- # A- Junior Shooters magazine's Team Shirt Sponsors

  - ARMSCOR (RIA)
  - Ashbury Precision Ordnance
  - Bar-sto Precision Machine
  - Berry's Manufacturing
  - Black Hills Ammunition
  - Breakthrough – Cleaning supplies
  - Buckhorn Gun & Pawn
  - Chiappa
  - CMC Triggers
  - Collegiate Shooting Programs & the NSSF
  - Creedmoor Sports
  - Dillon Precision
  - HiViz
  - Hodgdon
  - Hornady

0858

- Laser Ammo
- Lyman Products
- Magpul
- Mantisx
- MGM Targets
- Montana Gold – Bullets
- National Shooting Sports Foundation (NSSF)
- O.F. Mossberg & Sons, Inc.
- Prime Ammunition
- Promatic
- Pyramid Airgun Mall
- RIO Ammunition
- Ruger
- Rugged Gear
- Sawyer Products
- Sig Sauer
- Slip 2000
- Starline Brass
- Sturm, Ruger & Co., Inc.
- Sun Optics
- Voodoo tactical
- Warne Scope Mounts
- Zenith Firearms
- Zero Ammunition Company

# Associations

- Amateur Trapshooting Association (ATA)
- Arizona State Rifle & Pistol Association (ASRPA)
- Bird Dogs Forever
- Civilian Marksmanship Program (CMP)
- Civilian Marksmanship Program (CMP) – First Shot Online!
- Collegiate Shooting Programs & the NSSF
- Cowboy Fast Draw Association (CFDA)
- Cowboy Mounted Shooting Association
- International Defensive Pistol Association (IDPA)
- Jakes – NWTF
- National 4-H Shooting Sports Foundation
- National Muzzle Loading Rifle Association (NMLRA)
- National Rifle Association Youth Programs (NRA)
- National Shooting Sports Foundation (NSSF)
- National Skeet Shooting Association
- National Sportinc Clays Association
- National Wild Turkey Federation
- Quality Deer Management Association (QDMA)
- Scholastic Clay Target Program (SCTP)
- Scholastic Shooting Sports Foundation (SSSF)
- Single Action Shooting Society
- United States Practical Shooting Association "USPSA" – Juniors
- USA Shooting
- World Fast Draw Association
- Youth Shooting Sports Alliance

- # Blogroll

  - [American Firearms – SAFETY](#)

- # Clubs, Schools, Teams & Ranges

  - [American Firearms – SAFETY](#)
  - [Ben Avery Shooting Range](#)
  - [Black's Creek Rifle Range](#)
  - [Boulder Rifle & Pistol Club](#)
  - [Civilian Marksmanship Program (CMP) – First Shot Online!](#)
  - [Collegiate Shooting Programs & the NSSF](#)
  - [Deer Hunters Club](#)
  - [H&H Gun Range](#)
  - [Los Angeles Rifle & Revolver Club](#)
  - [National Shooting Sports Foundation (NSSF)](#)
  - [Palmyra Sports Club](#)
  - [Parma Rod & Gun Club](#)
  - [Scholastic Clay Target Program (SCTP)](#)
  - [Scholastic Shooting Sports Foundation (SSSF)](#)

- # Events

  - [American Firearms – SAFETY](#)
  - [Civilian Marksmanship Program (CMP) – First Shot Online!](#)
  - [Daisy International BB Gun Championship](#)
  - [MGM Ironman](#)

- # Games

  - [Mastiff](#)

- # Hunting

  - [American Firearms – SAFETY](#)
  - [Bird Dogs Forever](#)
  - [Deer Hunters Club](#)
  - [Jakes – NWTF](#)
  - [Limcroma Safaris](#)
  - [Mastiff](#)
  - [Quality Deer Management Association (QDMA)](#)
  - [Vista Outdoor](#)

- # Magazines & Publications

  - [Civilian Marksmanship Program (CMP) – First Shot Online!](#)

