UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 29 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC.; et al.,<br><br>          Plaintiffs - Appellants,<br><br> v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California and DOES 1 - 10,<br><br>          Defendants - Appellees. | No. 22-56090<br><br>D.C. No. 2:22-cv-04663-CAS-JC<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

    The amicus brief submitted by Second Amendment Law Center, Jews for the Preservation of Firearm Ownership and Citizens Committee for the Right to Keep and Bear Arms on December 27, 2022 is filed.

    Within 7 days of this order, amici curiae are ordered to file 6 copies of the brief in paper format with green covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

    The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939.

The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kevin Wing Gee
Deputy Clerk
Ninth Circuit Rule 27-7