UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 12 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC.; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California; DOES 1 - 10, <br><br> Defendants-Appellees. | No. 22-56090 <br><br> D.C. No. 2:22-cv-04663-CAS-JC <br> Central District of California, Los Angeles <br><br> ORDER |

Appellee's unopposed motion (Docket Entry No. 13) for an extension of time to file the answering brief is granted.

The answering brief is due January 27, 2023. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7

SSR/Pro Mo