| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JAN 31 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC.; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California and DOES 1 - 10,<br><br>        Defendants - Appellees. | No. 22-56090<br><br>D.C. No. 2:22-cv-04663-CAS-JC<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER** |

The answering brief submitted on January 27, 2023 is filed.

Within 7 days of this order, appellee is ordered to file 6 copies of the brief in paper format with red covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website at http://www.ca9.uscourts.gov/forms/.

The supplemental excerpts of record submitted on January 27, 2023 are filed. Within 7 days of this order, appellee is ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white covers.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939.

The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kevin Wing Gee
Deputy Clerk
Ninth Circuit Rule 27-7