**SENIOR PARTNER**
C. D. Michel*

**PARTNERS**
Anna M. Barvir
Matthew D. Cubeiro
Joshua Robert Dale**
W. Lee Smith

**ASSOCIATES**
Tiffany D. Cheuvront
Alexander A. Frank
Konstadinos T. Moros

**OF COUNSEL**
Sean A. Brady
Jason A. Davis
Joseph Di Monda
Scott M. Franklin
Michael W. Price

**MICHEL & ASSOCIATES, P.C.**
Attorneys at Law

\* Also admitted in Texas and the District of Columbia
\*\* Also admitted in Nevada

**WRITER'S DIRECT CONTACT:**
562-216-4444
ABarvir@michellawyers.com

February 24, 2023

**VIA E-FILING**
Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

      Re:   *Junior Sports Magazines, Inc. v. Bonta*, Case No. 22-56090
             **Notice of Related Case**

Dear Ms. Dwyer:

      Pursuant to Federal Rule of Appellate Procedure 28-2.6, Plaintiffs-Appellants provide notice of *Safari Club International v. Rob Bonta*, Case No. 23-15199, a case that was docketed with this Court on February 10, 2023.

      Under the rules for related cases, *Safari Club* is likely related to this matter because it: (1) names the same Defendant-Appellee, California Attorney General Rob Bonta, who is also the Defendant-Appellee in this matter; (2) raises the same or closely related issues (i.e., constitutional challenge to a ban on speech, press, and assembly); and (3) involves a challenge to the same California state law (i.e., Cal. Bus. & Prof. Code § 22949.80).

      This matter is fully briefed and awaiting panel assignment and oral argument. Plaintiffs-Appellants in this matter also take this opportunity to remind the court that its November 22, 2022 Order (ECF No. 2) noted that this matter was

180 East Ocean Boulevard • Suite 200 • Long Beach • California • 90802
Tel: 562-216-4444 • Fax: 562-216-4445 • www.michellawyers.com

*Junior Sports Magazines, Inc. v. Bonta*, Case No. 22-56090
February 24, 2023
Page 2 of 2

on appeal from preliminary injunction and that Ninth Circuit Rule 3-3 applies.

Respectfully submitted,
**Michel & Associates, P.C.**

Anna M. Barvir
*Attorneys for Plaintiffs-Appellants Junior Sports Magazines, Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, and Gun Owners of California, Inc.*

Donald Kilmer
**Law Offices of Donald Kilmer, APC.**
*Attorney for Plaintiff-Appellant Second Amendment Foundation*