# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 22-56090

**Case Name** | Junior Sports Magazines Inc. et al. v. Rob Bonta

**Hearing Location** (*city*) | Pasadena

**Your Name** | Kevin J. Kelly

List the sitting dates for the three sitting months you were asked to review:

> June 5-9, 12-16, 26-30
> July 10-14, 17-21
> August 14-18, 21-25

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

> I will be unavailable on June 14, 2023 due to a scheduled court appearance in City of Rancho Palos Verdes v. Rob Bonta, Los Angeles County Superior Court Case No. 22STCP02369.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/Kevin J. Kelly       **Date** | Feb 28, 2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**                                                     New 12/01/2018