# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 22-56090

**Case Name** | Junior Sports Magazines, Inc. v. Rob Bonta

**Hearing Location** (*city*) | Pasadena

**Your Name** | Anna M. Barvir

List the sitting dates for the three sitting months you were asked to review:

June 5-9, 12-16, 26-30
July 10-14, 17-21
August 14-18, 21-25

Do you have an unresolvable conflict on any of the above dates?  ○ Yes  ⊙ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ⊙ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/Anna M. Barvir          **Date** | Feb 28, 2023

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**                                                              *New 12/01/2018*