UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 17 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC.; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California; DOES 1 - 10, <br><br> Defendants-Appellees. | No. 22-56090 <br><br> D.C. No. 2:22-cv-04663-CAS-JC <br> Central District of California, Los Angeles <br><br> ORDER |
| SAFARI CLUB INTERNATIONAL, an Arizona nonprofit corporation; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, <br><br> Defendant-Appellee. | No. 23-15199 <br><br> D.C. No. 2:22-cv-01395-DAD-JDP <br> Eastern District of California, Sacramento <br><br> ORDER |

The motion to calendar appeal No. 23-15199 with appeal No. 22-56090 (Docket Entry No. 5 in 23-15199) is granted in part. The court will assign the cases to the same panel and schedule argument on the same day.

Any amicus or prospective amicus may request that an amicus brief filed in

AC/MOATT

appeal No. 22-56090 be deemed to be filed in appeal No. 23-15199, or that an amicus brief filed in appeal No. 23-15199 be deemed to be filed in appeal No. 23-22-56090.

The existing briefing schedule for appeal No. 23-15199 remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Alex Christopher
Deputy Clerk
Ninth Circuit Rule 27-7