| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | SEP 22 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

JUNIOR SPORTS MAGAZINES INC.; et al.,

            Plaintiffs-Appellants,

 v.

ROB BONTA, in his official capacity as Attorney General of the State of California; DOES 1-10,

            Defendants-Appellees.

No. 22-56090

D.C. No. 2:22-cv-04663-CAS-JC
Los Angeles

ORDER

Before: LEE, SMITH, and VANDYKE Circuit Judges.

Appellees' Motion for a 45 Day Extension of Time to File Appellees' Rehearing Petition (Dkt. No. 40) is GRANTED. Fed. R. App. P. 26(b). The deadline shall be extended by 45 days. The petition for rehearing shall be filed by November 13, 2023.