FILED

OCT 11 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC.; et al.,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; DOES 1-10,<br><br>        Defendants-Appellees. | No.   22-56090<br><br>D.C. No. 2:22-cv-04663-CAS-JC<br>Los Angeles<br><br>ORDER |

Before: LEE, SMITH, and VANDYKE Circuit Judges

    Appellant's Motion For Injunction Pending Appeal (Dkt. No. 44) is DENIED.