| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 5 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JUNIOR SPORTS MAGAZINES INC.; et al.,

        Plaintiffs-Appellants,

 v.

ROB BONTA, in his official capacity as Attorney General of the State of California; DOES 1-10,

        Defendants-Appellees.

No. 22-56090

D.C. No. 2:22-cv-04663-CAS-JC
Los Angeles

ORDER

Before: LEE, SMITH, and VANDYKE Circuit Judges

    Plaintiffs-Appellants are directed to file a response to the Petition for Rehearing En Banc filed with this court on November 13, 2023. The response shall not exceed fifteen pages or 4,200 words and shall be filed within twenty-one days of the date of this order.