- # Merchant Links

- 2nd Amendment
- Air Gun Warehouse INc.
- AirForce Airguns
- Alpen Optics
- American Firearms – SAFETY
- ARMSCOR (RIA)
- Ashbury Precision Ordnance
- ATI Gun Stocks – Advanced Technology Inc.
- ATVs Guide
- Bar-sto Precision Machine
- Battenfeld Technologies
- Berry's Manufacturing
- Beta Company
- Black Hills Ammunition
- Breakthrough – Cleaning supplies
- Briley Manufacturing
- Brownells
- Buckhorn Gun & Pawn
- Buffalo Brothers Cowboy Store
- Caldwell Shooting Supplies
- Champion Traps & Targets
- Charles Daly
- Chiappa
- CMC Triggers
- Competitive Edge Dynamics
- Creedmoor Sports
- Crosman
- Daisy
- Dillon Precision
- DKG Trading
- DPMS
- Evil Roy Shooting School
- Federal Ammunition
- Fiocchi Ammunition USA
- FNHUSA
- GLOCK
- Gunbroker
- H&H Gun Range
- HiViz
- Hodgdon
- Hornady
- Horus Vision
- Impact Guns
- J. G. Anschutz Gmbh & Co, KG
- Kaltron Outddors
- Kirkpatrick Leather
- Krieghoff
- Lapua
- Laser Ammo
- Lock Stock and Barrel
- Lyman Products
- Magpul
- Mantisx
- Mastiff

- MGM Targets
- MidwayUSA
- MKS Supply
- Montana Gold – Bullets
- North River Custom Knives
- Northwood Shooting Sports
- O.F. Mossberg & Sons, Inc.
- Otis Technology, Inc.
- PFI Western Store
- Pilkington Competition
- Pine Tree Custom Sportswear
- Prime Ammunition
- Promag Industries
- Promatic
- Pyarmid Airgun Mall
- Reloading Zone
- Remington Arms Company
- RIO Ammunition
- Rock River Arms
- Ruger
- Rugged Gear
- Savage Arms
- Sawyer Products
- Sig Sauer
- SKB Shotguns
- Slip 2000
- Smith & Wesson
- Southern-Ammo, Inc.
- Stag Arms
- Standing Bear's Trading Post
- Starline Brass
- Sturm, Ruger & Co., Inc.
- Sun Optics
- Tactical Assualt Gear
- Tactical Solutions
- Ted Blocker Holsters
- The Outdoorsman Maniac
- UMAREXUSA
- USPSA – Main Page
- Viking Tactics
- Vista Outdoor
- Vogel USA, Inc.
- Voodoo tactical
- Walther Arms
- Warne Scope Mounts
- Wilson Combat
- Winchester Ammunition
- Wolf Performance Ammunition
- Wollf Springs
- X-Calibers
- Zenith Firearms
- Zero Ammunition Company

- **SAFETY**

  - [American Firearms – SAFETY](American Firearms – SAFETY)

Copyright © 2022 [Junior Shooters](Junior Shooters) is Proudly Powered by [Wordpress](Wordpress). Theme by [The Cloisters](The Cloisters)

 [RSS](RSS)

# EXHIBIT 20

0864



### Cool Shooting Games

PLAY COWBOY SCHOOL Go to Cowboy School and start your gunfighter training!

FIRE-AT-WILL - Test your accuracy and speed!

PLAY RAPID FIRE 2 - Four game modes for

**Due to California Bill AB2571, Junior Shooters is no longer available to juniors (Under 18) from the state of California.**

**If you are a minor in California, please do not continue, otherwise, welcome to Junior Shooters.**

Check out the COOL GAMES at www.mastiff-games.com! Their new DEER DRIVE for Nintendo Wii is part of Junior Shooters GIVE AWAY - Sign Up Now.



# CERTIFICATE OF SERVICE
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.:    2:22-cv-04663-CAS (JCx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**E    I  ITS    TO    TO DECLARATION OF ANDY FINK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kevin J. Kelly, Deputy Attorney General
kevin.kelly@doj.ca.gov
300 South Spring Street, Suite 9012
Los Angeles, CA 90013
   *Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 20, 2022.

_____
Laura Palmerin

0866

C.D. Michel-SBN 144258
Anna M. Barvir-SBN 268728
Tiffany D. Cheuvront-SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, and Gun Owners of California, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC., RAYMOND BROWN, CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION, INC., REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS, INC., CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, THE CRPA FOUNDATION, AND GUN OWNERS OF CALIFORNIA, INC.; and SECOND AMENDMENT FOUNDATION, | CASE NO: 2:22-cv-04663-CAS (JCx) |
| | **DECLARATION OF STEVE GOMEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| | Hearing Date: August 22, 2022 |
| | Hearing Time: 10:00 a.m. |
| | Courtroom: 8D |
| | Judge: Christina A. Snyder |
| Plaintiffs, | |
| v. | |
| ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10, | |
| Defendant. | |

1

DECLARATION OF STEVE GOMEZ

## DECLARATION OF STEVE GOMEZ

1.     I, Steve Gomez, am the President of The CRPA Foundation (CRPAF), a plaintiff in the above-entitled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2.     CRPAF is a 501(c)(3) non-profit organization incorporated under the laws of the state of California, with headquarters in Fullerton, California.

3.     CRPAF was formed for the purpose of promoting and advocating for the lawful purchase, use, and ownership of firearms and related products. CRPAF defends the rights of all gun owners and users, including youth, to use, own, train, and speak about firearms and their association with the gun culture.

4.     Since 2004, CRPAF has raised funds to benefit eligible programs supportive of advancing its mission and ensuring the continued fight to protect the Second Amendment rights of all law-abiding citizens in California who to choose to own a gun for sport, hunting, and personal protection. Grants from CRPAF benefit a variety of constituencies throughout California, including youth, women, gun collectors, hunters, target shooters, law enforcement, adaptive shooters, and those who choose to own a gun to defend themselves and their families.

5.     CRPAF is dedicated to fostering youth leadership skills through programs that engage kids, teenagers, and young adults in wildlife conservation, hunting heritage and traditions, and competitive and recreational shooting sports.

6.     Through its Youth Scholarship Program, CRPAF supports college-bound students that believe in the preservation of the Second Amendment and conservation of wildlife in California. These students serve as ambassadors for the shooting sports, hunting, and the Second Amendment as they share their viewpoints with the next generation. A true and correct copy of the CRPAF webpage highlighting the California Youth Ambassadors Program is attached hereto as **Exhibit 21.**

7. CRPAF supports, promotes, sponsors, or participates in youth recreational events specifically for youth or where youth are extremely likely to be in attendance and where youth lawfully use, handle, observe, or otherwise possess firearms, ammunition, and related products.

8. CRPAF also creates and distributes a wide variety of informational bulletins and brochures that are distributed throughout the state, as well as informative research and articles concerning all manner of firearm-related issues. All of these publications are meant to bring awareness to issues, laws, and general information that gun owners and shooters of all ages should be aware of in a state that is historically unfriendly towards the Second Amendment.

9. Further, in response to countless requests from CRPA and CRPAF supporters for such content, CRPAF has been working to create, publish, and distribute an activity book specifically for younger children to teach them about gun safety and their constitutional rights, including the Second Amendment.

10. Because of the enactment and enforcement of AB 2571, CRPAF has had to pull some of its publications, "clean" the CRPAF webpage, and will be unable to promote our kid-friendly activity book. If we continue these activities unabated, I reasonably believe that the organization will be subject to substantial liability under AB 2571.

11. But for the enactment and enforcement AB 2571, CRPAF would continue to offer this and other dynamic content concerning and promoting the possession and use of firearms throughout California regardless of the age of the participant, as is our First Amendment right.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on July 19, 2022.

Steve Gomez
Declarant

DECLARATION OF STEVE GOMEZ

# EXHIBIT 21

HOME    ABOUT    MEMBERSHIP    PROGRAMS    NEWS    EVENTS    RESOURCES    STORE

THE CRPA FOUNDATION

# CALIFORNIA YOUTH AMBASSADORS

Congratulations to our scholarship winners! A special thanks to generous donors and supporters of the CRPA Foundation that make this Scholarship Program possible.

## 2022



*Sophia-Liesl Klages, Texas A&M University – $1000 Wildlife Conservation Scholarship*



*Carly Moran, Hillsdale College – $1000 Shooting Sports Scholarship*



*Sarah Mard, Vanderbilt University – $1000 Shooting Sports Scholarship*



*Hays Turner, High Point University – $1000 Wildlife Conservation Scholarship*

## 2021



*Natalie Katsuyama, The Ohio State University – $1000 Shooting Sports Scholarship*



*Martin McKenna, Cal State Fresno – $1000 Wildlife Conservation Scholarship*

- *Anthony Bertelsen, Boise State – $500 Shooting Sports Scholarship*
- *Ethan Johnson, Cal State San Marcos – $500 Shooting Sports Scholarship*
- *Jocelynn Rodriguez, Clovis Community College – $500 Wildlife Conservation Scholarship*
- *Pearl Smith, Vanguard University – $500 Special Scholarship Written Essay*
- *Katelyn Lowry, Cal Poly, San Luis Obispo – $250 Shooting Sports Scholarship*
- *Hunter Seymore, Texas Tech – $250 Shooting Sports Scholarship*

### Additional Resources

- CRPA Foundation Scholarship Program



**DONATE NOW**

**Support Your Second Amendment Rights**
The California Rifle & Pistol Association, founded in 1875, provides training in the safe, responsible, and enjoyable use of firearms; sanctions competitive shooting state championships; and fights for the constitutional right to keep and bear arms for those who choose to own a gun in California for sport, hunting, or self-defense.

**SUBSCRIBE**

**E-news Subscription**
Follow the latest news, events and activities of the California Rifle & Pistol Association by signing up for our e-news! All subscribers will receive exclusive alerts and invitations to events through out California.

California Rifle & Pistol Association
Headquarters & Training Center

271 E. Imperial Highway,
Suite 620
Fullerton, California 92835

P: (714) 992-2772
    800-305-2772
E: contact@crpa.org

8am to 4:30pm, Monday to Friday

**CRPA VOLUNTEERS**

**Volunteer**
Looking for a way for you and your family to get engaged in protecting the Second Amendment? We have all kinds of opportunities for serving and learning more about what we do.

California Rifle & Pistol Association © 1875-2022

Home    Join CRPA    Donate    Join NRA

0871



## CRPA FOUNDATION SCHOLARSHIP PROGRAM

We know that the future and well-being of the Second Amendment depends on ensuring that tomorrow's leaders are invested in.

The CRPA Foundation (CRPAF) Scholarship Program supports current and incoming college students that believe in the preservation of the Second Amendment, and conservation of wildlife in California. CRPAF seeks to foster growth of pro-2A communities on college campuses and is committed to supporting pro-2A students who carry a passion in all that they do. If you have a passion for the Second Amendment, hunting and conservation, or just simply love to shoot, apply for a CRPAF Scholarship today! Current and incoming college students that demonstrate financial need may apply for any open scholarship.

**The deadline to apply is March 31.**

**Fletcher Diehl Memorial Wildlife Conservation Scholarship – $1,000**

The *Fletcher Diehl Memorial Wildlife Conservation Scholarship* – named after Fletcher Diehl, CRPA member and conservationist- is dedicated to service-oriented student leaders who are active in the community and in the mission to preserve California wildlife.

**Shooting Sports Scholarship – $1,000**

The Shooting Sports Scholarship is dedicated to service-oriented student leaders who demonstrate passionate engagement in shooting sport community.

**APPLY TODAY!**

## Applying for a Scholarship

To be considered for a CRPA Foundation Scholarship, please include the following material at the time of application:

- Copy of Acceptance Letter from chosen college,
- Most Recent Unofficial Transcript,
- Completed Scholarship Application,
- and Typed Essay (500-750 word count).

Mail all materials to:

CRPA Foundation Scholarship Program
271 E. Imperial Hwy, Ste. 620 Fullerton, CA
92835, or email your application to
contact@crpa.org.

### FLETCHER DIEHL

Fletcher was born on December 9, 1937 in San Diego, California. Fletcher grew up in the area and spent time learning from his father who owned and operated a propeller shop near where Petco Park is located today. Fletcher graduated from San Diego High School and was a San Diego State alumni and one of their best fans. His father used to hand out Sees' lollypops at all the home football games, to the entire section. He loved all sports and played for his high school football team.

He started hunting early in his life but didn't get into predator hunting until he met the likes of Gene Cobb and Jack Bransford. Jack has fond memories of mentoring Fletcher in the art of predator calling. After a few rocky starts, and a few funny stories for later, he took to the art to become a master caller. Fletcher even ended up judging the Western Predator Calling Championship. He has recorded distress calls for at least one manufacturer and has represented E.L.K.S Inc. and Buck Knives.

Fletcher became a Hunter Education Instructor in 1966 and continued his passion for teaching up to the very end. Mentoring hundreds of Game Wardens, Instructors and youth became a passion for almost sixty years. He took student instructors and volunteered thousands of hours to them teaching to help instructors provide quality instruction and increase a deep understanding of conservation and hunter safety.

Corporate giants such as Buck Knives were heavily influenced by the work of Fletcher and soon they became training sites where he would replicate himself into budding new instructors while teaching new hunters their first skill sets. CJ Buck of Buck Knives was a fond friend of Fletcher's. Fletcher taught Hunter Education for California at the Buck Knives factory in Santee for many years. The Buck family let Fletcher use the cafeteria as a school room. Students had the opportunity to shop in the attached store during our breaks. Even I still have about 15 buck knives or more in my house. CJ Buck, after taking the reins of the company, also would sponsor Fletcher into numerous SHOT Shows. Fletcher in return, talked to many hunting shops during his travels and drummed up business for the company.

Fletcher married Marion Wickana-Diehl since July 14, 1971. Marion was a wonderfully tough, but gentle woman who was suffering from a terrible disease, Scleroderma. With Marion having the disease, it led Fletcher to joining the Greater San Diego Chapter of the Scleroderma Foundation, later he and Marion become active board members and Fletcher served as the Chapter President. Marion was living with the disease, but unfortunately had an incident where she fell and hit the ground so hard, she preceded Fletcher on May 6, 2011. Fletcher, to his last days, helped folks from all over the United States deal with the terrible disease.

Fletcher spent time encouraging sound conservation principles among the general public and worked to inform politicians on the subject matter. He was a champion of the Second Amendment and our shooting and hunting rights. Fletcher was a lifetime member of the CRPA. While never listed as a recruiter, Fletcher often would get interested shooters and hunters to join the CRPA and he was a contributing writer for the Associations "Firing Line Magazine".

Fletcher retired from San Diego Gas and Electric after many years and he never forgot a customer, or where they lived. Fletcher continued his work until coming down with Covid Pneumonia during the pandemic and passed on 3 February 2022 at the age of 84 leaving a conservation legacy that spanned the vast majority of his life serving the public and wildlife for future generations.

**DOWNLOAD THE APPLICATION TODAY!**

## Scholarship Recipients





## URGENT NEED FOR YOUTH SHOOTING PROGRAMS! DONATE AMMUNITION TODAY!





### Your Giving Allows Us to Fund Essential Programs

### Ways to Give



### Explore Essential Supported Programs



### Donate to the CRPA Foundation

### CRPA/ Statement of Financial Practices



## THE CRPA FOUNDATION GRANT PROGRAM



### Application Process Guidelines

The CRPA Foundation provides financial support to eligible projects, programs, and organizations through its grant program.

**The general focus of CRPA Foundation grants are to:**

- Promote firearm and hunting education, training, and safety.
- Enhance the marksmanship skills of those participating in the shooting sports.
- Educate the public with respect to firearms in their historic, technological, artistic, constitutional contribution to the general well-being of the public at large.
- Benefit a variety of constituencies including youth, women, adaptive shooters, gun collectors, law enforcement officers, hunters, and competitive shooting teams.
- Promote, educate, and protect the rights enumerated under the Second Amendment of The United States Constitution.

**Eligible Applicants:**

Eligible organizations or groups may apply for a CRPA Foundation (CRPAF) grant for a qualifying project or program. Eligibility is determined solely by the CRPA Foundation. Applicants shall not discriminate against any member, person, or other used of its facilities or equipment based on age, race, religion, sex, or national origin. Applicants are not required to have association with the CRPA Foundation to receive funds under this grant program. Eligible applicants as defined by the CRPA Foundation Board of Trustees:

- IRS 501 (c) recognized entity (must submit IRS Determination Letter with application).
- Any organization, association, or other entity with a unique federal employer identification number (EIN) issued by the IRS (must submit a signed copy of the IRS Z-9 form disclosing this number).
- State recognized nonprofit organization (must submit copy of state nonprofit registration).

## Applying for a Grant

## Application Checklist

## Application Deadlines

## Final Report Requirements

## FAQs

**The Application Process**

**Grant Eligibility**

**Reporting Requirements**



**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.:    2:22-cv-04663-CAS (JCx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF STEVE    OME    IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kevin J. Kelly, Deputy Attorney General
kevin.kelly@doj.ca.gov
300 South Spring Street, Suite 9012
Los Angeles, CA 90013
*Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 20, 2022.

_____
Laura Palmerin

0875

1  C.D. Michel-SBN 144258
   Anna M. Barvir-SBN 268728
2  Tiffany D. Cheuvront-SBN 317144
   MICHEL & ASSOCIATES, P.C.
3  180 East Ocean Blvd., Suite 200
   Long Beach, CA 90802
4  Telephone: (562) 216-4444
   Fax: (562) 216-4445
5  Email: cmichel@michellawyers.com

6  Attorneys for Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California
   Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting
7  Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA
   Foundation, and Gun Owners of California, Inc.
8
   Donald Kilmer-SBN 179986
9  Law Offices of Donald Kilmer, APC
   14085 Silver Ridge Road
10 Caldwell, Idaho 83607
   Telephone: (408) 264-8489
11 Email: Don@DKLawOffice.com

12 Attorney for Plaintiff Second Amendment Foundation

13                IN THE UNITED STATES DISTRICT COURT

14                 CENTRAL DISTRICT OF CALIFORNIA

15 JUNIOR SPORTS MAGAZINES          CASE NO: 2:22-cv-04663-CAS (JCx)
   INC., RAYMOND BROWN,
16 CALIFORNIA YOUTH SHOOTING        **DECLARATION OF ALAN GOTTLIEB**
   SPORTS ASSOCIATION, INC.,        **IN SUPPORT OF PLAINTIFFS'**
17 REDLANDS CALIFORNIA              **MOTION FOR PRELIMINARY**
   YOUTH CLAY SHOOTING              **INJUNCTION**
18 SPORTS, INC., CALIFORNIA
   RIFLE & PISTOL ASSOCIATION,      Hearing Date:    August 22, 2022
19 INCORPORATED, THE CRPA           Hearing Time:    10:00 a.m.
   FOUNDATION, AND GUN              Courtroom:       8D
20 OWNERS OF CALIFORNIA, INC.;      Judge:           Christina A. Snyder
   and SECOND AMENDMENT
21 FOUNDATION,

22              Plaintiffs,

23       v.

24 ROB BONTA, in his official capacity
   as Attorney General of the State of
25 California; and DOES 1-10,

26              Defendant.

27

28
                              1
                 DECLARATION OF ALAN GOTTLIEB

# DECLARATION OF ALAN GOTTLIEB

1.      I, Alan Gottlieb, am the Executive Vice President and a founder of Plaintiff Second Amendment Foundation ("SAF"), a plaintiff in the above-entitled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2.      SAF is a 501(c)(3) nonprofit corporation under the Internal Revenue Code.

3.      SAF is incorporated in the state of Washington and headquartered in Bellevue, WA.

4.      Founded in 1974, SAF is dedicated to promoting a better understanding of the country's constitutional heritage to privately own and possess firearms.

5.      SAF has over 750,000 members and supporters nationwide, including thousands in California.

6.      SAF carries on many educational and legal action programs designed to better inform the public about the gun control debate. It has been a pioneer in innovative defense of the right to keep and bear arms through its publications, public education programs, legal action, and events like the annual Gun Rights Policy Conference.

7.      It is critical to the success of SAF that its promotional material, publications, and messages about the "right to keep and bear arms" be permitted to reach a broad public audience, including minors and young adults.

8.      Membership is open, and informational material is available to anyone no matter their age or citizenship.

9.      The SAF website provides a list of resources, ways to connect, sponsorship opportunities, and news regarding the fight for the protection of the rights of all gun owners.

10.     SAF sponsors and supports an initiative called 2AGaming. This is an outreach program funded by SAF with the goal of growing the Second Amendment Community.

11.     2AGaming functions by reaching out to people who play video games, especially people who play games that focus on guns. This outreach necessarily includes minors and young adults who play such games.

12.     Part of the purpose of 2AGaming is to persuade gamers, whose experience with firearms may – at first – be limited to a digital experience, to seek out friends and shooting clubs to obtain the necessary training and make that first trip to a range for a live fire experience.

13.     SAF hopes to educate the younger generation on safety and where their gun rights come from, and also seeks to shift the political culture in the United States from one that demonizes and fears guns, to an attitude of respect and protection for our nation's Second Amendment heritage.

14.     Support and information for the 2AGaming can be found at https://www.saf.org/gaming/. The program has received favorable press coverage at https://www.breitbart.com/politics/2020/01/30/2nd-amendment-gaming-spreading-gun-rights-message-via-video-games/.

15.     SAF also produces SAF-branded merchandise or "swag" that it gives out to promote itself, to increase memberships, encourage participation in shooting sports, and spread its Second Amendment message. The ban on merchandizing codified in AB 2571 would include a ban on SAF branded t-shirts, hats, other clothing, toys, games, pins, stickers, buttons, etc. that "promote" a "firearm industry member."

///
///
///
///

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on July 18, 2022.

/s/ Alan Gottlieb

Alan Gottlieb
Declarant

0879

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.:     2:22-cv-04663-CAS (JCx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF ALAN   OTTLIE   IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kevin J. Kelly, Deputy Attorney General
kevin.kelly@doj.ca.gov
300 South Spring Street, Suite 9012
Los Angeles, CA 90013
   *Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 20, 2022.

_____
Laura Palmerin

0880

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2022, an electronic PDF of APPELLANTS' EXCERPTS OF RECORD, VOLUME IV OF V was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

Dated: December 19, 2022        Respectfully submitted,

MICHEL & ASSOCIATES, P.C.

s/ Anna M. Barvir
Anna M. Barvir
*Attorneys for Plaintiffs-Appellants*

0881